# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
09/11/2015
CT Log Number 527803308

**TO:**    Melissa Gravlin
FCA US LLC
1000 Chrysler Dr Ofc of
Auburn Hills, MI 48326-2766

**RE:**    **Process Served in California**

**FOR:**    FCA US LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Dolores Granillo, et al., Pltfs. vs. FCA US LLC, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Cover Sheet, Instructions, Certificate, Complaint |
| **COURT/AGENCY:** | San Bernardino County - Superior Court - San Bernardino, CA<br>Case # CIVDS1510614 |
| **NATURE OF ACTION:** | Product Liability Litigation - Breach of Warranty - ZF 9HP Automatic Transmissions |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/11/2015 at 14:38 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Jordan L. Lurie<br>Capstone Law APC<br>1840 Century Park East, Suite 450<br>Los Angeles, CA 90067<br>(310) 556-4811 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/11/2015, Expected Purge Date: 09/16/2015<br><br>Image SOP |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Page 1 of  1 / RS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

9/11/15   2:38

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FCA US LLC, a Delaware limited liability company, and DOES 1-10,
inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DOLORES GRANILLO, ALBERT GRANILLO, and DESIREE NAVA,
individually, and on behalf of a class of similarly situated individuals



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUL 28 2015

BY _____
JESSICA JOANIS, DEPUTY

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is: *(El nombre y dirección de la corte es):* San Bernardino County Superior Court | CASE NUMBER: *(Número del Caso)* CIVDS 1510614 |
|---|---|

San Bernardino Justice Center
247 West 3rd Street, San Bernardino, CA 92415-0210

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jordan Lurie, Capstone Law APC, 1840 Century Park East, #450, Los Angeles, CA 90067 (310) 556-4811

| DATE: July 28, 2015 *(Fecha)* | Clerk, by *(Secretario)* | **JESSICA JOANIS** | , Deputy *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
   FCA US LLC, A DELAWARE LIMITED LIABILITY COMPANY
3. ☑ on behalf of *(specify):* COMPANY

   under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☑ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |
|---|---|---|

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jordan Lurie, Esq. (SBN 130013) Tarek H. Zohdy (SBN 247775) Capstone Law APC 1840 Century Park East, Suite 450 Los Angeles, CA 90067 | FILED SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO SAN BERNARDINO DISTRICT |

TELEPHONE NO: (310) 556-4811    FAX NO: (310) 943-0396
ATTORNEY FOR *(Name)*: Plaintiffs Dolores Granillo, Albert Granillo, Desiree Nava

JUL 28 2015

BY _____
JESSICA JOANIS, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, CA 92415-0210
BRANCH NAME: San Bernardino District – Civil Division

CASE NAME:
Granillo, et al v. FCA LLC

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joiner Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | CIVDS1510614 |
| | | | | JUDGE: |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[✓] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a.[✓] monetary   b.[✓] nonmonetary; declaratory or injunctive relief   c.[✓] punitive
4. Number of causes of action *(specify)*:
5. This case [✓] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 28, 2015
Jordan Lurie, Esq.
_____          ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 *www.courtinfo.ca.gov* |
|---|---|---|

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
    *case involves an uninsured*
    *motorist claim subject to*
    *arbitration, check this item*
    *instead of Auto)*

**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death)**
**Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or*
    *toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil*
    *harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer*
        *or wrongful eviction)*
    Contract/Warranty Breach–Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally*
    *complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent*
        *domain, landlord/tenant, or*
        *foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal*
    *drugs, check this item; otherwise,*
    *report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex*
    *case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-*
        *domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified*
    *above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-*
        *harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified*
    *above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

DOLORES GRANILLO, ALBERT GRANILLO,
and DESIREE NAVA, individually, and on
behalf of a class of similarly situated individuals

CASE NO.: CIVDS1510614

vs.

FCA US LLC, a Delaware limited liability
company, and DOES 1-10, inclusive

**CERTIFICATE OF ASSIGNMENT**

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the
San Bernardino District - Civil Division _____ District of the Superior Court under Rule 404 of this court for the
checked reason:

☒ General        ☐ Collection

| | **Nature of Action** | **Ground** |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other _____ | |
| ☒ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

| Transaction occurred in San Bernardino County | | Victorville Motors, 14617 Civic Drive |
|---|---|---|
| NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | | ADDRESS |
| Victorville | CA | 92394 |
| CITY | STATE | ZIP CODE |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed
on July 28, 2015 _____ at Los Angeles _____, California

_____
Signature of Attorney/Party

### CERTIFICATE OF ASSIGNMENT

13-16503-360, Rev 06-2014

1 Jordan L. Lurie (SBN 130013)
  Jordan.Lurie@capstonelawyers.com
2 Robert Friedl (SBN 134947)
  Robert.Friedl@capstonelawyers.com
3 Tarek H. Zohdy (SBN 247775)
  Tarek.Zohdy@capstonelawyers.com
4 Cody R. Padgett (SBN 275553)
  Cody.Padgett@capstonelawyers.com
5 Capstone Law APC
  1840 Century Park East, Suite 450
6 Los Angeles, California 90067
  Telephone:    (310) 556-4811
7 Facsimile:     (310) 943-0396

8 Attorneys for Plaintiffs Dolores Granillo,
  Albert Granillo, and Desiree Nava

9

SUPERIOR COURT OF THE STATE OF CALIFORNIA

10

FOR THE COUNTY OF SAN BERNARDINO

11

12 DOLORES GRANILLO, ALBERT
   GRANILLO, and DESIREE NAVA,
13 individually, and on behalf of a class of
   similarly situated individuals,
14
              Plaintiffs,
15
        v.
16
   FCA US LLC, a Delaware limited liability
17 company, and DOES 1-10, inclusive,
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

Case No.: CIVDS 1510614

CLASS ACTION COMPLAINT FOR:

(1)   Violations of California Consumer Legal
      Remedies Act
(2)   Violations of Unfair Competition Law
(3)   Breach of Implied Warranty pursuant to
      Song-Beverly Consumer Warranty Act
(4)   Breach of Warranty under the Magnuson-
      Moss Warranty Act
(5)   Breach of Express Warranty under Cal.
      Com. Code § 2313
(6)   Unjust Enrichment

DEMAND FOR JURY TRIAL

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUL 2 8 2015

BY _____
JESSICA JOANIS, DEPUTY

CLASS ACTION COMPLAINT

**INTRODUCTION**

1.      Plaintiffs Dolores Granillo, Albert Granillo, and Desiree Nava ("Plaintiffs") bring this action for themselves and on behalf of all persons in California who purchased or leased any FCA US LLC ("FCA") vehicles equipped with FCA's 9-speed automatic transmissions ("ZF 9HP Automatic Transmissions") (collectively, "Class Vehicles")[1] designed, manufactured, marketed, distributed, sold, warranted, and serviced by FCA ("Defendant").

2.      FCA designed and marketed its vehicles with the new ZF 9HP Automatic Transmissions as "a critical part of [their] strategy to meet fuel economy requirements over the next several years,"[2] and promising that the new transmission would deliver "numerous benefits customers will appreciate, including aggressive launches, smooth power delivery at highway speeds and improved fuel efficiency versus a six-speed automatic transmission."[3] Accordingly, FCA released the 2014 Jeep Cherokee with "the world's first nine-speed automatic transmission for a passenger vehicle" and lauded the ZF 9HP Automatic Transmissions as a "leading-edge solution to […] mileage and emissions objectives."[4]

3.      The ZF 9HP Automatic Transmissions was supposed to serve as a significant technological advancement from previously employed six-speed automatic transmissions due to its unique 9.8 ratio spread and computer-controlled shifting, which were designed together to allow for better performance and fuel economy, while maintaining the ease of use of traditional automatic transmissions.

4.      Unfortunately, FCA failed to deliver any vehicles with the ZF 9HP Automatic

---

[1] On information and belief, these vehicles include, but are not limited to, the following FCA models: 2014-2015 Jeep Cherokee, 2015 Chrysler 200, and 2015 Jeep Renegade
[2] *See* FCA Corporate News, *Chrysler Group Plans to Invest Nearly $20 Million in Toledo Machining Plant* (April 26, 2013), http://media.chrysler.com/newsrelease.do?id= 14171&mid=2 (last visited July 8, 2015).
[3] *See* Press Kit: 2014 Jeep Cherokee, *All New 2014 Jeep Cherokee: No-compromise Mid-size SUV Sets a New Standard* (Sept. 9, 2013), http://www.media.chrysler.com/ newsrelease.do?id=14039&mid=426 (last visited July 8, 2015).
[4] *See* AutoBlog.com, *Jeep unveils 9-speed transmission for Cherokee* (Mar. 28, 2013, 2:02PM), http://www.autoblog.com/2013/03/28/jeep-unveils-9-speed-transmission-for-cherokee/ (last visited July 8, 2015).

CLASS ACTION COMPLAINT

1   Transmission that lived up to the promise of a transmission that "shifts through the gears so

2   smoothly that drivers don't even notice most of the gear changes."[5]  Ultimately, the

3   Cherokee's release, originally set for "no later than September" 2013[6], was plagued with

4   delays due to glitches in "the software that controls how the SUV's nine-speed transmission

5   interact[s] with its innovative disconnecting drivetrain."[7]  Sergio Marchionne, CEO of Fiat

6   Chrysler Automobiles, later admitted that the transmission lacked "mature" software at the

7   time of release.[8]

8       5.      Traditional automatic transmissions use a set of gears that provides a given

9   number of ratios.  The transmission shifts gears to provide the most appropriate ratio for a

10  given situation.  Normally, that means lower gears for starting, middle gears for acceleration

11  and passing, and higher gears for more fuel-efficient cruising.  The ZF 9HP Automatic

12  Transmission differs from traditional automatic transmissions in that it employs a 9.8 ratio

13  spread, as opposed to 6, allowing for shorter shifts between gears, keeping the engine speed as

14  low as possible, and contributing to greater fuel-efficiency.  Additionally, the ZF 9HP

15  Automatic Transmission borrows fuel-efficient characteristics typically seen in manual

16  transmissions, such as "dog clutches," which use less power to shift than the friction clutches

17  normally utilized in automatic transmissions.  However, in contrast to manual transmissions,

18  the ZF 9HP Automatic Transmission engages the dog clutches with computer software

19  commands from an electronic control unit in order to save space and ensure that the complex

20  transmission actually fits inside the vehicles.  An automotive journalist best explains the result

21  of employing the software:

22

23      [5] *See* Drive: The ZF Magazine, Feb. 2013, at 29,
        http://www.zf.com/media/media/en/document/corporate_2/downloads_1/customer_magazines
24      /drive/drive_2013_2.pdf (last visited July 8, 2015).
        [6] *See* Left Lane News, *Jeep Cherokee still waiting on transmission fix* (Oct. 11, 2013,
25      http://www.leftlanenews.com/jeep-cherokee-still-waiting-on-transmission-fix.html (last
        visited July 27, 2015).
26      [7] *See* Autoweek.com, *Chrysler CEO vows never to repeat mistakes from Cherokee
        launch* (Oct. 30, 2013), http://autoweek.com/article/car-news/chrysler-ceo-vows-never-repeat-
27      mistakes-cherokee-launch (last visited July 8, 2015).
        [8] *See* Automotive News, *Another fix for Jeep's troubled 9-speed* (Feb. 2, 2015,
28      12:01AM), http://www.autonews.com/article/20150202/OEM01/302029930/another-fix-for-
        jeeps-troubled-9-speed (last visited July 8, 2015).

CLASS ACTION COMPLAINT

> The 9HP's software on the other hand responds by cutting power initially, then diving as far down the gear-ladder as it can, engaging the dog clutches and then reinstating your throttle command.  The result is a somewhat odd delay between the pedal on the floor and the car taking off like a bat out of hell.[9]

6.  Despite the initial skepticism towards the performance of the ZF 9HP Automatic Transmissions, Sergio Marchionne touted his confidence in the ZF 9HP Automatic Transmissions, stating that it "has all the elements that we feel are essential to our front-wheel-drive/all-wheel-drive portfolio"[10] and that "[i]t is still the most viable solution moving forward."[11]  Further, FCA's press releases continued to praise the Cherokees' performance with the newly equipped 9-speed transmission:

> The all-new 2014 Jeep Cherokee completely redefines the mid-size SUV segment, delivering legendary Jeep 4x4 capability, improved fuel economy, superior on-road ride and handling, revolutionary design, world-class craftsmanship, clever functionality and versatility, more than 70 safety and security features and user-friendly technology. The Jeep Cherokee delivers unmatched off-road capability while not sacrificing on-road ride and handling, comfort or segment-leading features.[12]

And:

> The 2015 Jeep Cherokee premium on-road manners and fuel efficiency are a result of a number of efforts by Jeep engineers. Powered by the choice of two new engines mated to a segment-first nine-speed automatic transmission, the all-new Cherokee delivers the power drivers appreciate on the road without sacrificing fuel efficiency. With highway fuel economy ratings of up to 31 mpg and a driving range on a tank of gasoline of nearly 500 miles, the all-new 2015 Jeep Cherokee delivers drivers a no-compromise ownership experience.[13]

---

[9] *See* The Truth About Cars, *ZF's 9-Speed 9HP Transmission Puts Dog Clutches On The Leash* (Feb. 8, 2014), http://www.thetruthaboutcars.com/2014/02/zfs-9-speed-9hp-transmission-puts-dog-clutches-on-the-leash/ (last visited July 8, 2015).

[10] *See* Autoweek.com, *Chrysler CEO vows never to repeat mistakes from Cherokee launch* (Oct. 30, 2013), http://autoweek.com/article/car-news/chrysler-ceo-vows-never-repeat-mistakes-cherokee-launch (last visited July 8, 2015).

[11] *See* Automotive News, *Marchionne commits to 9-speed, says technology keeps evolving* (Mar. 30, 2014), http://www.autonews.com/article/20140330/OEM06/303319976/marchionne-commits-to-9-speed-says-technology-keeps-evolving (last visited July 8, 2015).

[12] *See* Press Kit: 2014 Jeep Cherokee, *All New 2014 Jeep Cherokee: No-compromise Mid-size SUV Sets a New Standard* (Sept. 9, 2013), http://www.media.chrysler.com/newsrelease.do?id=14039&mid=426 (last visited July 8, 2015).

[13] *See* Press Kit: 2015 Jeep Cherokee, *2015 Jeep Cherokee: Most Capable Mid-size*

Page 3

CLASS ACTION COMPLAINT

7.      A vehicle equipped with the ZF 9HP Automatic Transmission should function in a manner that the driver expects, i.e. it should start, accelerate, decelerate, and stop at appropriate times while the driver operates the vehicle.  In practice, however, FCA's 9-speed transmission operates erratically, causing numerous safety concerns.

8.      Specifically, Plaintiffs are informed and believe, and based thereon allege, that the ZF 9HP Automatic Transmission contains one or more design and/or manufacturing defects in that the transmission exhibits rough, delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power; premature transmission wear; and transmission failure (the "Transmission Defect").

9.      The Transmission Defect causes unsafe conditions, including, but not limited to, delayed acceleration, abrupt forward propulsion and sudden loss of power, which present a safety hazard because they severely affect the driver's ability to control the car's speed, acceleration, and deceleration.  As an example, these conditions may make it difficult to safely change lanes, make turns, merge into traffic, accelerate from stop light/sign, and accelerate onto highways/freeways because Class Members' vehicles have failed to accelerate when they attempted to change lanes, turn, and/or merge onto highways.

10.     On information and belief, Defendant's corporate officers, directors, or managers knew about the Transmission Defect and failed to disclose it to Plaintiffs and Class Members, at the time of sale, lease, repair, and thereafter.

11.     On information and belief, the Class Vehicles utilize the same or substantially identical ZF 9HP Automatic Transmissions, and the Transmission Defect is the same for all Class Vehicles.

12.     On information and belief, the Transmission Defect also causes premature wear to the 9-speed transmission and other related components, which may result in premature transmission failure and require expensive repairs, including possible replacement of the

*SUV Expands Availability of Features Customers Desire for 2015* (Sept. 2, 2014), http://www.media.chrysler.com/newsrelease.do?&id=15865&mid=426 (last visited July 8, 2015).

CLASS ACTION COMPLAINT

1    transmission and its related components.

2        13.    As a result of the Transmission Defect, FCA has issued several Technical

3    Service Bulletins ("TSBs"), as well as three transmission software updates, to its dealers in the

4    United States, acknowledging defects in the 9HP Automatic Transmission. For example, FCA

5    issued TSB #SB-21-013-13 on or around November 14, 2013, to its dealers, covering the 2014

6    Jeep Cherokee, and informed them of the procedure to be followed in the event customers

7    "indicate that their transmission shift quality does not meet their expectations" and poor shift

8    quality is identified during "New Vehicle Preparation 'Road Test'." Further, FCA issued TSB

9    #SB-21-014-13 on or around December 19, 2013, to its dealers, covering the 2014 Jeep

10   Cherokee, and informed them that "ON SOME JEEPS, WITH NEW SOFTWARE

11   ROBUSTNESS IMPROVEMENTS, EXPERIENCING INCONSISTENT AND/OR

12   HARSH1-2 or 2-3 UPSHIFTS."

13       14.    Additionally, FCA's TSB #21-018-04 from or around May 15, 2014, which

14   supersedes the December 2013 TSB (#SB-21-014-13) previously mentioned, addressed

15   customer complaints regarding the 2014 Jeep Cherokee transmission's poor shifting and

16   included a "five-minute software reset" and, in some cases, a 78-minute "adaptive drive learn"

17   test performed by the service technician to ensure appropriate shifting.[14] A Chrysler

18   spokesperson told Automotive News that the software update was in response to "customer

19   feedback" and to "improve satisfaction."[15] Despite issuing three successive Technical Service

20   Bulletins and two software updates within the first six months of production, Sergio

21   Marchionne, CEO of Fiat Chrysler Automobiles, stated in May 2014 that "he was not

22   concerned about the quality of the nine-speed automatic transmission."[16]

23       15.    However, consumer complaints persisted and FCA's promises again fell short

24   when it issued TSB #81-016-1053 on or around October 1, 2014, covering the 2014-2015 Jeep

25   Cherokees and 2015 Chrysler 200, informing dealers that the "TRANSMISSION MAY NOT

---

[14] *See* Automotive News, *Jeep 9-speed needs a reset again* (May 26, 2015),
http://www.autonews.com/article/20140526/OEM06/305269979/jeep-9-speed-needs-a-reset-
again (last visited July 8, 2015).
[15] *Id.*
[16] *Id.*

Page 5

CLASS ACTION COMPLAINT

ALLOW THE TRANSAXLE TO SHIFT GEAR DUE TO TRANSMISSION CONTROL MODULE SOFTWARE." In February 2015, FCA issued TSB #21-008-15, covering the 2014-2015 Jeep Cherokees and 2015 Chrysler 200, providing to dealers "INFORMATION REGARDING AN ISSUE, ON SOME VEHICLES, WHEREBY 5-4 DOWNSHIFTING, IS LESS THAN DESIRED AND MALFUNCTION INDICATOR LAMP (MIL) WILL ILLUMINATE AND REMOVING, DISASSEMBLING AND REPLACING C-CLUTCH SNAP RING AND TRANSMISSION." Additionally, in or around February 2015, FCA released its third transmission software update for vehicles equipped with the ZF 9HP Automatic Transmission in response to consumer complaints reporting conditions such as "sudden lunges from unexpected downshifts, a lack of kickdown upon entering highways, front-axle vibration in law gears, and complete failures in which the transmission shifts into neutral while driving and lights up the dash with warning lights."[17] FCA issued TSB #21-015-15 on or around March 4, 2015, relating to above-mentioned software update.

16.     On information and belief, consumers continued to experience problems with their vehicles despite the purported fixes, including, but not limited to: rough, delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power; and premature transmission wear.

17.     Because FCA will not notify Class Members that the ZF 9HP Automatic Transmission is defective, Plaintiffs, Class Members, and members of the general public are subjected to dangerous driving conditions that often occur without warning.

18.     The alleged Transmission Defect was inherent in each FCA vehicle equipped with the ZF 9HP Automatic Transmission and was present in each FCA vehicle equipped with the ZF 9HP Automatic transmission at the time of sale.

19.     FCA knew about and concealed the Transmission Defect present in every Class

---

[17] *See* Car and Driver, *Holy Shift: ZF 9-speed Automatic Problems Mount, Chrysler Releases Third Software Update for Jeep Cherokee* (Feb. 4, 2015, 1:55PM), http://blog.caranddriver.com/holy-shift-zf-9-speed-automatic-problems-mount-chrysler-releases-third-software-update-for-jeep-cherokee/ (last visited July 8, 2015).

1  Vehicle, along with the attendant dangerous safety problems, from Plaintiffs and Class

2  Members, at the time of sale, lease, repair, and thereafter.  In fact, instead of repairing the

3  defects in the ZF 9HP Automatic Transmission, FCA either refused to acknowledge the

4  defects' existence or performed repairs that simply masked the defects.

5     20. If Plaintiffs and Class Members had known about these defects at the time of

6  sale or lease, Plaintiffs and Class Members would not have purchased or leased the Class

7  Vehicles or would have paid less for them.

8     21. As a result of their reliance on Defendant's omissions and/or

9  misrepresentations, owners and/or lessees of the Class Vehicles suffered an ascertainable loss

10  of money, property, and/or value of their Class Vehicles.  Additionally, as a result of the

11  Transmission Defect, Plaintiffs and Class Members were harmed and suffered actual damages

12  in that the Class Vehicles' transmission components are substantially certain to fail before

13  their expected useful life has run.

14            **THE PARTIES**

15  **Plaintiffs Dolores and Albert Granillo**

16     22. Plaintiffs Dolores and Albert Granillo ("Granillos") are California citizens who

17  reside in Hesperia, California.

18     23. On or around October 4, 2014, Granillos purchased a new 2015 Jeep Cherokee

19  from Victorville Motors, Inc., an authorized FCA dealer in San Bernardino County.

20  Granillos' vehicle was equipped with a ZF 9HP Automatic Transmission.

21     24. Granillos purchased their vehicle primarily for personal, family, or household

22  use.  FCA manufactured, sold, distributed, advertised, marketed, and warranted the vehicle.

23     25. Passenger safety and reliability were factors in Granillos' decision to purchase

24  their vehicle.  Prior to purchasing their vehicle, Granillos reviewed specific features and

25  options for the Jeep Cherokee on Jeep's official website.  They also test drove a Jeep

26  Cherokee prior to their purchase.

27     26. Had FCA disclosed the Transmission Defect before Granillos purchased their

28  vehicle, Granillos would have seen such disclosures and been aware of them.  Indeed, FCA's

CLASS ACTION COMPLAINT

1  omissions were material to Granillos.  Like all members of the Class, Granillos would not

2  have purchased their Class Vehicle, or would have paid less for the vehicle, had they known

3  of the Transmission Defect.

4       27.  After purchasing the vehicle, and within the first month of their purchase, the

5  Granillos noticed symptoms of the Transmission Defect, including rough and erratic shifting

6  and loud "clunking" noises during shifting.

7       28.  On or around November 19, 2014, with approximately 1,316 miles on the

8  odometer, Granillos brought their vehicle to Victorville Motors Inc., where they purchased the

9  vehicle, complaining that the vehicle "was not shifting" and was "making a clunk nosie (sic)".

10  The FCA-certified service technician inspected the vehicle, confirmed that the vehicle was

11  "stuck in 4th gear," and updated the software on the powertrain control module and

12  transmission control module after referencing "star case #S1421000018."  The "star case" was

13  a reference to FCA's Service Technical Assistance Resource ("STAR") Center, which is

14  FCA's engineer/technical team.

15       29.  Just one month later, on or around December 11, 2014, with approximately

16  1,780 miles on the odometer, Granillos had their vehicle towed to Victorville Motors, Inc.

17  because the transmission completely shut down on a major freeway and Mrs. Granillo was

18  forced to coast to the side of the freeway to avoid an accident.  The FCA-certified service

19  technician inspected the vehicle, verified Granillos' concerns, and replaced the entire

20  transmission.  Granillos' repair order states "GUEST STATES THAT SHE WAS DRIVING

21  ON THE FREEWAY AND THE VEHICLE JUST LOST ALL POWER AND STARTER

22  (SIC) CLUNKING THEN SAID SERVICE TRANSMISSION AND WOULD NOT GO

23  FASTER THAN 25 MPH GUEST STATES THAT THE VEHICLE WOULD NOT GO INTO

24  REVERSE GUEST HAD VEHICLE TOWED IN."  The mechanics replaced Granillos'

25  transmission after referencing "star case [#]142000018" and determined that no further actions

26  were required at that point.

27       30.  Despite providing FCA and its authorized dealer with multiple opportunities to

28  repair their vehicle, Granillos continue to experience the Transmission Defect, including, but

Page 8

CLASS ACTION COMPLAINT

1  not limited to, shuddering, rough shifting, and jerking.

2      31.    At all times, Granillos, like all Class Members, have driven their vehicle in a

3  foreseeable manner and in the manner in which it was intended to be used.

4  **Plaintiff Desiree Nava**

5      32.    Plaintiff Desiree Nava ("Nava") is a California citizen who resides in

6  Oceanside, California.

7      33.    On or around June 17, 2014, Nava purchased a new 2014 Jeep Cherokee from

8  Bob Baker Automotive Inc., d/b/a Bob Baker Chrysler Jeep Dodge Ram Carlsbad, an

9  authorized FCA dealer in San Diego County.  Nava's vehicle was equipped with a ZF 9HP

10  Automatic Transmission.

11      34.    Nava purchased her vehicle primarily for personal, family, or household use.

12  FCA manufactured, sold, distributed, advertised, marketed, and warranted the vehicle.

13      35.    Passenger safety and reliability were factors in Nava's decision to purchase her

14  vehicle.  Prior to purchasing her vehicle, Nava reviewed the Jeep.com website.  Prior to

15  purchasing, Nava also test drove the exact Jeep Cherokee with the ZF 9HP Automatic

16  Transmission that she ultimately purchased.

17      36.    Had FCA disclosed the Transmission Defect before Nava purchased her

18  vehicle, Nava would have seen such disclosures and been aware of them.  Indeed, FCA's

19  omissions were material to Nava.  Like all members of the Class, Nava would not have

20  purchased her Class Vehicle, or would have paid less for the vehicle, had she known of the

21  Transmission Defect.

22      37.    After purchasing the vehicle, and within the first nine months of her purchase,

23  Nava noticed symptoms of the Transmission Defect, including the vehicle shuddering,

24  jerking, hesitating before accelerating from a stop, and jolting forward when gears actually

25  engage.

26      38.    On or around May 6, 2015, with approximately 23,332 miles on the odometer,

27  Nava brought her vehicle to Bob Baker Chrysler Jeep Dodge Ram Carlsbad, an authorized

28  FCA dealer in Carlsbad, California, complaining that the vehicle was hesitating when

Page 9

CLASS ACTION COMPLAINT

1   accelerating from a stop, followed by "jerking" when the vehicle actually did accelerate.  The

2   dealership failed to conduct any repairs other than a software update to the powertrain control

3   module and transmission control module.

4        39.   Despite providing FCA and its authorized dealer with an opportunity to repair

5   her vehicle, Nava continues to experience the Transmission Defect, including, but not limited

6   to, shuddering, vibrating, rough shifting, jerking, and sudden acceleration/deceleration.

7        40.   At all times, Nava, like all Class Members, has driven her vehicle in a

8   foreseeable manner and in the manner in which it was intended to be used.

9   **Defendant**

10       41.   Defendant FCA US LLC is a limited liability company organized and in

11  existence under the laws of the State of Delaware and registered to do business in the State of

12  California.  FCA US LLC's Corporate Headquarters are located at 1000 Chrysler Drive,

13  Auburn Hills, Michigan 48326.  FCA US LLC designs, manufactures, markets, distributes,

14  services, repairs, sells, and leases passenger vehicles, including the Class Vehicles, nationwide

15  and in California.  FCA US LLC is the warrantor and distributor of the Class Vehicles in the

16  United States.

17       42.   At all times relevant herein, Defendant is and has been engaged in the business

18  of designing, manufacturing, constructing, assembling, marketing, distributing, and selling

19  automobiles and other motor vehicles and motor vehicle components in San Bernardino

20  County and throughout the United States of America.

21                                    **JURISDICTION**

22       43.   This Court has jurisdiction over this action pursuant to California Code of Civil

23  Procedure § 410.10.  Personal jurisdiction over FCA is proper, because FCA has purposefully

24  availed itself of the privilege of conducting business activities in California, including, but not

25  limited to, designing, marketing, distributing, and/or selling Class Vehicles to Plaintiffs and

26  prospective class members.

27       44.   This class action is brought pursuant to California Code of Civil Procedure §

28  382.  Plaintiffs are California residents, as are all prospective class members.  The monetary

CLASS ACTION COMPLAINT

1    damages and restitution sought by Plaintiffs and the prospective class members exceed the

2    minimal jurisdiction limits of the Superior Court and will be established according to proof at

3    trial.

4                                          **VENUE**

5          45.     Venue is proper in this Court pursuant to California Code of Civil Procedure §§

6    395, 395.5, and California Civil Code § 1780, because Plaintiff Dolores Granillo resides in the

7    County of San Bernardino, California, and the acts, omissions, and contractual performance

8    alleged herein took place in the County of San Bernardino, California.  Plaintiffs'

9    Declarations, as required under Cal. Civ. Code section 1780(d), which reflect that Defendant

10   is doing business in San Bernardino County, California, is filed concurrently as Exhibit 1.

11                               **FACTUAL ALLEGATIONS**

12         46.     Since 2013, FCA has designed, manufactured, distributed, sold, and leased the

13   Class Vehicles.  FCA has sold, directly or indirectly, through dealers and other retail outlets,

14   thousands of Class Vehicles[18] equipped with the ZF 9HP Automatic Transmission in

15   California.

16         47.     FCA designed and marketed its vehicles with new ZF 9HP Automatic

17   Transmissions as "a critical part of [their] strategy to meet fuel economy requirements over

18   the next several years,"[19] and promising that the new transmission would deliver "numerous

19   benefits customers will appreciate, including aggressive launches, smooth power delivery at

20   highway speeds and improved fuel efficiency versus a six-speed automatic transmission."[20]

21         48.     Unfortunately, FCA failed to deliver any vehicles with ZF 9HP Automatic

22   Transmissions that lived up to the promise of a transmission that "shifts through the gears so

23

24   _____
        [18] On information and belief, these vehicles include, but are not limited to, the
25   following FCA models: 2014-2015 Jeep Cherokee, 2015 Chrysler 200, and 2015 Jeep
     Renegade.
26       [19] *See* FCA Corporate News, *Chrysler Group Plans to Invest Nearly $20 Million in*
     *Toledo Machining Plant* (April 26, 2013), http://media.chrysler.com/newsrelease.do?id=
27   14171&mid=2.
        [20] *See* Press Kit: 2014 Jeep Cherokee, *All New 2014 Jeep Cherokee: No-compromise*
28   *Mid-size SUV Sets a New Standard* (Sept. 9, 2013), http://www.media.chrysler.com/
     newsrelease.do?id=14039&mid=426 (last visited July 8, 2015).

                                          Page 11
                              CLASS ACTION COMPLAINT

1    smoothly that drivers don't even notice most of the gear changes."[21]  The Cherokee's release,

2    originally set for "no later than September" 2013,[22] was plagued with delays due to glitches in

3    "the software that controls how the SUV's nine-speed transmission interact[s] with its

4    innovative disconnecting drivetrain."[23]  Sergio Marchionne, CEO of Fiat Chrysler

5    Automobiles, later admitted that the transmission lacked "mature" software at the time of

6    release.[24]Beginning soon after release, through consumer complaints, dealership repair orders,

7    and data regarding the FCA ZF 9HP Automatic Transmission, among other internal sources,

8    Defendant knew or should have known that the Class Vehicles and the ZF 9HP Automatic

9    Transmission contained one or more design and/or manufacturing defects that adversely affect

10   the drivability of the Class Vehicles and cause safety hazards.  Nevertheless, Defendant has

11   actively concealed and failed to disclose this defect to Plaintiffs and Class Members at the

12   time of purchase or lease and thereafter.

13        49.     On information and belief, Defendant's corporate officers, directors, or

14   managers knew about the Transmission Defect and failed to disclose it to Plaintiffs and Class

15   Members, at the time of sale, lease, repair, and thereafter.

16        50.     A vehicle equipped with the ZF 9HP Automatic Transmission should function

17   in a manner that the driver expects, i.e. it should start, accelerate, decelerate, and stop at

18   appropriate times while the driver operates the vehicle.  In practice, however, FCA's 9-speed

19   transmission behaves erratically, causing numerous safety concerns.

20        51.     Dating back to at least October 2013, FCA was aware of the defects of the ZF

21   9HP Automatic Transmissions.  FCA, however, failed and refused to disclose these known

22   defects to consumers.  As a result of this failure, Plaintiffs and Class Members have been

---

[21] *See* Drive: The ZF Magazine, Feb. 2013, at 29, *available at* http://www.zf.com/
corporate/en_de/magazine/drive_magazine_zf/drive_magazine.html.
[22] *See* Left Lane News, *Jeep Cherokee still waiting on transmission fix* (Oct. 11, 2013),
http://www.leftlanenews.com/jeep-cherokee-still-waiting-on-transmission-fix.html (last
visited July 27, 2015).
[23] *See* Autoweek, *Chrysler CEO vows never to repeat mistakes from Cherokee launch*
(Oct. 30, 2013), http://autoweek.com/article/carnews/chryslerceovowsneverrepeatmistakes
Cherokeelaunch.
[24] *See* Automotive News, *Another fix for Jeep's troubled 9-speed* (Feb. 2, 2015,
12:01AM), http://www.autonews.com/article/20150202/OEM01/302029930/another%ADfix
%ADfor% ADjeeps%ADtroubled%AD9%ADspeed5/10.

CLASS ACTION COMPLAINT

1  damaged.

2  **The Transmission Defect Poses an Unreasonable Safety Hazard**

3  52.    The Transmission Defect causes unsafe conditions in the Class Vehicles,

4  including, but not limited to, the vehicles' inability to properly respond to driver input, such as

5  acceleration and deceleration attempts, thereby rendering the driver unable to speed up or

6  slow down appropriately while the vehicle is in motion.  These conditions present a safety

7  hazard, because they can severely affect the driver's ability to control the car's speed,

8  acceleration, and deceleration.  For example, these conditions make it difficult to safely

9  change lanes, appropriately accelerate from a stop, merge into traffic, or make turns.

10  53.    Complaints that Class Vehicles' owners and lessees filed with the National

11  Highway Traffic Safety Administration ("NHTSA") demonstrate that the defect is widespread

12  and dangerous and that it manifests without warning.  The complaints also indicate

13  Defendant's awareness of the problems with the transmission and how potentially dangerous

14  the defect is for consumers.  The following is just a sampling of the over 300 safety-related

15  complaints that describe the Transmission Defect in Class Vehicles, including, but not limited

16  to, 2014-2015 Jeep Cherokee, 2015 Chrysler 200, and 2015 Jeep Renegade vehicles (spelling

17  and grammar mistakes remain as found in the original) (Safecar.gov, *Search for Complaints*

18  (July 2, 2015), http://www-odi.nhtsa.dot.gov/complaints/):

19  **2015 JEEP CHEROKEE**

20  a)    (2015 Jeep Cherokee 6/13/2015) THE VEHICLE HAS A VERY
      DANGEROUS HESITATION. IT DOES NOT DOWNSHIFT PROPERLY
21    WHEN TRYING TO ACCELERATE.. THIS MAKES ANY LANE CHANGE,
      HIGHWAY APPROACH, TURN, OR EMRGENCY MANUEVER
22    EXTREMELY DANGEROUS. THIS VEHICLE CAN'T BE SAFELY
      DRIVEN IN TRAFFIC, OR TAKEN OFF ROAD AS DESIGNED. FCA HAS
23    NOT REMEDIED THE IISSUE AND HAS MADE THE VEHICLE WORSE
      WITH THEIR LATEST UPDATES. THIS HAPPENS EVERY SINGLE TIME
24    THE VEHICLE HAS BEEN DRIVEN.IT HAS BEEN IN THE SHOP TWICE
      FOR REPAIRS. THE EXCUSE IS IT IS OPREATING AS DESIGNED. IN
25    ESSENCE A POOR DESIGN IS SOMTHING WE HAVE TO LIVE WITH
      AND BE OKAY WITH DRIVING IN DANGER? THIS IS A SAFETY
26    HAZZARD THAT NEEDS TO BE INVESTIGATED BEFORE SOMEONE
      DIES. THE PUBLIC SHOULD KNOW ABOUT THE VEHICLE DANGER
27    BEFORE THEY DECIDE TO PURCHASE ONE

28  b)    (2015 Jeep Cherokee 5/21/2015) CAR UPDATED ON 5/20/15 WITH LATEST

Page 13

CLASS ACTION COMPLAINT

TSB 21-21-15A FOR TRANSMISSION CONTROL MODULE. CAR NOW SKIPS 2ND GEAR WHEN DOWNSHIFTING (COASTING). ON ROLLING STOPS THE CAR IS STUCK ON 3RD GEAR CAUSING LACK OF ACCELERATION WHILE TRAFFIC BEHIND EXPECTS CAR TO GET MOVING (HIGHWAY ENTRY RAMP). IF GAS IS FLOORED CAR FINALLY REACTS AND SKIPS TO 1ST CAUSING WHEELSPIN. CAR HAS SLID DURING WET CONDITIONS. WITH SNOW THIS CAN BE LETHAL. CAR DID NOT SKIP 2ND GEAR BEFORE TSB. DEALER ADVISED THIS BEHAVIOR IS THE NEW STANDARD.

c)    (2015 Jeep Cherokee 5/8/2015) PURCHASED A 2015 JEEP CHEROKEE LATITUDE 4X4 ON 2/28/2015. STARTED HAVING ISSUES WITH THE TRANSMISSION HESITATING AND JERKING INTO GEAR. TOOK IT TO THE DEALERSHIP ON 5/1/2015 AND WAS INFORMED THAT THERE IS A COMPUTER GLITCH THAT THE MANUFACTURER IS AWARE OF, BUT THERE IS NO FIX FOR IT. THEY SAY ITS SAFE TO DRIVE. ON 5/7/2015 I ALMOST GOT T-BONED BECAUSE THE TRANSMISSION WOULDN'T SHIFT PULLING OUT OF A PARKING LOT INTO TRAFFIC. IT FINALLY JERKED INTO GEAR BUT CONTINUED TO JERK AND WOULD NOT GO OVER 25MPH AND MY CHECK ENGINE LIGHT AND ERRORS CAME ON ABOUT THE START/STOP FUNCTION. THE DEALERSHIP TOWED MY CAR AND I AM USING A LOANER. THEY HAVE NO IDEA HOW TO FIX IT. THE 2015 JEEP CHEROKEE'S ARE COMPLETELY UNSAFE TO DRIVE! SPENT OVER $30,000 ON A VEHICLE THAT I CAN'T SAFELY DRIVE.

d)    (2015 Jeep Cherokee 4/25/2015) JEEP PERFORMED A RECALL ON TCM/PCM FOR THE 9 SPEED TRANSMISSION. NOW AT LOW SPEEDS 2-5MPH IN AN INTERSECTION OR FROM A STOP SIGN, OR SLOW DOWN ON RAILROAD TRACKS THE CAR WILL NOT MOVE EVEN WITH THE GAS PEDAL TO THE FLOOR, UP TO A 5 SECOND DELAY. WE WERE IN AN INTERSECTION, THE LIGHT CHANGED AND CARS WERE ONCOMING, AFTER HITTING THE GAS PEDAL THE CAR JUST SAT THERE, THIS HAS HAPPENED MULTIPLE TIMES AND WE WERE ALMOST HIT. TOOK IT BACK AND IT WAS REPROGRAMMED. STILL HAS THE SAME DELAY, TAKING IT BACK FOR THE 3RD TIME. IF YOU DO A ROLLING STOP AND START OUT INTO THE INTERSECTION THE CAR REFUSES TO MOVE, THE ENGINE IS RUNNING, BUT NO RESPONSE FROM THE JEEP. WE ARE AFRAID WE WILL GET STUCK IN AN INTERSECTION OR RAILROAD TRACK AND GET KILLED! THE JEEP ONLY HAS 4000 MILES ON IT. IF YOUR JEEP IS RUNNING FINE...DO NOT LET THEM REPROGRAM THE TRANSMISSION!!!

e)    (2015 Jeep Cherokee 3/13/2015) A FEW WEEKS AFTER I PURCHASED THIS JEEP 2015 CHEROKEE, I NOTICED THAT UPON DECELERATION AND BRAKING, AS THE TRANSMISSION WENT FROM ONE GEAR TO A LOWER GEAR, THE CAR WOULD ACCELERATE IN THE LOWER GEAR, LUNGING THE CAR FORWARD. THOUGH THIS HASN'T CAUSED AN ACCIDENT, I BELIEVE IT COULD IN CERTAIN SITUATIONS. I HAVE TAKEN THE VEHICLE TO THE CHRYSLER DEALERSHIP TWICE NOW. THE FIRST TIME THEY RELOADED THE COMPUTER SOFTWARE; THEY TOLD ME THAT IT HAD THE LATEST SOFTWARE, BUT THEY RELOADED IT JUST TO MAKE SURE THERE WERE NO ISSUES. THE PROBLEMS ACTUALLY GOT WORSE WITH

CLASS ACTION COMPLAINT

THE RELOADED SOFTWARE. THE TRANSMISSION WILL ALSO "CLUNK" FROM TIME TO TIME WHEN CHANGING GEARS, EVEN WHEN I AM STOPPED AND CHANGE FROM DRIVE TO REVERSE, REVERSE TO PARK, OR DRIVE TO PARK.

f) (2015 Jeep Cherokee 1/2/2015) LOUD NOISE FROM THE ENGINE/TRANSMISSION THEN THE CAR COMPLETELY SHUTS DOWN AND COMES TO A COMPLETE STOP IN THE ROAD. THE CAR WILL THEN RESTART ALL SYSTEMS WITH CHECK ENGINE LIGHT ON. HAS HAPPENED AND BEEN TAKEN TO THE DEALERSHIP FOR REPAIRS ON 10/20/2014, 12/1/2014, 12/3/2014,12/12/2014,12/22/2014. DEALERSHIP NOR CHRYSLER KNOW WHAT IS CAUSING THE ISSUE AND WILL NOT DO ANYTHING EXCEPT TRY TO REPAIR. I HAVE CONCERNS THAT IF THIS ISSUE HAPPENS AT HIGHER SPEEDS ON INTERSTATE WHAT WOULD HAPPEN.

g) (2015 Jeep Cherokee 12/8/2014) VEHICLE WAS TRAVELING ON INTERSTATE HIGHWAY WHEN SERVICE TRANSMISSION LIGHT CAME ON IN THE STORED MESSAGES, THEN THE MALFUNCTION INDICATOR LIGHT AND SERVICE ENGINE LIGHT CAME ON. WITHIN MINUTES, DRIVEABILITY ISSUES BECAME APPARENT WITH NO ACCELERATION AND SLIPPING GEARS/UNABLE TO SHIFT INTO GEARS. ONCE THE CAR SLOWED/STOPPED, THE VEHICLE WAS UNABLE TO SHIFT INTO LOWER GEARS TO MOVE. THE VEHICLE HAD RECEIVED THE P56 RECALL TO UPDATE THE COMPUTER SOFTWARE TO THE TRANSMISSION CONTROL MODULE ONE MONTH PRIOR TO THIS INCIDENT.

h) (2015 Jeep Cherokee 12/7/2014) VEHICLE HAD DRIVEABILITY ISSUES WITH TRANSMISSION SLIPPING IN LOWER GEARS. CAR HAS RECEIVED THREE SOFTWARE UPDATES TO TRANSMISSION CONTROL MODULE PRIOR TO THIS INCIDENT.

**2014 JEEP CHEROKEE**

a) (2014 Jeep Cherokee 5/27/2015) THE VEHICLE FAILS TO ACCELERATE PROPERLY FROM SLOW SPEEDS. THIS HAS BEEN AN ONGOING PROBLEM SINCE A RECALL ("R01") WAS PERFORMED ON THE TRANSMISSION. MULTIPLE ATTEMPTS BY DEALERS TO IMPROVE THIS CONDITION HAVE FAILED. I AM TOLD THAT THIS IS THE WAY FIAT/CHRYSLER HAS DECIDED TO MAKE THESE TRANSMISSIONS WORK, IN ORDER TO PREVENT FAILURE DUE TO A DESIGN FLAW. THE CURRENT SOFTWARE NO LONGER ALLOWS THE TRANSMISSION TO DOWNSHIFT BELOW THIRD GEAR UNLESS THE VEHICLE IS COMPLETELY STOPPED. THEREFORE, IF DRIVING CONDITIONS REQUIRE YOU TO SLOW DOWN (TO AS SLOW AS 1 MPH) AND THEN YOU NEED TO ACCELERATE, THE TRANSMISSION REMAINS IN THIRD GEAR AND PROVIDES LITTLE TO NO RESPONSE. IF YOU FLOOR IT, THE TRANSMISSION WILL SOMETIMES, EVENTUALLY SLAM INTO FIRST GEAR, BUT ONLY AFTER STRUGGLING IT'S HARDEST TO ACCELERATE IN THIRD GEAR, WHICH INVOLVES THE TORQUE CONVERTER ALLOWING THE ENGINE TO REV, SO THAT THE RESULTING SHIFT INTO FIRST GEAR IS EXTREMELY ROUGH AND OFTEN ACCOMPANIED BY WHEEL

1   SPIN. THE TRANSMISSION WILL NO LONGER, EVER, UNDER ANY
2   CIRCUMSTANCES, DOWNSHIFT INTO SECOND GEAR. THE HARD
    JOLTS AND WHEEL SPIN OF THE 3-1 SHIFT ARE SOMEWHAT
3   DANGEROUS, BUT ARE STILL BY FAR PREFERABLE TO THE TIMES
    WHEN THE TRANSMISSION COMPLETELY REFUSES TO DOWNSHIFT,
4   AND SIMPLY LEAVES YOU A SITTING DUCK TO APPROACHING
    VEHICLES. SIMPLY PULLING INTO TRAFFIC, WHETHER IT BE
5   ENTERING A ROUNDABOUT, OR CHANGING LANES FROM A
    SLOWER LANE TO A FASTER ONE, OR EVEN JUST MERGING, IS
6   ALWAYS STRESSFUL, BECAUSE WE JUST DON'T KNOW HOW, OR
    EVEN IF THE VEHICLE WILL RESPOND TO THROTTLE INPUT. THERE
7   HAVE BEEN TIMES WHEN OTHER VEHICLES HAVE HAD TO SLAM
    ON THEIR BRAKES TO AVOID HITTING US, BECAUSE WE COULD
8   NOT ACCELERATE. PART OF THAT IS DUE TO THEIR
    EXPECTATIONS. WHEN YOU PULL OUT, THEY EXPECT YOU TO
9   ACCELERATE AT A COMMENSURATE RATE, WHEN YOU DON'T,
    THEY FIND THEMSELVES ON YOUR BUMPER IN A HURRY.
10  SOMEBODY WILL GET HIT

11  b)   (2014 Jeep Cherokee 4/9/2015) THE PROBLEM WITH CHOPPY SHIFTING
    WAS APPARENT AS SOON AS I PICKED UP THE VEHICLE. SOON
12  AFTER LEAVING THE DEALERSHIP, MULTIPLE LIGHTS LIT UP AND
    THE SHIFTING WAS ABRUPT AND THERE WAS A FIRE SMELL. UPON
13  RETURNING TO THE DEALERSHIP, I WAS INFORMED THAT THERE
    WAS A SOFTWARE "GLITCH," WHICH THEY REPAIRED. SINCE THEN,
14  FOR ONE YEAR, THE CAR CONTINUES TO HAVE CHOPPY AND
    INCONSISTENT SHIFTING. IT IS A VERY TEMPERAMENTAL AND
15  DIFFICULT VEHICLE TO DRIVE. THE LATEST SOFTWARE PATCH,
    INSTALLED ON 3/29/15 MADE SHIFTING FROM START UP TO
16  FIRST/SECOND GEAR WORSE. THE CAR IS BEING RETURNED TO
    THE DEALERSHIP ON 4/13/15 FOR FURTHER INVESTIGATION.

17  c)   (2014 Jeep Cherokee 3/18/2015) WHEN ACCELERATING FROM A STOP,
    THE TRANSMISSION EITHER GRABS AND LURCHES OR IT SEEMS TO
18  SLIP WHILE IT SEARCHES FOR THE RIGHT GEAR. THE DEALER KEPT
    THE CAR FOR A DAY AND RE-INSTALLED A SOFTWARE UPGRADE.
19  THIS DID NOT HELP. THE PROBLEM PERSISTED. WHEN WE TOOK
    THE CAR BACK TO THE DEALER AGAIN, THEY STATED THAT THE
20  CAR IS "OPERATING AS DESIGNED" AND "EVEN INSTALLING A NEW
    TRANSMISSION WOULD NOT HELP". WE CONTACTED CHRYSLER
21  CUSTOMER CENTER AND EXPLAINED THE ISSUE TO THEM AND
    THEY CALLED THE DEALER AND STATED THAT WE WOULD NEED
22  TO "LEARN TO WORK WITH THE TRANSMISSION" AND THAT THEY
    HAVE TO GO WITH WHAT THE DEALER TELLS THEM. THE CAR IS
23  CONTINUING TO HAVE THIS PROBLEM.

24  d)   (2014 Jeep Cherokee 2/8/2015) I TOOK DELIVERY OF MY NEW 2014 JEEP
    CHEROKEE ON SEPTEMBER 16, 2014. RIGHT FROM THE START I
25  STARTED HAVING TRANSMISSION ISSUES. CHRYSLER JEEP SAID
    THAT THEY WERE GOING TO OPEN A "CASE FILE" ON THE CAR AND
26  TO RETURN THE CAR TO THE SERVICE MANAGER AT THE
    DEALERSHIP. I TOOK THE CAR INTO THE DEALERSHIP, AND
27  EXPLAINED WHAT THE REPRESENTATIVE HAD TOLD ME. THE
    SERVICE MANAGER SAID THAT THERE WAS NO "CASE FILE"
28  OPENED ON MY VEHICLE AND THAT NOBODY FROM CHRYSLER

Page 16

CLASS ACTION COMPLAINT

JEEP HAD CONTACTED THEM. A COUPLE WEEKS LATER I RECEIVED A CALL FROM CHRYSLER JEEP SAYING THAT THE CASE FILE WAS "CLOSED" BECAUSE "I FAILED TO TAKE THE CAR IN TO THE DEALERSHIP". LAST TUESDAY (FEBRUARY 3RD) AFTER A REALLY BAD SNOWSTORM I WAS DRIVING HOME WHEN THE PERSON IN THE LANE NEXT TO ME BEGAN SLIDING INTO MY LANE. I BEGAN APPLYING BRAKE BUT IT WAS OBVIOUS THAT I NEEDED TO APPLY POWER TO GET AHEAD OF HER. WHEN I CAME OFF THE BRAKE AND APPLIED HEAVY POWER THERE WAS NOTHING THERE. THE ENGINE REVVED UP BUT THE CAR DIDN'T GO ANYWHERE. THEN THE VEHICLE DROPPED INTO GEAR AND LURCHED REALLY BAD, AND THE BACK END OF THE CAR STARTED TO SPIN AROUND ON ME. ALL OF THE SUDDEN THE FRONT TIRES STARTED DIGGING IN AND WHIPPED ME STRAIGHT. I WAS TOTALLY OUT OF CONTROL AND IT SEEMED LIKE THE TRANSMISSION HAD A MIND OF ITS OWN. LUCKILY I DIDN'T HIT ANYTHING BUT DID END UP IN A PARKING LOT. AFTER SITTING FOR A SECOND (AND THE PERSON WHO ALMOST STRUCK ME STOPPED TO SEE IF I WAS OK), I PUT THE CAR BACK IN GEAR AND DROVE BACK OUT ONTO THE STREET AND IMMEDIATELY A "4-WHEEL DRIVE NOT AVAILABLE" ERROR MESSAGE CAME ON. THIS CAR IS DANGEROUS. CHRYSLER JEEP HAS SHOWN ONLY SUPERFICIAL INTEREST IN FIXING THE PROBLEM. IT SHOULDN'T BE DRIVEN ON SNOWY ROADS. I HOPE THAT SOMEONE WITH THE AUTHORITY TO DO SOMETHING CAN ADDRESS THIS MAJOR ISSUE BEFORE PEOPLE START GETTING KILLED. THIS IS BEYOND A "LEMON" ISSUE. *TR

e) (2014 Jeep Cherokee 1/5/2015) WHILE DRIVING ON FLAT TERRAIN AT A CONSTANT HIGHWAY SPEED THE CAR SUDDENLY DECELERATED FOR A FEW SECONDS WITH THE TACHOMETER NEEDLE SWAYING BACK AND FORTH AND THEN RETURNED TO NORMAL OPERATION. THIS REOCCURRED 5 MINUTES LATER. THE DEALER INDICATED THAT IT WAS A TRANSMISSION SOFTWARE PROBLEM AND LOADED THE LATEST SOFTWARE RELEASE. TWO WEEKS LATER THE PROBLEM OCCURRED AGAIN.

f) (2014 Jeep Cherokee 12/15/2014) [...] THE CAR NOW BEGAN TO SHIFT VERY IRRATICALY. IT WOULD UP SHIFT VERY FAST ACCELERATE WHEN MY FOOT WAS NOT ON THE GAS. WHEN COMING TO A STOP IT WOULD DOWN SHIFT SO HARD. WHEN I BROUGHT THE CAR BACK TO THE DEALER, (NOW WITH 700 MILES ON IT) THEY TOLD ME THEY WERE REPLACING THE ENTIRE TRANSMISSION. THEY HAVE HAD THE CAR FOR 3 WEEKS TOTAL. FINALLY PICKED UP THE CAR LAST WEEK.WHEN I GOT INTO THE CAR THE ODOMETER READY 6000 MILES! I DROPPED IT OFF WITH 700.I TOLD HIM FOR THE 3RD TIME THAT I DID NOT WANT IT. [...].

g) (2014 Jeep Cherokee 12/4/2014) WHILE TRAVELING AT 45 MILES PER HOUR, THE TRANSMISSION MAKE A "THUNK" AND STOPPED WORKING. I HAD NO POWER WHEN PUSHING ON THE GAS PEDAL. I HAD TO FIND A WAY TO SAFELY PULL OFF THE ROAD. THIS IS THE FOURTH INCIDENT WITH THE TRANSMISSION BUT THE FIRST ONE THAT OCCURRED WHILE ACTUALLY DRIVING THE VEHICLE. CHRYSLER HAD JUST REPLACED THE VALVE BODY OF THE TRANSMISSION 10 DAYS PRIOR TO THE NOV. 30 INCIDENT AND

1   PRIOR TO THAT "FLASHED" THE TRANSMISSION SOFTWARE. I WAS
    TOLD ALL OF THESE "FIXES' WOULD WORK. THEY ARE NOW
2   REPLACING THE ENTIRE TRANSMISSION. THIS IS A SAFETY ISSUE
    AND I HAVE NO CONFIDENCE THAT THE "NEW" TRANSMISSION
3   BEING PUT IN MY JEEP WILL RESOLVE THE PROBLEM.

4   h)   (2014 Jeep Cherokee 11/10/2014) I PURCHASED A 2014 JEEP CHEROKEE ,
         AT APPROX.340 MILES MY TRANSMISSION FAILED GOING
5        THROUGH A VERY BUSY INTERSECTION . I HAD A LOSS OF POWER
         ,THE DASH STARTED FLASHING SERVICE TRANSMISSION
6        ,STABILITY TRACK WARNING CAME ON AND ON SHIFT PANEL THE
         LIGHT NEXT TO DRIVE WAS FLASHING , ACCELERATOR WAS
7        MUSHY. ROLLED TO SIDE OF ROAD WHERE SAFE , PUT CAR IN
         PARK , CALLED FOR HELP. AFTER IN PARK FOR A FEW MINUTES
8        TRIED TO ENGAGE DRIVE AND IT WORK , BUT CAR HAD TOO MUCH
         POWER AND WAS OVER REVING . DEALERSHIP HAD IT TOWED ,
9        AND SEEMED TO FIX ISSUE. THEN AGAIN AT 1341 MILES I HAD
         SAME ISSUE BUT WAS NOT ABLE TO DRIVE IT BUT THIS TIME I
10       WAS ALMOST HIT BY A LARGE TRACTOR WHO DIDN'T REALIZE I
         LOST POWER , I HAVE A SMALL CHILD THAT IS NOT EVEN TWO
11       YEARS OLD YET IN THE CAR!!!!!!!! . AT THIS POINT DEALERSHIP IS
         WORKING ON IT AND REPLACING THE TRANSMISSION MODULAR ,
12       BUT VERY WARY OF KEEPING THIS VEHICLE , HAVE A FEW TRIPS
         SCHUEDULE VERY VERY SOON AND DO NOT WANT TO BE OUT OF
13       CELL PHONE RANGE AND HAVE SAME ISSUE, OR WORSE YET HAVE
         A TRAGIC ACCIDENT .
14
15  i)   (2014 Jeep Cherokee 10/14/2014) I HAD MULTIPLE CASES OF THE CAR
         NOT MOVING IN THE MORNING (ENGINE IS FINE). IT FELT AS IF A
16       CLUTCH WAS SLIPPING. THE FIRST 2 TIMES THE DEALER COULDN'T
         REPRODUCE THE PROBLEM. THE 3RD TIME HE REPRODUCED THE
17       PROBLEM - AND REPLACED THE TRANSMISSION VALVE-BODY AND
         PERFORMED ADAPTIVE LEARNING. THIS TOOK NEARLY 2 WEEKS.
18       A WEEK LATER - THE TRANSMISSION FAILED NEAR THE SUMMIT
         OF MT. WASHINGTON NH. MY WIFE WAS DRIVING AND SHE FELT
19       THAT THE CAR HAD NO POWER - THE GEAR WAS IN MANUAL, 1ST
         GEAR. I TURNED THE CAR BACK DOWN AND STARTED
20       DESCENDING. THERE SEEMED TO BE NO ENGINE BRAKING AND
         THE BRAKES STARTED TO SMOKE AND LOOSE GRIP. I HAD TO STOP
21       NUMEROUS TIMES TO LET THE BRAKES COOL. THE CAR IS BACK
         AT THE DEALERS. THEY HAVE BEEN ABLE TO REPRODUCE THE
22       PROBLEM - CHRYSLER ADVISED THEM TO PUT GREASE ON A
         CONNECTOR AND DRIVE THE CAR A BIT. IF THE PROBLEM DOESN'T
23       REPEAT - THEY WANT TO RETURN THE CAR TO ME AS IS.
         CHRYSLER'S INCOMPETENCE WILL GET SOMEONE KILLED - THIS
24       COULD HAPPEN CROSSING A RAILWAY. TURNING LEFT AT A
         TRAFFIC LIGHT, OR GOING DOWN A LONG DESCENT
25  j)   (2014 Jeep Cherokee 8/26/2014) I WAS DRIVING WITH MY TWO YOUNG
         CHILDREN THROUGH TOWN. WE WERE TURNING LEFT ON A BUSY
26       CITY STREET WHEN MY VEHICLE WOULD NOT ACCELERATE AND
         WAS ONLY ABLE TO CREEP THROUGH THE INTERSECTION AT LESS
27       THAN 5 MPH. WE WERE NEARLY T-BONED ON THE SIDE WHERE MY
         4 YR OLD CHILD WAS SEATED. THE SERVICE TRANSMISSION
28       MESSAGE LIGHT CAME ON AND CAR BECAME INOPERABLE! IT

CLASS ACTION COMPLAINT

HAD TO BE TOWED TO THE DEALERSHIP. DEALERSHIP HAD TO COMPLETELY REPLACE TRANSMISSION. THEY OUTRIGHT LIED AND DENIED ANY KNOWLEDGE OF TRANSMISSION ISSUES WITH THIS VEHICLE. IN CONJUNCTION, THEY COULD AND DID NOT ANSWER ANY QUESTIONS REGARDING THE NEW TRANSMISSION AND IF IT WAS ANY DIFFERENT THAN THE ONE THAT FAILED. TO TOP IT OFF MY CAR WAS RETURNED TO ME WITH SEVERAL NEW SCRATCHES, AN EXTRA PART LEFT UNDER THE HOOD, AND A BROKEN HOOD LATCH. I DROVE THE VEHICLE HOME ON A HIGHWAY IN THIS CONDITION AND THANK GOODNESS THE HOOD DID NOT FLY OPEN. THIS ISSUE WITH THE TRANSMISSION IS DEADLY! SOMEONE WILL BE SERIOUSLY HURT OR KILLED BECAUSE OF THIS DEFECT! PLEASE DO NOT PURCHASE THIS CAR. *TR

k)  (2014 Jeep Cherokee 8/14/2014) 2014 JEEP CHEROKEE LIMITED, 6 CYLINDER, PURCHASED ON APRIL 21, 2014 WITH 321 MILES ON IT. THERE WAS A SLIGHT SHIMMY IN THE FRONT END THAT THEY TOLD US WAS A FLAT SPOT IN THE TIRE THAT WOULD WORK ITSELF OUT AND THE TRANSMISSION WOULD HAVE TO "LEARN" MY WAY OF DRIVING. ON MAY 30,TT 2217 MILES I BROUGHT THE VEHICLE BACK TOT HE DEALER FOR HESITATION IN THE TRANSMISSION AND SHUTTERING AND GRINDING IN THE FRONT END. THE JEEP HAS BEEN BACK TO THE DEALER 6 TIMES FOR SHUTTERING AND GRINDING IN THE FRONT END WHEN PROCEEDING FROM STOP OR LOW SPEED AFTER BEING ON THE HIGHWAY AT A CONSTANT SPEED FOR SEVERAL MILES. SHUTTERING CAN HAPPEN WHEN TURNING OR GOING STRAIGHT. I HAVE ALSO REPORTED SEVERAL TRANSMISSION ISSUES TO THEM WITH THE CARS INABILITY TO DOWNSHIFT GOING UP A HILL AND OR TO UP SHIFT WHEN COASTING DOWN HILLS. AT ONE TIME AS I WAS ENTERING THE HIGHWAY, I TRIED TO ACCELERATE TO 55 AND THE CAR WOULD NOT GO OVER 30 MPH. I'M GLAD THERE WERE TWO LANES OR I WOULD HAVE BEEN REAR ENDED. CAR WAS VERY JERKY WHEN PROCEEDING FROM A STOP AND WOULD OFTEN SUDDENLY JERK FORWARD AFTER A HESITATION TO EVEN MOVE. CAR HAS BEEN REPROGRAMMED 3 TIMES, HAD A NEW VALVE BODY INSTALLED, A NEW TRANSMISSION INSTALLED AND TWO NEW AXLES INSTALLED TWO DAYS AFTER THE AXLES WERE INSTALLED THE SHUTTERING AND HESITATION IN TRANSMISSION STARTED AGAIN. DEALER HAS FAILED TO GET BACK TO ME. *TR

l)  (2014 Jeep Cherokee 7/17/2014) WHEN WE BOUGHT THE 2014 JEEP CHEROKEE IT WAS NEW. THERE WAS NO ISSUE WITH THE TRANSMISSION UNTIL WE HAD OWNED IT FOR ABOUT A MONTH. THEN IT STARTED HAVING A ROUGH SHIMMY AS IT SEARCHED FOR THE CORRECT GEAR GOING FROM 0 TO 10 MPH AND THEN 10 TO 20 MPH. ONCE IT REACHES ABOUT 25 MILES PER HOUR THERE IS NO ISSUE WITH THE SHIFTING. WE HAVE HAD IT BACK TO THE DEALERSHIP 3 TIMES. EACH TIME THEY SAID IT WAS FIXED, BUT UPON LEAVING THE LOT, IT DID THE SAME THING I HAD TAKEN IT IN FOR TO BEGIN WITH. WITH JEEP'S UPDATE, WE NOW HAVE A LONG PAUSE GOING UP HILL BEFORE IT GIVES A ROUGH SHIFT AT ABOUT 5 MPH AND THEN CONTINUES TO SHIMMY AT 10 TO 20 MPH. I WAS TOLD ON THE THIRD VISIT THEY WOULD SUBMIT A REPORT

CLASS ACTION COMPLAINT

TO THE MANUFACTURER TO SEE WHAT THE NEXT STEP SHOULD BE TO FIX THE JEEP SINCE THE UPDATES DID NOT WORK. HOWEVER, THEY TRIED THE SAME THING AGAIN AND SAID THEY THOUGHT IT WAS FIXED, BUT IT WASN'T. UPON COMPLETION OF THE SECOND VISIT I WAS TOLD IT NEEDED TO GET USE TO MY DRIVING PATTERN? WHAT EXACTLY DOES THAT MEAN? WHAT IF MORE THAN ONE OF US DRIVE THE VEHICLE? I AM GETTING THE RUN-AROUND FROM JEEP ON A PRODUCT THEY SHOULDN'T HAVE SOLD ME IN THE FIRST PLACE. EVERYTHING I READ PRIOR TO THE PURCHASE RAVED ABOUT THE 9 SPEED TRANSMISSION. UNFORTUNATELY, THAT WAS INCORRECT SINCE THE TRANSMISSIONS IN THE 2014 JEEP CHEROKEES ALL HAVE THE SAME ISSUE AND JEEP DOESN'T REALLY KNOW HOW TO FIX THEM. I BELIEVE I NEED A NEW TRANSMISSION; BUT WILL HAVE TO FORCE JEEP TO DO IT AND HOPE IT WORKS. MY TIME IS WORK SOMETHING - JUST FIX IT. IT'S A LEMON IN MY OPINION. *TR

m) (2014 Jeep Cherokee 7/16/2014) ERRATIC SHIFTING, BOTH UPSHIFTING AND DOWNSHIFTING. CAUSES CAR TO JERK FORWARD WHEN DOWN AND UP SHIFTING. CAR CAME TO A COMPLETE STOPPED THEN LUNGED FORWARD CAUSING ME TO BUMP INTO ANOTHER CAR. THE CAR DOWN SHIFTED THEN FELT LIKE IT WAS IN NEUTRAL THEN JUMPED INTO GEAR AGAIN AND JUMPED FORWARD. THIS CAR HAS LESS THAN 4000 MILES ON IT NOW AND HAS BEEN IN THE SHOP TWICE TO ADDRESS THIS ISSUE SINCE WE HAD IT, BUT THE ISSUE STILL EXIST. I AM DEEPLY WORRIED ABOUT THIS SINCE MY WIFE IS AFRAID TO DRIVE THE CAR AT TIMES NOW. IT'S NOT CLEAR WHAT CHRYSLER WAS THINKING WHEN THEY RELEASED VEHICLES WITH FAULTY TRANSMISSIONS. NOT ONLY IS THIS A SAFETY ISSUE, THIS PROBLEM ALSO DEVALUES THE CAR. WHO WOULD WANT TO PURCHASE OR ACCEPT THIS CAR AS A TRADE-IN WITH A KNOWN TRANSMISSION PROBLEM? *TR

n) (2014 Jeep Cherokee 7/4/2014) WHILE SITTING ON AN INCLINE AT A STOP LIGHT, OUR BRAND NEW 2014 JEEP CHEROKEE THAT HAD ONLY BOUGHT 2 DAYS BEFORE SHIFTED IN TO NEUTRAL ON ITS OWN AND ROLLED BACKWARDS WHEN THE GAS WAS PRESSED. WE HAD TO SHIFT THE TRANSMISSION INTO MANUAL AND BACK TO AUTO SEVERAL TIMES TO GET THE GEARS TO CATCH. LUCKILY NO ONE WAS INJURED AND WE DID NOT ROLL BACKWARDS INTO TRAFFIC. AFTER THAT INCIDENT THE TRANSMISSION WAS SLUGGISH AND WOULD NOT SHIFT GEARS PROPERLY. *TR

o) (2014 Jeep Cherokee 6/30/2014) I HAVE FILED A COMPLAINT HERE REGARDING TRANSMISSION WOBBLE/ SHUDDER IN SECOND GEAR THAT STARTED AT ABOUT 2000 MILES PRIOR TO MY SECOND ISSUE I AM HAVING NOW. MY CHEROKEE VEHICLE NOW SHUDDERS ALL THE TIME AND IT HAS JUST DEVELOPED A LAG IN ACCELERATION.I FEEL LIKE IT IS THE TRANSMISSION CAUSING BOTH PROBLEMS. THE DELAY IN ACCELERATION IS PRESENT DEPENDING ON THE GEAR AND SPEED THAT THE VEHICLE MAY BE IN. THE DELAY HAS HAPPENED WHEN TRYING TO PULL OUT ONTO HIGHWAY ONLY TO HAVE VEHICLE PAUSE FOR AT LEAST A SECOND MAYBE TWO BEFORE IT FINALLY WILL

Page 20

CLASS ACTION COMPLAINT

ACCELERATE,ALLOWING TRAFFIC BEHIND ME AT HIGHWAY SPEEDS TO HAVE TO AVOID MY VEHICLE BECAUSE OF THIS DELAY,THIS HAS HAPPENED SEVERAL TIMES.HAD TRANS FLASH DONE PRIOR AT DEALER AND DID NOTHING TO FIX THE WOBBLE/SHUDDER.HAD SHUDDER DOCUMENTED WHILE I DROVE VEHICLE WITH DEALER TECH IN CAR.CHRYSLER NOW TOLD THE DEALERSHIP THAT THIS SHUDDER IS A CHARACTERISTIC DESIGN OF VEHICLE AND THAT I SHOULD ACCEPT THIS AND NOTHING'S WRONG,THIS IS NOT ACCEPTABLE,THE DELAY AND SHUDDER ARE DANGEROUS AND DISTRACTING WHILE DRIVING AND WILL AFFECT RESALE VALUE. I HAD THE SHUDDER DOCUMENTED BY A A.S.E CERTIFIED TECHNICIAN THAT SAID TO BRING BACK TO DEALER FOR FURTHER DIAGNOSTIC.A DIFFERENT DEALER RECOMMENDED TO DRIVE FOR ANOTHER 1000 MILES AND SEE IF IT GOES AWAY,THIS WILL BE THE 5TH TIME VEHICLE HAS BEEN AT THE DEALERSHIP.I BELIEVE CHRYSLER JEEP HAS NO FIX FOR THIS,AND ARE BEHIND EVASIVE AND DISHONEST CONCERNING THESE COMPLAINTS,AS OTHER OWNERS HAVE HAD TRANSMISSIONS AND AXELS REPLACED AND STILL HAVE THE SHUDDER AND OR DELAY. THANK YOU. *TR

p)   (2014 Jeep Cherokee 6/30/2014) THE VEHICLE FROM THE TIME WE PURCHASED IT FROM THE DEALER HAS HAD A TRANSMISSION SHIFTING PROBLEM. THE PROBLEM SHIFTING HAPPENS BETWEEN 1ST AND 2ND GEAR AND ALSO WHEN YOU GO TO STOP. RECENTLY WHILE DRIVING THE TRANSMISSION SEEMED TO SLIP AND THE VEHICLE WAS NOT ENGAGED CAUSING US TO PULL OVER TO THE SIDE OF THE ROAD. THE ENGINE WAS REVVING BUT THE TRANSMISSION WAS NO LONGER ENGAGED. VEHICLE WAS TURNED OFF AND RESTARTED WHICH WE THEN PUT THE CAR IN DRIVE AND MOVED ONTO THE ROADWAY AGAIN. I HAVE BROUGHT THE VEHICLE TO THE DEALER FOR THIS TWICE BEFORE. ON THE FIRST VISIT THE DEALERSHIP SAID TO JUST DRIVE IT AND IT WILL SMOOTH OUT. ON THE SECOND VISIT THE DEALERSHIP GAVE US THE FIRST SOFTWARE UPDATE WHICH WAS DONE IN APRIL OF THIS YEAR, BUT IT ONLY LASTED AROUND A MONTH OR TWO. THE PROBLEM IS BACK AGAIN AND I HAVE MADE ANOTHER APPOINTMENT TO BRING IT IN ON THURSDAY, JULY 3RD FOR ANOTHER SOFTWARE UPDATE. *TR

q)   (2014 Jeep Cherokee 6/9/2014) THIS CAR HAS BEEN LOOKED AT BY CHRYSLER GROUP LLC FOR STEERING/TRANSMISSION ISSUES 4 TIMES SINCE MARCH 22,2014. THERE HAS BEEN TWO SOFTWARE UPDATES THAT HAVE NOT CORRECTED THE PROBLEM. THERE IS A SAFETY ISSUE DRIVING THE VEHICLE THAT NEEDS TO BE ADDRESSED BEFORE SOMEONE GETS REALLY HURT OR KILLED. *TR

r)   (2014 Jeep Cherokee 5/30/2014) FOUR WHEEL DRIVE SELECTION SYSTEM WAS TOTALLY INOPERATIVE. NINE SPEED AUTOMATIC TRANSMISSION DOES NOT SHIFT INTO 9TH GEAR AUTOMATICALLY. IN MANUAL SHIFT MODE 9TH GEAR IS SELECTED AND TACH DOES NOT DROP TO INDICATE HIGHER GEAR RATIO. SOFTWARE WAS UPDATED BUT STILL SAME PROBLEM - #RRT14-040 - WAS FLASHED TWICE BUT NO DIFFERENCE. CODE

Page 21

CLASS ACTION COMPLAINT

1    READER SHOWS SAME PROBLEM EVEN WHEN UPDATE WAS
     COMPLETED. *TR

2

3    s)   (2014 Jeep Cherokee 5/3/2014) SINCE A COMPUTER UPDATE TO MY 9
          SPEED TRANSMISSION, THE VEHICLE HAS A SIGNIFICANT WOBBLE
          IN THE FRONT WHEELS - LEFT TO RIGHT - WHEN THE AUTOMATIC

4         TRANSMISSION SHIFT BETWEEN 1ST, 2ND AND 3RD GEARS. IT
          FEELS AS IF THE POWER TRANSFER IS CONFUSED AND FIGHTING

5         BETWEEN SENDING POWER TO THE FRONT LEFT AND RIGHT
          WHEELS. IT IS SIGNIFICANT ENOUGH THAT IT IS FELT IN THE

6         STEERING WHEEL, FEET, LEGS AND SEAT OF THE DRIVER AND THE
          PASSENGER FEELS THE WOBBLE ALSO IN THE FLOOR AND SEAT. I

7         DO HAVE A FEAR OF THE ELECTRONICS AND COMPUTER
          CONTROLS SINCE THIS IS A DEFECT WHICH CAN CAUSE A

8         COMPUTER MALFUNCTION WHILE DRIVING THE VEHICLE. IT IS AN
          IMPORTANT SAFETY CONCERN FOR BOTH THE VEHICLE

9         OCCUPANTS AND OTHER DRIVERS AROUND THE VEHICLE. *TR

10   t)   (2014 Jeep Cherokee 4/6/2014) DRIVING ALONG AT 30 WHEN FIRST THE
          ENGINE LIGHT CAME ON, THEN IMMEDIATELY AFTER THE

11        DISPLAY SAID TRANSMISSION AND THE DISPLAY WAS LIGHTING
          UP WITH ALL SORTS OF SYMBOLS. THE TRANSMISSION

12        COMPLETELY DISENGAGED AND THE CAR COASTED TO A STOP. IT
          WOULD NOT MOVE. FORTUNATELY WHEN I FELT IT LOSING

13        POWER I WAS ABLE TO MAKE A QUICK TURN INTO A STORE
          PARKING LOT. HAD THAT HAPPENED ON THE HIGHWAY I COULD

14        HAVE BEEN KILLED BECAUSE THE CAR JUST TOTALLY LOST ALL
          MOTION AS I WAS DRIVING. I TURNED IT COMPLETELY OFF FOR A

15        FEW MINUTES AND IT STARTED BUT WITH THE ENGINE LIGHT
          SHOWING. I CALLED THE DEALERSHIP KELLY JEEP CHRYSLER IN

16        LYNNFIELD AND TOLD THE SERVICE DEPARTMENT WHAT
          HAPPENED. I DROVE STRAIGHT THERE...FURIOUS. THE SERVICE

17        GUY TOOK DOWN THE INFORMATION I RELAYED ABOUT THE
          INCIDENT. I TOLD HIM I HAD READ RECENTLY THAT THEIR 9

18        SPEED TRANSMISSION HAD KNOWN ISSUES AND HE SAID HE
          DIDN'T KNOW ANYTHING ABOUT THAT. I TOLD HIM NOT TO EVEN

19        TELL ME I AM THE FIRST TO REPORT THIS PROBLEM AND HE SAID
          "MAYBE NOT IN THE WHOLE COUNTRY BUT I DON'T THINK WE'VE

20        HAD THIS PROBLEM HERE" AND I TOLD HIM NOT TO SPEAK DOWN
          TO ME BECAUSE IT HAS BEEN WRITTEN ABOUT ALREADY AS A

21        KNOWN ISSUE. HE ALREADY HAD THE COURTESY CAR WAITING
          FOR ME AND HE IMMEDIATELY WALKED ME OUT THE DOOR TO

22        THE CAR. I WAS THERE LESS THAN 5 MINUTES. I KNOW HE DID NOT
          WANT ME SPEAKING TO ANYBODY IN THE SERVICE WAITING

23        ROOM AS I COULD SEE PEOPLE SITTING THERE WAITING FOR
          THEIR OWN REPAIRS. THIS IS AN ISSUE THAT WILL END UP

24        KILLING SOMEBODY. *TR

25   u)   (2014 Jeep Cherokee 2/13/2014) DRIVING ON THE HIGHWAY AT 65MPH
          WHEN THE GAS PEDAL BECAME UNRESPONSIVE. THERE WAS

26        STILL ELECTRICAL POWER TO THE CAR BUT I COULD NOT
          ACCELERATE. THIS HAS HAPPENED A TOTAL OF 4 TIMES ON THE

27        HIGHWAY TWICE BEFORE THE TRANSMISSION WAS REPLACED
          AND TWICE AFTER. ALL TIMES I MADE IT SAFELY TO THE

28        SHOULDER AND COULD NOT GET THE JEEP IN PARK. I SHUT THE

CLASS ACTION COMPLAINT

1      JEEP DOWN AND STARTED IT AGAIN, IT FIXED THE ISSUE. I WAS

2      ABLE TO GET THE JEEP OFF OF THE HIGHWAY AND TO THE
DEALERSHIP. *TR

3    v)    (2014 Jeep Cherokee 1/23/2014) 2014 JEEP CHEROKEE. CONSUMER
WRITES IN REGARDS TO TRANSMISSION PROBLEMS. *SMD VERY

4      SHORTLY AFTER THE VEHICLE WAS PURCHASED, THE CONSUMER
NOTICED SPOTS ON THE DRIVEWAY, WHICH THEN PROGRESSED

5      INTO A HORRIBLE WHINING AND GRINDING NOISE. THE VEHICLE
STARTED TO SHIFT ERRATICALLY AND THE CONSUMER DID NOT

6      FEEL SHE HAD CONTROL OF THE VEHICLE. THE CONSUMER MADE
AN APPOINTMENT WITH THE DEALER, AND AFTER HAVING THE

7      VEHICLE FOR A DAY, SHE WAS INFORMED THE ENTIRE
TRANSMISSION NEEDED TO BE REPLACED. THE DEALER

8      EXPLAINED TO THE CONSUMER, THAT PART OF THE
TRANSMISSION WAS POROUS, WHICH EXPLAINED THE STAINS ON

9      THE DRIVEWAY IN MULTIPLE SPOTS. THE TRANSMISSION WAS
REPLACED UNDER WARRANTY. *JB

10

11  **2015 CHRYSLER 200**

12    a)    (2015 Chrysler 200 5/26/2015) TL* THE CONTACT OWNS A 2015
CHRYSLER 200. THE CONTACT STATED THAT THE TRANSMISSION

13      FAILED TWICE. THE SERVICE TRANSMISSION LIGHT ILLUMINATED
AND THE VEHICLE STALLED. THE FAILURE PREVENTED THE

14      VEHICLE FROM SHIFTING INTO GEAR. THE VEHICLE WAS TOWED
TO THE DEALER AND IT WAS DETERMINED THAT THE TRANS AXLE

15      NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE
FAILURE STILL OCCURRED. THE CONTACT STATED THAT THE

16      TRANSMISSION NEEDED TO BE REPLACED AND THAT THE
TRANSMISSIONS WERE ON BACK ORDER BECAUSE THIS WAS A

17      KNOWN ISSUE. THE VEHICLE HAD NOT BEEN REPAIRED. THE VIN
WAS NOT AVAILABLE. THE FAILURE MILEAGE WAS UNKNOWN.

18

19    b)    (2015 Chrysler 200 5/10/2015) RECEIVED A RECALL NOTICE ABOUT AN
ISSUE WITH THE TRANSAXLE PARK ROD LATE APRIL 2015. TOOK IT

20      TO THE DEALER WHERE WE PURCHASED THE VEHICLE. WHERE
INFORMED THAT THE RECALL REPAIRS COULD NOT BE

21      PERFORMED UNTIL AFTER MAY 1, 2015 NEEDED A SPECIFIC TOOL
THAT HAD BEEN ORDERED. THEY DID INSPECT THE VEHICLE AND

22      SAID THAT IT WAS SAFE, MAKE AN APPOINTMENT FOR AFTER
MAY 1ST. ON MAY 7, 2015 MY WIFE WAS DRIVING ON THE

23      HIGHWAY AT APPROXIMATELY 70 MPH WHEN SHE SAID THE DASH
WARNING LIGHTS STARTED GOING OFF AND WARNING BELLS

24      STARTED GOING OFF. THE WARNING SAID "SERVICE
TRANSMISSION" THEN WOULD FLASH TO "SHIFT TO PARK AND

25      ENGAGE PARKING BRAKE". THE TRANSMISSION SEEMED TO HAVE
SHIFTED INTO NEUTRAL. THE CAR WAS RUNNING BUT DID NOT

26      HAVE ANY FORWARD MOMENTUM. THIS MESSAGE CONTINUED
OVER AND OVER. SHE HAD TO GO OVER 3 LANES OF TRAFFIC

27      BEFORE SHE COULD GET TO THE SIDE OFF THE ROAD TO A SAFE
SPOT. SHE IMMEDIATELY PUT ON THE HAZARD LIGHTS WHEN THIS

28      HAPPENED BUT HAD TO DODGE TRAFFIC. ONCE SHE WAS STOPPED
THE SHIFTER DIAL WAS STILL LIT UP THAT IT WAS IN DRIVE, SHE

MOVED IT TO PARK BUT STILL WAS LIT UP THAT IT WAS IN DRIVE. SHE PUT ON THE PARKING BRAKE AND TURNED THE CAR OFF. SHE WAITED A FEW MINUTES AND STARTED THE CAR AGAIN. THE SHIFTER DIAL NOW SHOWED TO BE IN PARK, SHE TRIED TO SHIFT TO ALL THE OTHER GEARS, THE CAR WOULD NOT MOVE AND THE DIAL STILL SHOWED IT WAS IN PARK. CAR WAS TOWED TO THE DEALERSHIP WHERE IT WAS PURCHASED. 2 DAYS LATER INFORMED THAT TRANSAXLE WILL NEED TO BE REPLACED. VEHICLE CURRENTLY AT DEALERSHIP FOR REPAIR/RECALL , IT WILL TAKE APPROXIMATELY A WEEK TO COMPLETE. DISAPPOINTED AND VERY CONCERNED FOR MY WIFE'S SAFETY .

c)   (2015 Chrysler 200 4/21/2015) THE CAR LUNGED WHEN IT UPSHIFTED INTO 2ND AND 5TH GEAR. IT ALSO LUNGED WHEN DOWNSHIFTING, ALMOST CAUSING ME TO RAM INTO THE BACK OF ANOTHER CAR. BOTH ARE WORSE WHEN THE CAR IS COLD. I TOOK IT INTO A DEALER. THEY TOLD ME THEY UPDATED THE SOFTWARE. THE TRANSMISSION WAS MAYBE A LITTLE DIFFERENT, BUT NOT MUCH. I AM SO TIRED OF MY NECK BOUNCING AROUND WHILE UPSHIFTING AND AFRAID OF AN ACCIDENT WHILE DOWNSHIFTING. I TOOK THE CAR INTO A DIFFERENT DEALER LAST MONTH AND HE SAID ALL THE SOFTWARE WAS UP TO DATE AND THERE WAS NOTHING HE COULD DO. HE SAID I SOULD HAVE TO DEAL WITH CHRYSLER.

d)   (2015 Chrysler 200 4/18/2015)  ON SUNDAY, APRIL 12TH AT 5:30AM, I WAS DRIVING SOUTHBOUND ON I-94 AT 65MPH WHEN ALL OF A SUDDEN I LOST ALL POWER TO MY TRANSMISSION. MY GAS PEDAL WAS USELESS & I HAD TO COAST OFF THE EXPRESSWAY TO THE SHOULDER (I WAS IN THE FAR LEFT LANE & THE SHOULDER THERE IS TOO NARROW. IF THIS HAD BEEN AT A DIFFERENT TIME, I WOULD HAVE NO DOUBT BEEN KILLED (AS WELL AS OTHERS I'M SURE), FOR I WOULDN'T HAVE HAD THE ROOM OR MOMENTUM TO COAST ONTO THE SHOULDER & WOULD HAVE BEEN STRUCK FROM BEHIND. CHRYSLER WANTS THE CAR FIXED & NOT EVEN THE DEALER KNOWS EXACTLY WHAT IS WRONG, CITING IT AS A 'SHOTGUN FIX'. AND, I'M ON AN EXPRESSWAY (OR TWO OR THREE) EVERYDAY. THIS CAR IS A DANGER & IT WILL NO DOUBT DO THIS AGAIN.

e)   (2015 Chrysler 200 3/17/2015) 1ST TIME: ON HIGHWAY AT 55MPH GOT AND ERROR ON DASH: SERVICE TRANSMISSION THEN PERFORMANCE SHIFTING NOT AVAILABLE 2ND TIME: AFTER JUST 4-5 MINUTES OF DRIVING THE CAR HAD SAME ERRORS AS ABOVE. AT THE NEXT LIGHT, PRESSED GAS AND THERE WAS NO REVVING OF ENGINE (RPMS DID NOT MOVE). PUT IT INTO PARK AND IT SAID CAR IS NOT IN PARK, USE EMERGENCY BRAKE TO PREVENT MOVEMENT." PUT BRAKE ON, THEN INTO D, THEN BRAKE OFF AND CAR WENT VERY SLOWLY AS IT WAS STUCK IN 4TH GEAR. WENT ONTO HIGHWAY AND STILL STUCK IN 4TH FOR A FEW MILES (REVVING AT 4,000 RPMS AT ABOUT 60MPH). SUDDENLY THE ENGINE BEGAN REVVING ITSELF UP TO 5.5K WITHOUT MY FOOT ON THE PEDAL, BUT THERE WAS NO ACCELERATION (LIKE CAR WAS NOT IN A GEAR). I PRESSED ACCELERATOR AND NOTHING HAPPENED, IT STAYED AT ABOUT 5.5K. I PUT CAR INTO N AND THE

CLASS ACTION COMPLAINT

RPMS DROPPED TO ABOUT 1.5K, BUT CAR STILL NOT IN A GEAR SO IT WAS LOSING SPEED SO I MOVED TO BREAKDOWN LANE. PUT IT BACK INTO D AND IT AGAIN REVVED TO 5.5K, BUT STILL NO GEAR AND LOST SPEED. 3RD TIME: I WOULD TURN TO D AND IT WOULD TAKE ABOUT 3-5 SECONDS BEFORE IT CLUNKED INTO GEAR. CAR THEN SHUDDERED A BIT AS I PULLED OUT AND THEN IT GAVE THE SAME ERRORS AS BEFORE: SERVICE TRANSMISSION THEN PERFORMANCE SHIFTING NOT AVAILABLE ON THE DASH. IT ALSO GOT STUCK IN 4TH GEAR AGAIN SO I COULD NOT ACCELERATE PROPERLY. IT ALSO REVVED THE ENGINE RANDOMLY. IN FACT, I ALMOST SMASHED INTO MY GARAGE BECAUSE AS I WAS SLOWLY TURNING INTO MY GARAGE THE CAR SUDDENLY SURGED FORWARD (IMAGINE IN A MANUAL CAR, REVVING THE ENGINE AND THEN RAPIDLY LETTING OUT ON THE CLUTCH) AND I HAD TO SLAM ON THE BRAKES TO PREVENT IT FROM GOING INTO THE SIDE OF MY HOUSE. IF THERE WERE PEOPLE WALKING IN FRONT OF THE CAR AT A CROSSWALK, THEY WOULD HAVE BEEN HIT. THIS IS NOT ACCEPTABLE AND NOT SAFE. JUST AS MUCH I COULD EASILY GET INTO AN ACCIDENT WITH ANOTHER CAR, THE WAY THIS CAR IS BEHAVING.

f)   (2015 Chrysler 200 3/13/2015) AFTER ONLY OWNING MY VEHICLE FOR LESS THAN 72 HOURS, AND DRIVING ABOUT 380 MILES, MY TRANSMISSION APPEARS TO HAVE HAD A COMPLETE FAILURE. I NOTICED IT DOWNSHIFTING VERY HARD AT A STOP LIGHT, THEN AGAIN A MILE OR SO DOWN THE ROAD. BY THE TIME I GOT TO ANOTHER STOP LIGHT, MY CAR DOWNSHIFTED SO VIOLENTLY IT SLAMMED ME INTO MY SEAT BELT AND SCARED ME BADLY. IT FELT AS IF THE CAR HAD SHIFTED IN PARK WHILE IT WAS STILL ROLLING FORWARD AT ABOUT 10 MILES AN HOUR. WHEN I ATTEMPTED TO ACCELERATE AWAY FORM THE LIGHT, THE CAR WOULD NOT UP SHIFT, SO I HAD TO LIMP IT INTO THE NEXT PARKING LOT AT 4K RPMS AT ABOUT 7 MPH. WHEN I PULLED INTO THE PARKING SPACE, THE VEHICLE WOULD NOT SHIFT INTO PARK. AFTER SEVERAL ATTEMPTS, THE CAR FINALLY SHIFTED OUT OF DRIVE INTO REVERSE, AND AFTER SEVERAL MORE ATTEMPTS, IT FINALLY SHIFTED INTO PARK ALLOWING ME TO TURN OFF THE ENGINE. WHILE I WAS NOT REALLY INJURED BEHIND A SLIGHT SORENESS FROM THE SEAT BELT, HAD I BEEN TRAVELLING AT HIGHWAY SPEEDS WHEN THE VEHICLE DOWN SHIFTED INTO PARK, THERE WOULD HAVE BEEN A SERIOUS ACCIDENT.

g)   (2015 Chrysler 200 3/12/2015) I WAS ON A SLIGHT HILL (APPROX 10-15 DEGREES) STOPPED THE CAR AND PUT IT INTO PARK, PRESSED THE ENGINE START BUTTON TO SHUT OFF THE ENGINE AND OPENED THE DOOR TO EXIT. AS I LIFTED MY WEIGHT OUT OF THE CAR, IT BEGAN TO ROLL BACKWARDS, MY FOOT SLIPPED UNDER THE CAR BUT I WAS ABLE TO HIT THE BREAKS WITH MY OTHER FOOT. THINKING IT WAS SOMETHING I DID WRONG, I PULLED THE CAR BACK UP AND REPEATED THE SAME STEPS AND IT DID THE SAME THING AGAIN (THIS TIME WITH OUT MY FOOT). I TWAS THEN THINKING, THIS IS A BRAND NEW 31K+ CAR - IT CANT BE DOING THIS SO I REPEATED A THIRD TIME AND IT HAPPENED AGAIN. I CALLED MY DEALER WHO INSTRUCTED ME TO SET THE EMERGENCY BRAKE ON PARK SELECTION ON MY RADIO AND TO

Page 25

CLASS ACTION COMPLAINT

BRING THE CAR IN IMMEDIATELY! ITS NOW IN THE DEALERS SHOP AS THEY ARE GETTING THE HEM AND HAW FROM CHRYSLER ON WHAT TO DO. I WANT THIS FIXED ASAP AS I AM LUCKY THE CAR DID NOT RUN OVER ME AND CRASH INTO THE CARS BEHIND ME

h)   (2015 Chrysler 200 2/24/2015) WHEN DECELERATING GOING DOWN A SLIGHT INCLINE MY FOOT WAS OFF THE GAS PEDAL. AS I APPLIED THE BRAKE PEDAL THE CAR SHIFTED BUT HAD ACCELERATED AS THOUGH I HAD PUSHED ON THE GAS PEDAL. I HAD TO FORCEFULLY APPLY THE BRAKES EVEN HARDER TO KEEP FROM HITTING THE CAR IN FROM OF ME. I HAVE NOTICED THIS ON OTHER OCCASIONS AS WELL BUT THIS TIME WAS DIFFERENT AS THERE WAS SOMEONE IN FRONT OF ME. IT IS AS THOUGH WHEN THE CAR SHIFTS FROM 7TH TO 5TH AND ALSO FROM 5TH TO 3RD THE CAR LUNGES FORWARDS. I HAVE ALSO NOTICES THE CAR WILL PULL ITSELF UP A HILL WITHOUT APPLYING THE GAS PEDAL WHEN APPROACHING A STOP SIGN AT THE TOP OF THE HILL. I AM CONCERNED I MAY INADVERTENTLY REAR END ANOTHER VEHICLE WITH THIS ISSUE.

i)   (2015 Chrysler 200 12/22/2014) DROVE VEHICLE 25 MILES FROM HOME,PARKED FOR 2 1/2 HOURS, STARTED VEHICLE SHIFTED IT IN REVERSE, THE SERVICE TRANSMISSION NOTIFICATION CAME ON THE DRIVER DISPLAY, BACKED THE VEHICLE OUT OF THE PARKING SPOT AND SHIFTED THE VEHICLE INTO DRIVE THE GEAR INDICATOR SAID THE VEHICLE WAS IN 4TH GEAR AS I DROVE THE CAR FORWARD THE TRANSMISSION REMAINED IN 4TH GEAR WITHOUT SHIFTING, I DROVE THE CAR ABOUT 1 MILE LIKE THIS. I PARKED THE CAR IN A SAFE PLACE, SHUT IT OFF, CALLED CHRYSLER ROADSIDE ASSISTANCE, RESTARTED VEHICLE, PUT IN GEAR, ALL WAS NORMAL, DROVE 4 MILES, TRANSMISSION STUCK IN 8TH GEAR, PULLED OVER TURNED OFF CAR, RESTARTED AFTER 5 MINUTES, DROVE VEHICLE REMAINING DISTANCE HOME. NEXT DAY DROVE VEHICLE TO MODESTO,CA DEALERSHIP WITHOUT PROBLEM, DEALER HAD CAR FOR 7 DAYS, THEY SAID THEY REPLACED TRANSMISSION CONTROL MODULE AND UPDATED SOFTWARE. PICK UP VEHICLE DROVE IT, NOTICING THAT SHIFTING FELT DIFFERENT THAN BEFORE THE PROBLEM, NOT AS SMOOTH. ON DECEMBER 18, 2014 WHILE DRIVING VEHICLE, THE SERVICE TRANSMISSION ADVISORY CAME ON AGAIN AND THE VEHICLE WAS STUCK IN 2ND GEAR, STOPPED VEHICLE AS BEFORE, RESTARTED AND WAS ABLE TO DRIVE BACK TO DEALERSHIP, WHERE THE VEHICLE IS NOW. THE SERVICE MANAGER ADVISES ME THAT THEY ARE WORKING WITH CHRYSLER ENGINEERS, BUT ARE NOT HAVING MUCH SUCCESS WITH AN ANSWER TO THE PROBLEM.

j)   (2015 Chrysler 200 12/9/2014) VEHICLE ACCELERATES 2 TO 3 MPH WHEN TRANSMISSION DOWNSHIFTS FROM 8TH GEAR TO 7TH AND FROM 5TH GEAR TO 4TH MAKING IT DIFFICULT TO JUDGE STOPPING DISTANCES AND MAKING TURNS. THIS HAPPENS WHEN FOOT IS OFF THE ACCELERATOR.

k)   (2015 Chrysler 200 11/03/2014) TL* THE CONTACT OWNS A 2015 CHRYSLER 200. THE CONTACT STATED THAT WHILE DRIVING AT

CLASS ACTION COMPLAINT

1   APPROXIMATELY 30 MPH, THE GEAR SHAFT INDEPENDENTLY
    SHIFTED AND CAUSED THE VEHICLE TO JERK AND STOP. THE
2   VEHICLE WAS TOWED TO A DEALER WHERE IT WAS DIAGNOSED
    THAT THE TRANSMISSION MODULE NEEDED TO BE UPDATED. THE
3   VEHICLE WAS REPAIRED BUT THE FAILURE RECURRED. IN
    ADDITION, THE CONTACT MENTIONED THAT THE VEHICLE
4   STALLED. THE VEHICLE WAS NOT REPAIRED. THE
    MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE
5   APPROXIMATE FAILURE MILEAGE WAS 5,900.

6   l)   (2015 Chrysler 200 9/05/2014) TL* THE CONTACT OWNS A 2015
         CHRYSLER 200. THE CONTACT STATED THAT THE VEHICLE
7        ERRONEOUSLY SHIFTED TO NEUTRAL. THE VEHICLE WAS
         RESTARTED TO REGAIN NORMAL FUNCTION. THE FAILURE
8        OCCURRED ON SEVERAL OCCASIONS. THE VEHICLE WAS TOWED
         TO THE DEALER BUT THE FAILURE WAS UNABLE TO BE
9        DUPLICATED. THE VEHICLE WAS NOT REPAIRED. THE
         MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE
10       FAILURE MILEAGE WAS 1,900.

11  m)   (2015 Chrysler 200 9/04/2014) AFTER HAVING AN ISSUE WITH THE
         VEHICLE STARTING AND RECEIVING A JUMPSTART, I WAS
12       BRINGING THE CAR TO THE DEALERSHIP TO BE REPAIRED. THE
         VEHICLES ENGINE SUDDENLY STOPPED WHILST I WAS ON A
13       CROWDED ROAD DURING RUSH HOUR. I HAD NO ABILITY TO
         ACCELERATE, NOR ENOUGH MOTION TO GET TO PARKING LOT. I
14       WAS FORCED TO STOP IN A RIGHT HAND TURN LANE. I WAS
         INSTRUCTED TO PUT THE VEHICLE IN PARK, AND RESTART. AT
15       THIS TIME THE VEHICLE DID NOT RESTART AND I CALLED MY
         INSURANCE COMPANY TO REQUEST A TOW, AND POLICE
16       ASSISTANCE TO INCREASE THE VISIBILITY OF MY VEHICLE AND
         TO KEEP TRAFFIC AWAY TO PREVENT AN ACCIDENT. AT THIS
17       TIME, THE DEALERSHIP HAS STATED THAT THERE WERE NO
         ERROR CODES SHOWING, AND THAT THE DAY FOLLOWING THIS
18       INCIDENT THE CAR STARTED FINE. I AM CONCERNED THAT SINCE
         THIS IS A VEHICLE THAT IS A FRESH REDESIGN THAT NOT ALL OF
19       THE MAJOR ISSUES WERE CAUGHT BEFORE DEPLOYING THE
         VEHICLE ON THE ROAD. I DO NOT FEEL SAFE DRIVING THIS
20       VEHICLE WITHOUT AN EXPLANATION FOR WHAT HAPPENED, AND
         HOW IT WAS FIXED. *TR
21

22  **2015 JEEP RENEGADE**

23  a)   (2015 Jeep Renegade 6/30/2015) I WAS ON THE HIGHWAY WHEN
         SUDDENLY MY BRAND NEW CAR STALLED AND WOULD NOT SHIFT
24       BACK INTO GEAR. THE CAR BECAME IMMOBILIZED AND HAD TO
         GET TOWED BACK TO THE DEALERSHIP. THEY REPLACED THE
25       FUEL VALVE AND DID NOT TEST FOR TRANSMISSION OR
         ELECTRICAL ISSUES. TWO DAYS LATER THE SAME THING
26       HAPPENED ON THE HIGHWAY. I TOOK IT TO A DIFFERENT
         DEALERSHIP AND THEY DID NOT KNOW WHAT WAS WRONG WITH
27       IT, SO THEY UPDATED THE SOFTWARE IN THE CAR BECAUSE TWO
         UPDATES WERE AVAILABLE. I GOT THE CAR BACK AND IT BROKE
28       DOWN FOR A THIRD TIME, AGAIN AFTER ONLY 2 DAYS. THE CAR IS

Page 27

CLASS ACTION COMPLAINT

1    CURRENTLY IN THE SHOP AND CHRYSLER IS RELUCTANT TO
2    BUYBACK THE VEHICLE. NOBODY CAN FIGURE OUT WHAT IS
     WRONG.

3    b)    (2015 Jeep Renegade 5/25/2015) HESITATION SHIFTING BETWEEN
            MULTIPLE GEARS. LUNGED FORWARD WITHOUT WARNING AT A
4            COMPLETE STOP. MADE MANUFACTURER AWARE OF ISSUE.

5    54.    Also, complaints posted by consumers in internet forums demonstrate that the

6    defect is widespread and dangerous and that it manifests without warning.  The complaints

7    also indicate Defendant's awareness of the problems with the transmission and how

8    potentially dangerous the defect is for consumers.  The following are some safety complaints

9    relating to ZF 9HP Automatic Transmission Defects (spelling and grammar mistakes remain

10   as found in the original) (Edmunds.com (July 7, 2015), http://www.edmunds.com/; Cars.com

11   (July 7, 2015), http://cars.com/; and CarComplaints.com (July 7, 2015),

12   http://www.carcomplaints.com/):

13   **Edmunds.com 2014 Jeep Cherokee &2015 Jeep Cherokee - Consumer Reviews:**

14   a)    (2014 Jeep Cherokee) Posted by **murphy25p** on 06/18/2015:  Be aware that car
            manufacturers pay some reviewers to raise the overall rating of vehicles. I had
15          transmission problems from day one, a new transmission that still had problems
            at 16k miles after two software updates, engine lights requiring replacement of
16          an air shuttle. All in all, the first 24k miles, a year of owning the vehicle, I was
            without it for over two weeks. What you're looking for in a new vehicle? Me
17          neither. The transmission defects on this vehicle are well documented and in
            other reviews as well as mine. Believe them. There are many more reliable
18          vehicles than this one, I'll never buy another Jeep product it's the worst vehicle
            I've ever owned.
19
     b)    (2014 Jeep Cherokee) Posted by **bachleda** on 6/1/2015: Owned the car a year
20          and has been to the stealership 5 times for shifting problems. Do not buy this
            car until Chrysler has fixed the shifting problems. My car will not down shift
21          properly and wants to stay in 3rd gear. If you slow down and try to speed up,
            you cannot because you are in too high of a gear and have to stomp on the gas
22          for it to go. I have been in almost 3 accidents because of this.

23   c)    (2014 Jeep Cherokee) Posted by **vlowe945** on 8/18/2014: bought w/ 2 miles on
            it, 2nd day wouldn't start, been in the shop 6 times & towed once, transmission
24          malfunctioned the ck engine brake & esc light came on then rolled forward
            down the driveway in reverse, it said service transmission & needed computer
25          updates. when started it idles high then acts like its gonna die & smooth's out,
            taking off from stop it shimmy's from side to side. on the interstate with cruise
26          @ 70 mph rpms are 2200 but plus or minus 1 mile the rpms drop to 1850, I
            resorted to video recording every time I got in it as evidence of trouble, have a
27          active case with Jeep but if there is a issue and it doesn't throw a code its not
            fixable! but I did get a 6/60k free maint.
28

Page 28

CLASS ACTION COMPLAINT

d) (2015 Jeep Cherokee) Posted by **ehaba** on 6/12/2015: Few month from having vehicle, transmission started leaking. Sent to shop, came back and transmission light was back and vehicle was totally un-drivable. Towed back to shop. 30 days later I got vehicle back and things started working again but not for long. 10 days passed and vehicle was shut-down and started making load noise. Towed back to shop for another transmission issue. this time, it got replaced. That also aside from side airbag recall. I'm filling Lemon case. Other issues i've experienced, when trying to slow down, vehicle keeps going or even speeds. This is a big safely issue. Thank god, I give enough time to slow down. Doesn't have 3000 on it. yet have all those problems.

e) (2015 Jeep Cherokee) Posted by **strman** on 5/14/2015: Firstly, I have the V6 model Trailhawk. It was a great car for the first 11000 miles but then one day I received an RO1 recall notice for a software reprogramming. Don't do it. This reprogramming disables second gear because they know there is a serious design flaw with the transmission. The recall reprogramming limits the down shifting of the tranny so you end up with a car that is always in the wrong gear and a herky jerky pig to drive. I once rated this car with 5 stars but feel compelled to warn the public now because so far Chrysler appears to be unwilling and very uncaring to restore this vehicle to what I paid for.

f) (2015 Jeep Cherokee) Posted by **aryann** on 12/22/2014: DO NOT BUY THIS CAR. There are trasnmission problems starting at 1k miles on my 2015 Jeep Cherokee Limited. The car is well built and looks great from exterior and interior. But the mechanics are a failure. My jeep stated hard shifting at 1k miles. I even had a time when I couldn't move the vehicle. I have been to the dealer several times and they haven't been able to solve my issue. Seems that I am not the only one with this issue if you search over the internet for "hard-shifting" issues with Cherokees you will understand. I am very disappointed that I have to take my new car to the dealer every couple of weeks where I get no solution to the problem.

**Cars.com 2015 Jeep Cherokee - Consumer Reviews:**

a) Posted by Lost in Maine from Maine | June 6, 2015: Bought new 2015. Made it to 1300 miles and shifting issues arose. Hauled to local dealer by Jeep. Told the transmission needs to be replaced. After several days, transmission is replaced and is returned as repaired. Notice vibration and call Jeep. Told the axles need to be replaced. Also told said axles are not available until September sometime. Transmission is beginning to exhibit same issues as was first reported. It's only been 200 miles to start having problems again. Totally disgusted with the whole situation with this vehicle.

**CarComplaints.com 2015 Chrysler 200 & 2015 Jeep Renegade – Owner Comments:**

a) (2015 Chrysler 200) Posted by Rudy M., Odessa, FL, USA on 5/2/2015: I purchased my car new in September 2014 and I'd like to start by saying that I had no problems with my car until I took it in for the Recall software flash on 05/02/2015. Four days after the software update, the check engine light came on. I took the car back to the dealership on 05/07/2015. I'm advised that the transmission needs to be replaced. I'm not happy since the car is only 7 months old at the time but I have the work completed. I got the car back and drove the car for the next few days and everything was great. On the fourth day, I start to

Page 29

CLASS ACTION COMPLAINT

1  feel the car hesitate as I'm in stop and go traffic. It also, lunges forward as I'm
2  trying to bring the car to a stop. At one point the car hesitated as I was crossing
   a busy intersection almost causing a car to hit me. I took the car back to the
3  dealership on 05/15/2015. I was advised that they replaced some parts and that
   the car was road tested and was ready for pick up. As I was driving back to
4  work, the car started to do the same things. I called the service tech and she
   asked me to bring the car back in to take a test drive. I take the car in and take a
5  test drive with a transmission specialist. He advised me at the end of the test
   drive that "The jerky drive is normal for this car". I can assure you that if the
6  car drove this way on my test drive, I would have never purchased the 2015
   Chrysler 200s. I was directed to the service manager. He advised that he would
7  talk to the district manager and see what he would be able to do. I was hoping
   for some good news, It was not. They offered me a lifetime warranty on the
8  vehicle. Although this is a very nice offer, it doesn't fix the current issues that
   I'm having with the car. I'd like the car to be fixed or if it can't be fixed, I feel
9  that Chrysler should do the right thing and replace the car.

10  b)  (2015 Chrysler 200) Posted by Ambria F., Houston, Texas , USA on 4/15/2015:
        This car is a total nightmare!!! I absolutely do not feel safe driving this vehicle.
11      After already getting the transmission replaced, I'm STILL having transmission
        issues that seem really dangerous! I put the car into drive today and nothing
12      happened. I returned the gear back to park. I then put the gear back into
        drive............nothing. So I press the gas just to see what would happen since it
13      was in drive and wasn't moving. ............................finally the car makes a loud
        noise and darts out going about 20 mph. Scary and embarrassing. I hate I ever
14      stumbled across this car! The car is only nice looking on the outside, possessed
        and unpredictable on the inside!! (the transmission is garbage) Someone is
15      going to get hurt or killed in this vehicle!

16  c)  (2015 Jeep Renegade) Posted by lnwolfs, Coeur D'Alene, ID, USA on
        4/08/2015: The problems haunting Jeep on their 9-speed automatic
17      transmission have been inherited by the 2015 Jeep Renegade. I have owned this
        car now for 5 days and, on three separate occasions, I have experienced a
18      sudden burst of acceleration while trying to come to a stop and also when
        letting the vehicle roll slowly forward (as in traffic at a stop light). It is quite
19      disconcerting and I am very afraid what will happen if it does this while I am
        on slick roads. I can see this transmission has been a major issue in Cherokees
20      and I am wondering why Jeep is still putting them in their cars. Is this why the
        release of the Renegade took so long?

21      55.    The Transmission Defect poses an unreasonable safety risk for Class Members

22  and other drivers and pedestrians.  A vehicle's responsiveness to driver input, such as

23  acceleration and deceleration, and the ability of a vehicle's transmission to perform properly

24  are critical to a vehicle's safe operation.  A defect that causes one or more of these negative

25  characteristics poses a safety hazard to the general public and increases the risk of automobile

26  accidents.

27              **FCA Has Exclusive Knowledge of the Transmission Defect**

28      56.    FCA had superior and exclusive knowledge of the transmission defect and

CLASS ACTION COMPLAINT

1    knew or should have known that the defect was not known or reasonably discoverable by

2    Plaintiffs and Class Members before they purchased or leased the Class Vehicles.

3         57.    Plaintiffs are informed and believe, and based thereon allege, that before

4    Plaintiffs purchased their Class Vehicles, and since at least October 2013, FCA knew about

5    the Transmission Defect through sources not available to consumers, including the following:

6    pre-release testing data; early consumer complaints about the Transmission Defect to

7    Defendant's dealers who are its agents for vehicle repairs; warranty claim data related to the

8    defect; aggregate data from FCA's dealers and reports to FCA's Service Technical Assistance

9    Resource ("STAR") Center, its engineer/technical team; consumer complaints to the NHTSA

10   and resulting notice from NHTSA; early consumer complaints on websites and internet

11   forums; dealership repair orders; testing conducted in response to owner or lessee complaints;

12   technical service bulletins ("TSBs") applicable to the Class Vehicles; and other internal

13   sources of aggregate information about the problem.

14        58.    As a result of the Transmission Defect, FCA has issued several Technical

15   Service Bulletins ("TSBs"), as well as three transmission software updates, to its dealers in the

16   United States, acknowledging defects in the ZF 9HP Automatic Transmission.  For example,

17   FCA issued TSB #SB-21-013-13 on or around November 14, 2013, to its dealers, covering the

18   2014 Jeep Cherokee, and informed them of the procedure to be followed in the event

19   customers "indicate that their transmission shift quality does not meet their expectations" and

20   poor shift quality is identified during "New Vehicle Preparation 'Road Test'."  Further, FCA

21   issued TSB #SB-21-014-13 on or around December 19, 2013, to its dealers, covering the 2014

22   Jeep Cherokee, and informed them that "ON SOME JEEPS, WITH NEW SOFTWARE

23   ROBUSTNESS IMPROVEMENTS, EXPERIENCING INCONSISTENT AND/OR

24   HARSH1-2 or 2-3 UPSHIFTS."

25        59.    Additionally, FCA's TSB #21-018-14 from or around May 15, 2014, which

26   supersedes the December 2013 TSB (#SB-21-014-13) previously mentioned, addressed

27   customer complaints regarding the 2014 Jeep Cherokee transmission's poor shifting and

28   included a "five-minute software reset" and, in some cases, a 78-minute "adaptive drive learn"

Page 31

CLASS ACTION COMPLAINT

1    test performed by the service technician to ensure appropriate shifting.[25]  A Chrysler

2    spokesperson told Automotive News that the software update was in response to "customer

3    feedback" and "to improve satisfaction."[26]  Despite issuing three successive Technical Service

4    Bulletins and two software updates within the first six months of production, FCA CEO

5    Sergio Marchionne assured consumers in May 2014 that "he was not concerned about the

6    quality of the nine-speed automatic transmission" and further promised that "[i]t will get

7    better six months from now, trust me."[27]

8        60.    However, consumer complaints persisted and FCA's promises again fell short

9    when it issued TSB #81-016-1053 on or around October 1, 2014, covering the 2014-2015 Jeep

10   Cherokees and 2015 Chrysler 200, informing dealers that the "TRANSMISSION MAY NOT

11   ALLOW THE TRANSAXLE TO SHIFT GEAR DUE TO TRANSMISSION CONTROL

12   MODULE SOFTWARE."  In February 2015, FCA issued TSB #21-008-15, covering the

13   2014-2015 Jeep Cherokees and 2015 Chrysler 200, providing to dealers "INFORMATION

14   REGARDING AN ISSUE, ON SOME VEHICLES, WHEREBY 5-4 DOWNSHIFTING, IS

15   LESS THAN DESIRED AND MALFUNCTION INDICATOR LAMP (MIL) WILL

16   ILLUMINATE AND REMOVING, DISASSEMBLING AND REPLACING C-CLUTCH

17   SNAP RING AND TRANSMISSION."  Additionally, in or around February 2015, FCA

18   released its third transmission software update for vehicles equipped with the ZF 9HP

19   Automatic Transmission in response to consumer complaints reporting conditions such as

20   "sudden lunges from unexpected downshifts, a lack of kickdown upon entering highways,

21   front-axle vibration in law gears, and complete failures in which the transmission shifts into

22   neutral while driving and lights up the dash with warning lights."[28]  FCA issued TSB #21-

23   015-15 on or around March 4, 2015, relating to above-mentioned software update.

24   _____

[25] *See* Automotive News, *Jeep 9-speed needs a reset again* (May 26, 2015),
25   http://www.autonews.com/article/20140526/OEM06/305269979/jeep-9-speed-needs-a-reset-
     again (last visited July 8, 2015).
[26] *Id.*
26   [27] *Id.*
[28] *See* Car and Driver, *Holy Shift: ZF 9-speed Automatic Problems Mount, Chrysler*
27   *Releases Third Software Update for Jeep Cherokee* (Feb. 4, 2015, 1:55PM),
     http://blog.caranddriver.com/holy-shift-zf-9-speed-automatic-problems-mount-chrysler-
28   releases-third-software-update-for-jeep-cherokee/ (last visited July 8, 2015).

CLASS ACTION COMPLAINT

61.     The alleged Transmission Defect was inherent in each FCA vehicle equipped with the ZF 9HP Automatic Transmission and was present in each FCA vehicle equipped with the ZF 9HP Automatic Transmission at the time of sale.

62.     The existence of the Transmission Defect is a material fact that a reasonable consumer would consider when deciding whether to purchase or lease an FCA vehicle that was equipped with the ZF 9HP Automatic Transmission.  Had Plaintiffs and other Class Members known that the Class Vehicles were equipped with defective transmissions, they would not have purchased or leased the Class Vehicles equipped with the ZF 9HP Automatic Transmissions or would have paid less for them.

63.     Reasonable consumers, like Plaintiffs, reasonably expect that a vehicle's transmission is safe, will function in a manner that will not pose a safety hazard, and is free from defects.  Plaintiffs and Class Members further reasonably expect that FCA will not sell or lease vehicles with known safety defects, such as the Transmission Defect, and will disclose any such defects to its consumers when it learns of them.  They did not expect FCA to fail to disclose the Transmission Defect to them and to continually deny the defect.

**FCA Has Actively Concealed the Transmission Defect**

64.     While FCA has been fully aware of the Transmission Defect in the Class Vehicles, it actively concealed the existence and nature of the defect from Plaintiffs and Class Members at the time of purchase, lease, repair, and thereafter.  Specifically, FCA failed to disclose or actively concealed at and after the time of purchase, lease, or repair:

    (a)    any and all known material defects or material nonconformity of the Class Vehicles, including the defects relating to the ZF 9HP Automatic Transmission;

    (b)    that the Class Vehicles, including their ZF 9HP Automatic Transmissions, were not in good in working order, were defective, and were not fit for their intended purposes; and

    (c)    that the Class Vehicles and their ZF 9HP Automatic Transmissions were defective, despite the fact that FCA learned of such defects through

CLASS ACTION COMPLAINT

1    alarming failure rates, customer complaints, and other internal sources,

2    as early as November 2013.

3    65.    As a result of the Transmission Defect, FCA was inundated with complaints

4    regarding the ZF 9HP Automatic Transmission.  As mentioned above, FCA issued several

5    Technical Service Bulletins ("TSBs") and transmission software updates to its dealers in the

6    United States, acknowledging defects in the ZF 9HP Automatic Transmission.  FCA has

7    issued several Technical Service Bulletins ("TSBs"), as well as three transmission software

8    updates, to its dealers in the United States, acknowledging defects in the 9HP Automatic

9    Transmission.  For example, FCA issued TSB #SB-21-013-13 on or around November 14,

10   2013 to its dealers, covering the 2014 Jeep Cherokee, and informed them of the procedure to

11   be followed in the event customers "indicate that their transmission shift quality does not meet

12   their expectations" and poor shift quality is identified during "New Vehicle Preparation 'Road

13   Test'."  Further, FCA issued TSB #SB-21-014-13 on or around December 19, 2013 to its

14   dealers, covering the 2014 Jeep Cherokee, and informed them that "ON SOME JEEPS, WITH

15   NEW SOFTWARE ROBUSTNESS IMPROVEMENTS, EXPERIENCING INCONSISTENT

16   AND/OR HARSH1-2 or 2-3 UPSHIFTS."

17   66.    However, on information and belief, consumers continued to experience

18   problems with their vehicles despite the purported fix, including, but not limited to: rough,

19   delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting;

20   harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power;

21   premature transmission wear; and transmission failure.

22   67.    Additionally, and as noted above, FCA's TSB from or around May 15, 2014,

23   which supersedes the December 2013 TSB (#SB-21-014-13) previously mentioned, addressed

24   customer complaints regarding the transmission's poor shifting and included a "five-minute

25   software reset" and, in some cases, a 78-minute "adaptive drive learn" test performed by the

26   service technician to ensure appropriate shifting.[29]   A Chrysler spokesperson told Automotive

27

28   [29] See Automotive News, *Jeep 9-speed needs a reset again* (May 26, 2015),
     http://www.autonews.com/article/20140526/OEM06/305269979/jeep-9-speed-needs-a-reset-

Page 34

CLASS ACTION COMPLAINT

1   News that the software update was in response to "customer feedback" and "to improve

2   satisfaction."[30]  Despite issuing three successive Technical Service Bulletins and two software

3   updates within the first six months of production, Sergio Marchionne, CEO of Fiat Chrysler

4   Automobiles, told consumers in May 2014 that "he was not concerned about the quality of the

5   nine-speed automatic transmission."

6        68.    Yet, consumer complaints persisted and FCA's promises again fell short when

7   it issued TSB #81-016-1053 on or around October 1, 2014, covering the 2014-2015 Jeep

8   Cherokees and 2015 Chrysler 200, informing dealers that the "TRANSMISSION MAY NOT

9   ALLOW THE TRANSAXLE TO SHIFT GEAR DUE TO TRANSMISSION CONTROL

10   MODULE SOFTWARE."  In February 2015, FCA issued TSB #21-008-15, covering the

11   2014-2015 Jeep Cherokees and 2015 Chrysler 200, providing to dealers "INFORMATION

12   REGARDING AN ISSUE, ON SOME VEHICLES, WHEREBY 5-4 DOWNSHIFTING, IS

13   LESS THAN DESIRED AND MALFUNCTION INDICATOR LAMP (MIL) WILL

14   ILLUMINATE AND REMOVING, DISASSEMBLING AND REPLACING C-CLUTCH

15   SNAP RING AND TRANSMISSION."  Additionally, in or around February 2015,

16   CaranddDriver.com reported that FCA had released its third transmission software update for

17   vehicles equipped with the ZF 9HP Automatic Transmission in response to consumer

18   complaints reporting conditions such as "sudden lunges from unexpected downshifts, a lack of

19   kickdown upon entering highways, front-axle vibration in law gears, and complete failures in

20   which the transmission shifts into neutral while driving and lights up the dash with warning

21   lights."  On information and belief, consumers continued to experience problems with their

22   vehicles despite the fix, including, but not limited to: rough, delayed, or sudden shifting or

23   failure to shift; grinding or other loud noises during shifting; harsh engagement of gears;

24   sudden or harsh accelerations/decelerations; sudden loss of power; premature transmission

25   wear; and transmission failure.

26        69.    On information and belief, the software upgrades outlined by the various TSBs

27

28   again (last visited July 8, 2015).
      [30] *Id.*

Page 35

CLASS ACTION COMPLAINT

1   issued by FCA were ineffective at addressing the Transmission Defect.

2        70.    When consumers present the Class Vehicles to authorized FCA dealers for

3   repair of the transmission, rather than repair the problem under warranty, FCA dealers either

4   inform consumers that their vehicles are functioning properly, or "as designed," or conduct

5   repairs or software updates that merely mask the defect.

6        71.    To this day, FCA still has not notified Plaintiffs and Class Members that the

7   Class Vehicles suffer from a systemic defect that causes the transmission to malfunction.

8   **CLASS ACTION ALLEGATIONS**

9        72.    Plaintiffs bring this lawsuit as a class action on behalf of themselves and all

10   others similarly situated as members of the proposed Plaintiff Classes under California Code

11   of Civil Procedure § 382.

12        73.    All claims alleged herein arise under California law for which Plaintiffs seek

13   relief authorized by California law.

14        74.    The Class and Sub-Class are defined as:

15
16   **Class**:  All individuals residing in the State of California who purchased or leased any FCA vehicle equipped with a ZF 9HP Automatic Transmission.

17
18   **CLRA Sub-Class**:   All members of the Class who are "consumers" within the meaning of California Civil Code § 1761(d).

19
20   **Implied Warranty Sub-Class**:  All members of the Class who purchased or leased their vehicles in the State of California.

21        75.    Excluded from the Class and Sub-Class are: (1) Defendant, any entity or

22   division in which Defendant has a controlling interest, and their legal representatives, officers,

23   directors, assigns, and successors; (2) the Judge to whom this case is assigned and the Judge's

24   staff; (3) any Judge sitting in the presiding state and/or federal court system who may hear an

25   appeal of any judgment entered; and (4) those persons who have suffered personal injuries as

26   a result of the facts alleged herein.  Plaintiffs reserve the right to amend the Class and Sub-

27   Class definitions if discovery and further investigation reveal that the Class and Sub-Class

28   should be expanded or otherwise modified.

CLASS ACTION COMPLAINT

76.     There is a well-defined community of interest in the litigation and each subclass is readily ascertainable.

77.     Numerosity: Although the exact number of prospective class members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable.  The disposition of prospective class members' claims in a single action will provide substantial benefits to all parties and to the Court.  The prospective class members are readily identifiable from information and records in Defendant's possession, custody, or control, as well as from records kept by the departments of motor vehicles of the various states.

78.     Typicality: The claims of the representative Plaintiffs are typical of the claims of the all prospective class members in that the representative Plaintiffs and the prospective class members purchased and leased a Class Vehicle designed, manufactured, and distributed by FCA and equipped with a defective ZF 9HP Automatic Transmission.  The representative Plaintiffs, like all prospective class members, have been damaged by Defendant's misconduct in that they have incurred or will incur the cost of repairing or replacing the defective transmission.  Furthermore, the factual bases of FCA's misconduct are common to all prospective class members and represent a common thread resulting in injury to all prospective class members.

79.     Commonality: There are numerous questions of law and fact common to Plaintiffs and the prospective class members that predominate over any question affecting individual prospective class members.  These common legal and factual issues include the following:

        (a)     Whether Class Vehicles contain defects relating to the ZF 9HP Automatic Transmission;

        (b)     Whether the defects relating to the ZF 9HP Automatic Transmission constitute an unreasonable safety risk;

        (c)     Whether Defendant knew about the defects relating to the ZF 9HP Automatic Transmission and, if so, how long Defendant has known of

CLASS ACTION COMPLAINT

the defect;

(d)     Whether the defective nature of the ZF 9HP Automatic Transmission constitutes a material fact;

(e)     Whether Defendant has a duty to disclose the defective nature of the ZF 9HP Automatic Transmission to Plaintiffs and prospective class members;

(f)     Whether Plaintiffs and the prospective class members are entitled to equitable relief, including, but not limited to, a preliminary and/or permanent injunction;

(g)     Whether Defendant knew or reasonably should have known of the defects relating to the ZF 9HP Automatic Transmission before selling and leasing Class Vehicles to prospective class members;

(h)     Whether Defendant should be declared financially responsible for notifying all prospective class members of the problems with the Class Vehicles and for the costs and expenses of repairing and replacing the defective ZF 9HP Automatic Transmission;

(i)     Whether Defendant is obligated to inform prospective class members of their right to seek reimbursement for having paid to diagnose, repair, or replace the defective ZF 9HP Automatic Transmission; and

(j)     Whether Defendant breached the implied warranty of merchantability pursuant to the Song-Beverly Act.

80.     <u>Adequate Representation</u>:  Plaintiffs will fairly and adequately protect prospective class members' interests.  Plaintiffs have retained attorneys experienced in prosecuting class actions, including consumer and product defect class actions, and Plaintiffs intend to prosecute this action vigorously.

81.     <u>Superiority</u>: Plaintiffs and the prospective class members have all suffered and will continue to suffer harm and damages as a result of Defendant's unlawful and wrongful conduct.  A class action is superior to other available methods for the fair and efficient

Page 38

CLASS ACTION COMPLAINT

1   adjudication of the controversy.  Absent a class action, prospective class members would

2   likely find the cost of litigating their claims prohibitively high and would therefore have no

3   effective remedy at law.  Because of the relatively small size of the individual prospective

4   class members' claims, it is likely that only a few prospective class members could afford to

5   seek legal redress for Defendant's misconduct.  Absent a class action, prospective class

6   members will continue to incur damages, and Defendant's misconduct will continue without

7   remedy.  Class treatment of common questions of law and fact would also be a superior

8   method to multiple individual actions or piecemeal litigation in that class treatment will

9   conserve the resources of the courts and the litigants and will promote consistency and

10  efficiency of adjudication.

### FIRST CAUSE OF ACTION

### (Violation of California's Consumer Legal Remedies Act,

### California Civil Code § 1750, *et seq.*)

14      82.     Plaintiffs incorporate by reference the allegations contained in the preceding

15  paragraphs of this Complaint.

16      83.     Plaintiffs bring this cause of action on behalf of themselves and on behalf of the

17  members of the CLRA Sub-Class.

18      84.     Defendant FCA US LLC is a "person" as defined by California Civil Code

19  § 1761(c).

20      85.     Plaintiffs and CLRA Sub-class Members are "consumers" within the meaning

21  of California Civil Code § 1761(d) because they purchased their Class Vehicles primarily for

22  personal, family, or household use.

23      86.     By failing to disclose and concealing the defective nature of the transmissions

24  from Plaintiffs and prospective Class Members, Defendant violated California Civil Code §

25  1770(a), as they represented that the Class Vehicles and their transmissions had characteristics

26  and benefits that they do not have and represented that the Class Vehicles and their

27  transmissions were of a particular standard, quality, or grade when they were of another.  *See*

28  Cal. Civ. Code §§ 1770(a)(5) & (7).

CLASS ACTION COMPLAINT

87.    Defendant's unfair and deceptive acts or practices occurred repeatedly in Defendant's trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

88.    Defendant knew that the Class Vehicles and their transmissions suffered from an inherent defect, were defectively designed or manufactured, and were not suitable for their intended use.

89.    As a result of their reliance on Defendant's omissions and/or misrepresentations, owners and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles. Additionally, as a result of the Transmission Defect, Plaintiffs and Class Members were harmed and suffered actual damages in that the Class Vehicles' transmission components are substantially certain to fail before their expected useful life has run.

90.    Defendant was under a duty to Plaintiffs and Class Members to disclose the defective nature of the transmissions and/or the associated repair costs because:

(a)    Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' transmissions;

(b)    Plaintiffs and Class Members could not reasonably have been expected to learn or discover that their transmissions had a dangerous safety defect until it manifested; and

(c)    Defendant knew that Plaintiffs and Class Members could not reasonably have been expected to learn of or discover the safety defect.

91.    In failing to disclose the defective nature of the transmissions, Defendant knowingly and intentionally concealed material facts and breached its duty not to do so.

92.    The facts about the Transmission Defect that the Defendant concealed from, or failed to disclose to, Plaintiffs and Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase or lease the Class Vehicles or pay less. Had Plaintiffs and Class Members known that the Class Vehicles' transmissions were defective, they would not have purchased or leased the Class Vehicles or

CLASS ACTION COMPLAINT

1  would have paid less for them.

2      93.    Plaintiffs and Class Members are reasonable consumers who do not expect the

3  transmissions installed in their vehicles to exhibit problems such as: rough, delayed, or sudden

4  shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of

5  gears; sudden or harsh accelerations/decelerations; sudden loss of power; premature

6  transmission wear; and eventually, transmission failure.  This is the reasonable and objective

7  consumer expectation relating to vehicle transmissions.

8      94.    As a result of Defendant's conduct, Plaintiffs and Class Members were harmed

9  and suffered actual damages in that, on information and belief, the Class Vehicles experienced

10  and may continue to experience problems such as: rough, delayed, or sudden shifting or

11  failure to shift; grinding or other loud noises during shifting; harsh engagement of gears;

12  sudden or harsh accelerations/decelerations; sudden loss of power; premature transmission

13  wear; and eventually, transmission failure.

14      95.    As a direct and proximate result of Defendant's unfair or deceptive acts or

15  practices, Plaintiffs and Class Members suffered and will continue to suffer actual damages.

16      96.    Plaintiffs and the Class are entitled to equitable relief.

17      97.    Plaintiffs provided Defendant with notice of its violations of the CLRA

18  pursuant to California Civil Code § 1782(a).  If, within 30 days, Defendant fails to provide

19  appropriate relief for its violations of the CLRA, Plaintiffs will amend this Complaint to seek

20  monetary, compensatory, and punitive damages, in addition to the injunctive and equitable

21  relief that they seek now.

22                          **SECOND CAUSE OF ACTION**

23          **(Violation of California Business & Professions Code § 17200, *et seq.*)**

24      98.    Plaintiffs incorporate by reference the allegations contained in the preceding

25  paragraphs of this Complaint.

26      99.    Plaintiffs bring this cause of action on behalf of themselves and on behalf of the

27  Class.

28      100.    As a result of their reliance on Defendant's omissions and/or

Page 41

---

CLASS ACTION COMPLAINT

misrepresentations, owners and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles. Additionally, as a result of the Transmission Defect, Plaintiffs and Class Members were harmed and suffered actual damages in that the Class Vehicles' transmission components are substantially certain to fail before their expected useful life has run.

101.   California Business & Professions Code § 17200 prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."

102.   Plaintiffs and Class Members are reasonable consumers who do not expect their transmissions to exhibit problems such as: rough, delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power; premature transmission wear; and eventually, transmission failure.

103.   Defendant knew the Class Vehicles and their transmissions suffered from inherent defects, were defectively designed or manufactured, would fail prematurely, and were not suitable for their intended use.

104.   In failing to disclose the defects with the transmission, Defendant has knowingly and intentionally concealed material facts and breached their duty not to do so.

105.   Defendant was under a duty to Plaintiffs and Class Members to disclose the defective nature of the Class Vehicles and their transmissions:

(a)   Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' transmissions;

(b)   Defendant made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of the Class Vehicles and their transmissions; and

(c)   Defendant actively concealed the defective nature of the Class Vehicles and their transmissions from Plaintiffs and the Class.

106.   The facts regarding the Transmission Defect that the Defendant concealed

Page 42

CLASS ACTION COMPLAINT

1   from, or failed to disclose to, Plaintiffs and Class Members are material in that a reasonable

2   person would have considered them to be important in deciding whether to purchase or lease

3   Class Vehicles. Had Plaintiffs and other Class Members known that the Class Vehicles' ZF

4   9HP Automatic Transmissions were defective and posed a safety hazard, then Plaintiffs and

5   the other Class Members would not have purchased or leased Class Vehicles equipped with

6   ZF 9HP Automatic Transmissions, or would have paid less for them.

7        107.   Defendant continues to conceal the defective nature of the Class Vehicles and

8   their transmissions even after Class Members began to report problems. Indeed, Defendant

9   continues to cover up and conceal the true nature of the problem.

10        108.   Defendant's conduct was and is likely to deceive consumers.

11        109.   Defendant's acts, conduct and practices were unlawful, in that they constituted:

12        (a)     Violations of the California Consumer Legal Remedies Act;

13        (b)     Violations of the Song-Beverly Consumer Warranty Act; and

14        (c)     Violations of the express warranty provisions of California Commercial

15                Code section 2313.

16        110.   By its conduct, Defendant has engaged in unfair competition and unlawful,

17   unfair, and fraudulent business practices.

18        111.   Defendant's unfair or deceptive acts or practices occurred repeatedly in

19   Defendant's trade or business, and were capable of deceiving a substantial portion of the

20   purchasing public.

21        112.   As a direct and proximate result of Defendant's unfair and deceptive practices,

22   Plaintiffs and the Class have suffered and will continue to suffer actual damages.

23        113.   Defendant has been unjustly enriched and should be required to make

24   restitution to Plaintiffs and the Class pursuant to §§ 17203 and 17204 of the Business &

25   Professions Code.

26

27

28

Page 43

CLASS ACTION COMPLAINT

### THIRD CAUSE OF ACTION

**(Breach of Implied Warranty Pursuant to Song-Beverly**

**Consumer Warranty Act, California Civil Code §§ 1792 and 1791.1, *et seq.*)**

114.    Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

115.    Plaintiffs bring this cause of action against Defendant on behalf of themselves and on behalf of the members of the Implied Warranty Sub-Class.

116.    At all relevant times, Defendant was the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Defendant knew or had reason to know of the specific use for which the Class Vehicles were purchased or leased.

117.    Defendant provided Plaintiffs and Class Members with an implied warranty that the Class Vehicles and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation because, *inter alia*, the Class Vehicles and their transmissions suffered from an inherent defect at the time of sale and thereafter are not fit for their particular purpose of providing safe and reliable transportation.

118.    Defendant impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things:  (i) a warranty that the Class Vehicles and their transmissions that were manufactured, supplied, distributed, and/or sold by FCA were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles and their transmissions would be fit for their intended use while the Class Vehicles were being operated.

119.    Contrary to the applicable implied warranties, the Class Vehicles and their transmissions at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and Class Members with reliable, durable, and safe transportation.  Instead, the Class Vehicles are defective, including, but not limited to, the defective design and manufacture of their transmissions.

Page 44

1    120.    As a result of Defendant's breach of the applicable implied warranties, owners

2    and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or

3    value of their Class Vehicles. Additionally, as a result of the Transmission Defect, Plaintiffs

4    and Class Members were harmed and suffered actual damages in that the Class Vehicles'

5    transmission components are substantially certain to fail before their expected useful life has

6    run.

7    121.    Defendant's actions, as complained of herein, breached the implied warranty

8    that the Class Vehicles were of merchantable quality and fit for such use in violation of

9    California Civil Code §§ 1792 and 1791.1.

10                        **FOURTH CAUSE OF ACTION**

11            **(Breach of Warranty under the Magnuson-Moss Warranty Act,**

12                        **15 U.S.C. § 2303 *et seq.*)**

13    122.    Plaintiffs incorporate by reference the allegations contained in the preceding

14    paragraphs of this Complaint.

15    123.    Plaintiffs bring this cause of action on behalf of themselves and on behalf of the

16    Class.

17    124.    The Class Vehicles are a "consumer product" within the meaning of the

18    Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

19    125.    Plaintiffs and Class Members are "consumers" within the meaning of the

20    Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

21    126.    Defendant FCA US LLC is a "supplier" and "warrantor" within the meaning of

22    the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5).

23    127.    Defendant's express warranty is a "written warranty" within the meaning of the

24    Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(6).

25    128.    FCA provided all purchasers and lessees of the Class Vehicles with a New

26    Vehicle Basic Limited Warranty and a Powertrain Limited Warranty.  In this Basic Limited

27    Warranty, FCA expressly warranted that it would "**cover**[] . . . **all parts and labor needed to**

28    **repair any item on [the] vehicle** when it left the manufacturing plant that is defective in

Page 45

CLASS ACTION COMPLAINT

1   material, workmanship or factory preparation." FCA promised to cover "any item on [the]

2   vehicle" with the exception of tires and unwired headphones under its Basic Limited

3   Warranty, for "36 months from the date it begins or for 36,000 miles on the odometer,

4   whichever occurs first."

5   129.   Furthermore, under the Powertrain Limited Warranty, FCA expressly warranted

6   that it would **"cover[] . . . the costs of all parts and labor needed to repair a powertrain**

7   **component** listed in [the] section . . . below that is defective." FCA promised to cover listed

8   powertrain components under its Powertrain Limited Warranty, including transmission

9   components such as "transmission case and all internal parts; torque converter; drive/flex

10   plate; transmission range switch; speed sensors; pressure sensors; transmission control

11   module; bell housing; oil pan; [and] seals and gaskets for listed components," "for up to 5

12   years or 100,000 miles on the odometer, whichever occurs first."

13   130.   On information and belief, Defendant breached the express warranty by

14   purporting to repair the transmission and its component parts by replacing the defective

15   transmission components with the same defective components and/or instituting temporary

16   fixes, on information and belief, to ensure that the Transmission Defect manifests outside of

17   the Class Vehicles' express warranty period.

18   131.   Furthermore, Defendant impliedly warranted that the Class Vehicles were of

19   merchantable quality and fit for such use. This implied warranty included, among other

20   things: (i) a warranty that the Class Vehicles and their transmissions that were manufactured,

21   supplied, distributed, and/or sold by FCA were safe and reliable for providing transportation;

22   and (ii) a warranty that the Class Vehicles and their transmissions would be fit for their

23   intended use while the Class Vehicles were being operated.

24   132.   Contrary to the applicable implied warranties, the Class Vehicles and their

25   transmissions at the time of sale and thereafter were not fit for their ordinary and intended

26   purpose of providing Plaintiffs and Class Members with reliable, durable, and safe

27   transportation. Instead, the Class Vehicles are defective, including, but not limited to, the

28   defective design of their transmissions.

CLASS ACTION COMPLAINT

133.   Defendant's breach of express and implied warranties has deprived Plaintiffs and Class Members of the benefit of their bargain.

134.   The amount in controversy of Plaintiffs' individual claims meets or exceeds the sum or value of $25,000.  In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

135.   Defendant has been afforded a reasonable opportunity to cure its breach, including when Plaintiffs and Class Members brought their vehicles in for diagnoses and repair of the transmission.

136.   As a direct and proximate cause of Defendant's breach of express and implied warranties, Plaintiffs and Class Members sustained damages and other losses in an amount to be determined at trial.  Defendant's conduct damaged Plaintiffs and Class Members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, attorneys' fees, and/or other relief as appropriate.

137.   Additionally, FCA breached the express warranty by performing illusory repairs.  Rather than repairing the vehicles pursuant to the express warranty, FCA falsely informed class members that there was no problem with their vehicles, performed ineffective software updates, or replaced defective components in the ZF 9HP Automatic Transmissions with equally defective components, without actually repairing the vehicles.

138.   As a result of Defendant's violations of the Magnuson-Moss Warranty Act as alleged herein, Plaintiffs and Class Members have incurred damages.

**FIFTH CAUSE OF ACTION**

**(For Breach of Express Warranty Under Cal. Comm. Code § 2313)**

139.   Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

140.   Plaintiffs bring this cause of action on behalf of themselves and on behalf of the Class.

141.   As a result of Defendant's breach of the applicable express warranties, owners

1    and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or

2    value of their Class Vehicles. Additionally, as a result of the Transmission Defect, Plaintiffs

3    and Class Members were harmed and suffered actual damages in that the Class Vehicles'

4    transmissions are substantially certain to fail before their expected useful life has run.

5        142.    Defendant provided all purchasers and lessees of the Class Vehicles with the

6    express warranty described herein, which became a material part of the bargain.  Accordingly,

7    Defendant's express warranty is an express warranty under California law.

8        143.    Defendant manufactured and/or installed the transmission and its component

9    parts in the Class Vehicles, and the transmission and its component parts are covered by the

10   express warranty.

11       144.    FCA provided all purchasers and lessees of the Class Vehicles with a New

12   Vehicle Basic Limited Warranty and a Powertrain Limited Warranty.  In this Basic Limited

13   Warranty, FCA expressly warranted that it would "**cover**[] . . . **all parts and labor needed to**

14   **repair any item on [the] vehicle** when it left the manufacturing plant that is defective in

15   material, workmanship or factory preparation."  FCA promised to cover "any item on [the]

16   vehicle" with the exception of tires and unwired headphones under its Basic Limited

17   Warranty, for "36 months from the date it begins or for 36,000 miles on the odometer,

18   whichever occurs first."

19       145.    Furthermore, under the Powertrain Limited Warranty, FCA expressly warranted

20   that it would "**cover**[] . . . **the costs of all parts and labor needed to repair a powertrain**

21   **component** listed in [the] section . . . below that is defective."  FCA promised to cover listed

22   powertrain components under its Powertrain Limited Warranty, including transmission

23   components such as "transmission case and all internal parts; torque converter; drive/flex

24   plate; transmission range switch; speed sensors; pressure sensors; transmission control

25   module; bell housing; oil pan; [and] seals and gaskets for listed components," "for up to 5

26   years or 100,000 miles on the odometer, whichever occurs first."

27       146.    On information and belief, Defendant breached the express warranty by

28   purporting to repair the transmission and its component parts by replacing the defective

1  transmission components with the same defective components and/or instituting temporary

2  fixes, on information and belief, to ensure that the Transmission Defect manifests outside of

3  the Class Vehicles' express warranty period.

4       147.   Plaintiffs were not required to notify FCA of the breach and/or were not

5  required to do so because affording FCA a reasonable opportunity to cure its breach of written

6  warranty would have been futile.  Defendant was also on notice of the defect from the

7  complaints and service requests it received from Class Members, from repairs and/or

8  replacements of the transmission or a component thereof, and through other internal sources.

9       148.   As a direct and proximate cause of Defendant's breach, Plaintiffs and Class

10  Members suffered, and continue to suffer, damages, including economic damages at the point

11  of sale or lease.  Additionally, Plaintiffs and Class Members either have incurred or will incur

12  economic damages at the point of repair in the form of the cost of repair.

13       149.   Additionally, FCA breached the express warranty by performing illusory

14  repairs.  Rather than repairing the vehicles pursuant to the express warranty, FCA falsely

15  informed class members that there was no problem with their vehicle, performed ineffective

16  software flashes, or replaced defective components in the ZF 9HP Automatic Transmissions

17  with equally defective components, without actually repairing the vehicles.

18       150.   Plaintiffs and Class Members are entitled to legal and equitable relief against

19  Defendant, including actual damages, consequential damages, specific performance,

20  attorneys' fees, costs of suit, and other relief as appropriate.

21                 **SIXTH CAUSE OF ACTION**

22                 **(For Unjust Enrichment)**

23       151.   Plaintiffs incorporate by reference the allegations contained in the preceding

24  paragraphs of this Complaint.

25       152.   Plaintiffs bring this cause of action, in the alternative, on behalf of themselves

26  and on behalf of the Class Members against Defendant.

27       153.   As a direct and proximate result of Defendant's failure to disclose known

28  defects and material misrepresentations regarding known defects, Defendant has profited

Page 49

CLASS ACTION COMPLAINT

1    through the sale and lease of said vehicles.  Although these vehicles are purchased through

2    Defendant's agents, the money from the vehicle sales flows directly back to Defendant.

3         154.    Additionally, as a direct and proximate result of Defendant's failure to disclose

4    known defects and material misrepresentations regarding known defects in the Class Vehicles,

5    Plaintiffs and Class Members have vehicles that require high-cost repairs that can and

6    therefore have conferred an unjust substantial benefit upon Defendant.

7         155.    Defendant has therefore been unjustly enriched due to the known defects in the

8    Class Vehicles through the use of funds that earned interest or otherwise added to Defendant's

9    profits when said money should have remained with Plaintiffs and Class Members.

10        156.    As a result of the Defendant's unjust enrichment, Plaintiffs and Class Members

11   have suffered damages.

12                                **RELIEF REQUESTED**

13        157.    Plaintiffs, on behalf of themselves and all others similarly situated, requests the

14   Court to enter judgment against Defendant, as follows:

15             (a)    An order certifying the proposed Class and Sub-Classes, designating

16                    Plaintiffs as named representatives of the Class, and designating the

17                    undersigned as Class Counsel;

18             (b)    A declaration that Defendant are financially responsible for notifying all

19                    Class Members about the defective nature of the ZF 9HP Automatic

20                    Transmission, including the need for periodic maintenance;

21             (c)    An order enjoining Defendant from further deceptive distribution, sales,

22                    and lease practices with respect to Class Vehicles; compelling

23                    Defendant to issue a recall for the Class Vehicles pursuant to the

24                    applicable NHTSA guidelines; compelling Defendant to remove, repair,

25                    and/or replace the Class Vehicles' ZF 9HP Automatic Transmissions

26                    with suitable alternative product(s) that do not contain the defects

27                    alleged herein; enjoining Defendant from selling the Class Vehicles

28                    with the misleading information; and/or compelling Defendant to reform

Page 50

CLASS ACTION COMPLAINT

1            its warranty, in a manner deemed to be appropriate by the Court, to

2            cover the injury alleged and to notify all Class Members that such

3            warranty has been reformed;

4      (d)    A declaration requiring Defendant to comply with the various

5            provisions of the Song-Beverly Act alleged herein and to make all the

6            required disclosures;

7      (e)    An award to Plaintiffs and the Class for compensatory, exemplary, and

8            statutory damages, including interest, in an amount to be proven at trial,

9            except at this time Plaintiffs do not pray for any monetary damages as a

10           result of Defendant's violation of the California Consumer Legal

11           Remedies Act;

12     (f)    Any and all remedies provided pursuant to the Song-Beverly Act,

13           including California Civil Code section 1794;

14     (g)    A declaration that Defendant must disgorge, for the benefit of the Class,

15           all or part of the ill-gotten profits it received from the sale or lease of its

16           Class Vehicles, or make full restitution to Plaintiffs and Class Members;

17     (h)    An award of attorneys' fees and costs, as allowed by law;

18     (i)    An award of attorneys' fees and costs pursuant to California Code of

19           Civil Procedure § 1021.5;

20     (j)    An award of pre-judgment and post-judgment interest, as provided by

21           law;

22     (k)    Leave to amend the Complaint to conform to the evidence produced at

23           trial; and

24     (l)    Such other relief as may be appropriate under the circumstances.

25                          **DEMAND FOR JURY TRIAL**

26   158.    Plaintiffs demand a trial by jury of any and all issues in this action so triable.

27

28

CLASS ACTION COMPLAINT

Dated: July 28, 2015

Respectfully submitted,

Capstone Law APC



By: _____
Jordan L. Lurie
Robert Friedl
Tarek H. Zohdy
Cody R. Padgett

Attorneys for Plaintiffs Dolores Granillo,
Albert Granillo, and Desiree Nava

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 52

CLASS ACTION COMPLAINT