1  Jordan L. Lurie (SBN 130013)
   Jordan.Lurie@capstonelawyers.com
2  Robert K. Friedl (SBN 134947)
   Robert.Friedl@capstonelawyers.com
3  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
4  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
5  Capstone Law APC
   1840 Century Park East, Suite 450
6  Los Angeles, California 90067
   Telephone:   (310) 556-4811
7  Facsimile:   (310) 943-0396

8  Attorneys for Plaintiffs Dolores Granillo,
   Albert Granillo, and Desiree Nava

9

10              UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA-- EASTERN DIVISION

12

13  DOLORES GRANILLO, ALBERT      Case No.: 5:15-cv-02017 VAP  (DTBx)
    GRANILLO, and DESIREE NAVA,
    individually, and on behalf of a class
14  of similarly situated individuals,   **FIRST AMENDED CLASS ACTION
                                          COMPLAINT FOR:**
15               Plaintiffs,
                                          (1)     Violations of California Consumer
16          v.                            Legal Remedies Act
                                          (2)     Violations of Unfair Competition
17  FCA US LLC, a Delaware limited        Law
    liability company, and DOES 1-10,     (3)     Breach of Implied Warranty
18  inclusive,                            pursuant to  Song-Beverly Consumer
                                          Warranty Act
19                                        (4)     Breach of Warranty under the
                 Defendants.              Magnuson- Moss Warranty Act
20                                        (5)     Breach of Express Warranty under
                                          Cal.   Com. Code § 2313
21
                                          **DEMAND FOR JURY TRIAL**
22

23

24

25

26

27

28

**INTRODUCTION**

1.      Plaintiffs Dolores Granillo, Albert Granillo, and Desiree Nava ("Plaintiffs") bring this action for themselves and on behalf of all persons in California who purchased or leased any FCA US LLC ("FCA") vehicles equipped with FCA's 9-speed automatic transmissions ("ZF 9HP Automatic Transmissions") (collectively, "Class Vehicles")[1] designed, manufactured, marketed, distributed, sold, warranted, and serviced by FCA ("Defendant").

2.      FCA designed and marketed its vehicles with the new ZF 9HP Automatic Transmissions as "a critical part of [their] strategy to meet fuel economy requirements over the next several years,"[2] and promising that the new transmission would deliver "numerous benefits customers will appreciate, including aggressive launches, smooth power delivery at highway speeds and improved fuel efficiency versus a six-speed automatic transmission."[3] Accordingly, FCA released the 2014 Jeep Cherokee with "the world's first nine-speed automatic transmission for a passenger vehicle" and lauded the ZF 9HP Automatic Transmissions as a "leading-edge solution to [...] mileage and emissions objectives."[4]

3.      The ZF 9HP Automatic Transmissions was supposed to serve as a significant technological advancement from previously employed six-speed automatic transmissions due to its unique 9.8 ratio spread and computer-

---

[1] On information and belief, these vehicles include, but are not limited to, the following FCA models: 2014-2015 Jeep Cherokee, 2015 Chrysler 200, and 2015 Jeep Renegade

[2] *See* FCA Corporate News, *Chrysler Group Plans to Invest Nearly $20 Million in Toledo Machining Plant* (April 26, 2013), http://media.chrysler.com/newsrelease.do?id= 14171&mid=2 (last visited July 8, 2015).

[3] *See* Press Kit: 2014 Jeep Cherokee, *All New 2014 Jeep Cherokee: No-compromise Mid-size SUV Sets a New Standard* (Sept. 9, 2013), http://www.media.chrysler.com/ newsrelease.do?id=14039&mid=426 (last visited July 8, 2015).

[4] *See* AutoBlog.com, *Jeep unveils 9-speed transmission for Cherokee* (Mar. 28, 2013, 2:02PM), http://www.autoblog.com/2013/03/28/jeep-unveils-9-speed-transmission-for-cherokee/ (last visited July 8, 2015).

controlled shifting, which were designed together to allow for better performance and fuel economy, while maintaining the ease of use of traditional automatic transmissions.

4.     In fact, prior to even releasing the ZF 9HP Automatic Transmission in its vehicles, FCA confirmed that it was plagued with problems.  In addition to its market delay, on September 24, 2013, it was reported that FCA "was also forced to postpone" media drive events to "'further improve powertrain calibrations.'".[5]

5.     Unfortunately, FCA failed to deliver any vehicles with the ZF 9HP Automatic Transmission that lived up to the promise of a transmission that "shifts through the gears so smoothly that drivers don't even notice most of the gear changes."[6]  Ultimately, the Cherokee's release, originally set for "no later than September" 2013[7], was plagued with delays due to glitches in "the software that controls how the SUV's nine-speed transmission interact[s] with its innovative disconnecting drivetrain."[8]  Chrysler claimed that "'[t]he company will not ship vehicles until we are fully satisfied the Cherokee meets customer expectations for performance, refinement and quality.'"[9]  "Insiders say the new transmission – which is a ZF design but being built by Chrysler – isn't shifting as smoothly as intended."[10] Sergio Marchionne, CEO of Fiat Chrysler

---

[5] *See* Left Lane News, *Chrysler Suspends Shift at Jeep Cherokee Plant*, (September 24, 2013, 11:06AM), www.leftlanenews.com/chrysler-suspends-shift-at-jeep-cherokee-plant.html (last visited November 19, 2015).
[6] *See* Drive: The ZF Magazine, Feb. 2013, at 29, http://www.zf.com/media/media/en/document/corporate_2/downloads_1/customer_magazines/drive/drive_2013_2.pdf (last visited July 8, 2015).
[7] *See* Left Lane News, *Jeep Cherokee still waiting on transmission fix* (Oct. 11, 2013, http://www.leftlanenews.com/jeep-cherokee-still-waiting-on-transmission-fix.html (last visited July 27, 2015).
[8] *See* Autoweek.com, *Chrysler CEO vows never to repeat mistakes from Cherokee launch* (Oct. 30, 2013), http://autoweek.com/article/car-news/chrysler-ceo-vows-never-repeat-mistakes-cherokee-launch (last visited July 8, 2015).
[9] *See* Left Lane News, *Jeep Cherokee still waiting on transmission fix* (Oct. 11, 2013, 1:08PM) http://www.leftlanenews.com/jeep-cherokee-still-waiting-on-transmission-fix.html (last visited November 19, 2015).
[10] *Id.*

Automobiles, later admitted that the transmission lacked "mature" software at the time of release.[11]

6.     After multiple delays, attempted fixes and recalibrations, FCA nevertheless sold the Class Vehicles with the ZF 9H Automatic Transmission. Unfortunately for consumers, FCA knowingly rushed a product to market that was defective and has been unable to repair the Class Vehicles.

7.     Traditional automatic transmissions use a set of gears that provides a given number of ratios.  The transmission shifts gears to provide the most appropriate ratio for a given situation.  Normally, that means lower gears for starting, middle gears for acceleration and passing, and higher gears for more fuel-efficient cruising.  The ZF 9HP Automatic Transmission differs from traditional automatic transmissions in that it employs a 9.8 ratio spread, as opposed to 6, allowing for shorter shifts between gears, keeping the engine speed as low as possible, and contributing to greater fuel-efficiency.  Additionally, the ZF 9HP Automatic Transmission borrows fuel-efficient characteristics typically seen in manual transmissions, such as "dog clutches," which use less power to shift than the friction clutches normally utilized in automatic transmissions.  However, in contrast to manual transmissions, the ZF 9HP Automatic Transmission engages the dog clutches with computer software commands from an electronic control unit in order to save space and ensure that the complex transmission actually fits inside the vehicles.  An automotive journalist best explains the result of employing the software:

> The 9HP's software on the other hand responds by cutting power initially, then diving as far down the gear-ladder as it can, engaging the dog clutches and then reinstating your throttle command.  The result is a somewhat odd delay between the pedal on the floor and

---

[11] *See* Automotive News, *Another fix for Jeep's troubled 9-speed* (Feb. 2, 2015, 12:01AM), http://www.autonews.com/article/20150202/OEM01/302029930/another-fix-for-jeeps-troubled-9-speed (last visited July 8, 2015).

1   the car taking off like a bat out of hell.[12]

2       8.    Despite the initial skepticism towards the performance of the ZF

3   9HP Automatic Transmissions, Sergio Marchionne touted his confidence in the

4   ZF 9HP Automatic Transmissions, stating that it "has all the elements that we

5   feel are essential to our front-wheel-drive/all-wheel-drive portfolio"[13] and that

6   "[i]t is still the most viable solution moving forward."[14]  Further, FCA's press

7   releases continued to praise the Cherokees' performance with the newly

8   equipped 9-speed transmission:

9
10       The all-new 2014 Jeep Cherokee completely redefines the mid-size SUV segment, delivering legendary Jeep 4x4 capability, improved fuel economy, superior on-road ride and handling, revolutionary design, world-class craftsmanship, clever functionality and versatility, more than 70 safety and security features and user-friendly technology. The Jeep Cherokee delivers unmatched off-road capability while not sacrificing on-road ride and handling, comfort or segment-leading features.[15]
11
12
13
14

15

16   And:

17
18       The 2015 Jeep Cherokee premium on-road manners and fuel efficiency are a result of a number of efforts by Jeep engineers.  Powered by the choice of two new engines mated to a segment-first nine-speed automatic transmission, the all-new Cherokee delivers the power drivers appreciate on the road without sacrificing fuel
19
20

21
22   [12]  *See* The Truth About Cars, *ZF's 9-Speed 9HP Transmission Puts Dog Clutches On The Leash* (Feb. 8, 2014), http://www.thetruthaboutcars.com/2014/02/zfs-9-speed-9hp-transmission-puts-dog-clutches-on-the-leash/ (last visited July 8, 2015).
23
24   [13]  *See* Autoweek.com, *Chrysler CEO vows never to repeat mistakes from Cherokee launch* (Oct. 30, 2013), http://autoweek.com/article/car-news/chrysler-ceo-vows-never-repeat-mistakes-cherokee-launch (last visited July 8, 2015).
25   [14]  *See* Automotive News, *Marchionne commits to 9-speed, says technology keeps evolving* (Mar. 30, 2014), http://www.autonews.com/article/20140330/OEM06/303319976/marchionne-commits-to-9-speed-says-technology-keeps-evolving (last visited July 8, 2015).
26
27   [15]  *See* Press Kit: 2014 Jeep Cherokee, *All New 2014 Jeep Cherokee: No-compromise Mid-size SUV Sets a New Standard* (Sept. 9, 2013), http://www.media.chrysler.com/
28   newsrelease.do?id=14039&mid=426 (last visited July 8, 2015).

efficiency. With highway fuel economy ratings of up to 31 mpg and a driving range on a tank of gasoline of nearly 500 miles, the all-new 2015 Jeep Cherokee delivers drivers a no-compromise ownership experience.[16]

9.    A vehicle equipped with the ZF 9HP Automatic Transmission should function in a manner that the driver expects, i.e. it should start, accelerate, decelerate, and stop at appropriate times while the driver operates the vehicle.  In practice, however, FCA's 9-speed transmission operates erratically, causing numerous safety concerns.

10.    Specifically, Plaintiffs are informed and believe, and based thereon allege, that the ZF 9HP Automatic Transmission contains one or more design and/or manufacturing defects in that the transmission exhibits rough, delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power; premature transmission wear; and transmission failure (the "Transmission Defect").

11.    Based on information and belief acquired through publicly available information, Plaintiffs believe that the Transmission Defect   stems from the Transmission Control Module ("TCM") and its software.

12.    The Transmission Defect causes unsafe conditions, including, but not limited to, delayed acceleration, abrupt forward propulsion and sudden loss of power, which present a safety hazard because they severely affect the driver's ability to control the car's speed, acceleration, and deceleration.  As an example, these conditions may make it difficult to safely change lanes, make turns, merge into traffic, accelerate from stop light/sign, and accelerate onto

---

[16] *See* Press Kit: 2015 Jeep Cherokee, *2015 Jeep Cherokee: Most Capable Mid-size SUV Expands Availability of Features Customers Desire for 2015* (Sept. 2, 2014), http://www.media.chrysler.com/newsrelease.do?&id=15865&mid=426 (last visited July 8, 2015).

highways/freeways because Class Members' vehicles have failed to accelerate when they attempted to change lanes, turn, and/or merge onto highways.

13.     On information and belief, Defendant's corporate officers, directors, or managers knew about the Transmission Defect and failed to disclose it to Plaintiffs and Class Members, at the time of sale, lease, repair, and thereafter.

14.     On information and belief, the Class Vehicles utilize the same or substantially identical ZF 9HP Automatic Transmissions, and the Transmission Defect is the same for all Class Vehicles.

15.     On information and belief, the Transmission Defect also causes premature wear to the 9-speed transmission and other related components, which may result in premature transmission failure and require expensive repairs, including possible replacement of the transmission and its related components.

16.     As a result of the Transmission Defect, FCA has issued several Technical Service Bulletins ("TSBs"), as well as three transmission software updates, to its dealers in the United States, acknowledging defects in the 9HP Automatic Transmission.  For example, FCA issued TSB #SB-21-013-13 on or around November 14, 2013, to its dealers, covering the 2014 Jeep Cherokee, and informed them of the procedure to be followed in the event customers "indicate that their transmission shift quality does not meet their expectations" and poor shift quality is identified during "New Vehicle Preparation 'Road Test'." Further, FCA issued TSB #SB-21-014-13 on or around December 19, 2013, to its dealers, covering the 2014 Jeep Cherokee, and informed them that "ON SOME JEEPS, WITH NEW SOFTWARE ROBUSTNESS IMPROVEMENTS, EXPERIENCING INCONSISTENT AND/OR HARSH1-2 or 2-3 UPSHIFTS."

17.     Additionally, FCA's TSB #21-018-04 from or around May 15, 2014, which supersedes the December 2013 TSB (#SB-21-014-13) previously mentioned, addressed customer complaints regarding the 2014 Jeep Cherokee transmission's poor shifting and included a "five-minute software reset" and, in

some cases, a 78-minute "adaptive drive learn" test performed by the service technician to ensure appropriate shifting.[17]  A Chrysler spokesperson told Automotive News that the software update was in response to "customer feedback" and to "improve satisfaction."[18]  Despite issuing three successive Technical Service Bulletins and two software updates within the first six months of production, Sergio Marchionne, CEO of Fiat Chrysler Automobiles, stated in May 2014 that "he was not concerned about the quality of the nine-speed automatic transmission."[19]

    18.    However, consumer complaints persisted and FCA's promises again fell short when it issued TSB #81-016-1053 on or around October 1, 2014, covering the 2014-2015 Jeep Cherokees and 2015 Chrysler 200, informing dealers that the "TRANSMISSION MAY NOT ALLOW THE TRANSAXLE TO SHIFT GEAR DUE TO TRANSMISSION CONTROL MODULE SOFTWARE."  In February 2015, FCA issued TSB #21-008-15, covering the 2014-2015 Jeep Cherokees and 2015 Chrysler 200, providing to dealers "INFORMATION REGARDING AN ISSUE, ON SOME VEHICLES, WHEREBY 5-4 DOWNSHIFTING, IS LESS THAN DESIRED AND MALFUNCTION INDICATOR LAMP (MIL) WILL ILLUMINATE AND REMOVING, DISASSEMBLING AND REPLACING C-CLUTCH SNAP RING AND TRANSMISSION."  Additionally, in or around February 2015, FCA released its third transmission software update for vehicles equipped with the ZF 9HP Automatic Transmission in response to consumer complaints reporting conditions such as "sudden lunges from unexpected downshifts, a lack of kickdown upon entering highways, front-axle vibration in law gears, and complete failures in which the transmission shifts into neutral while driving and

---

[17] *See* Automotive News, *Jeep 9-speed needs a reset again* (May 26, 2015), http://www.autonews.com/article/20140526/OEM06/305269979/jeep-9-speed-needs-a-reset-again (last visited July 8, 2015).
[18] *Id.*
[19] *Id.*

lights up the dash with warning lights."[20]   FCA issued TSB #21-015-15 on or around March 4, 2015, relating to above-mentioned software update.

19.   On information and belief, consumers continued to experience problems with their vehicles despite the purported fixes, including, but not limited to: rough, delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power; and premature transmission wear.

20.   Because FCA will not notify Class Members that the ZF 9HP Automatic Transmission is defective, Plaintiffs, Class Members, and members of the general public are subjected to dangerous driving conditions that often occur without warning.

21.   The alleged Transmission Defect was inherent in each FCA vehicle equipped with the ZF 9HP Automatic Transmission and was present in each FCA vehicle equipped with the ZF 9HP Automatic transmission at the time of sale.

22.   FCA knew about and concealed the Transmission Defect present in every Class Vehicle, along with the attendant dangerous safety problems, from Plaintiffs and Class Members, at the time of sale, lease, repair, and thereafter.  In fact, instead of repairing the defects in the ZF 9HP Automatic Transmission, FCA either refused to acknowledge the defects' existence or performed repairs that simply masked the defects.

23.   If Plaintiffs and Class Members had known about these defects at the time of sale or lease, Plaintiffs and Class Members would not have purchased or leased the Class Vehicles or would have paid less for them.

---

[20] *See* Car and Driver, *Holy Shift: ZF 9-speed Automatic Problems Mount, Chrysler Releases Third Software Update for Jeep Cherokee* (Feb. 4, 2015, 1:55PM), http://blog.caranddriver.com/holy-shift-zf-9-speed-automatic-problems-mount-chrysler-releases-third-software-update-for-jeep-cherokee/ (last visited July 8, 2015).

24.     As a result of their reliance on Defendant's omissions, owners and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles.  Additionally, as a result of the Transmission Defect, Plaintiffs and Class Members were harmed and suffered actual damages in that the Class Vehicles' transmission components are substantially certain to fail before their expected useful life has run.

**THE PARTIES**

**Plaintiffs Dolores and Albert Granillo**

25.     Plaintiffs Dolores and Albert Granillo ("Granillos") are California citizens who reside in Hesperia, California.

26.     On or around October 4, 2014, Granillos purchased a new 2015 Jeep Cherokee from Victorville Motors, Inc., an authorized FCA dealer in San Bernardino County.  Granillos' vehicle was equipped with a ZF 9HP Automatic Transmission.

27.     Granillos purchased their vehicle primarily for personal, family, or household use.  FCA manufactured, sold, distributed, advertised, marketed, and warranted the vehicle.

28.     Passenger safety and reliability were factors in Granillos' decision to purchase their vehicle.  Prior to purchasing their vehicle, Granillos reviewed specific features and options for the Jeep Cherokee on Jeep's official website. They also test drove a Jeep Cherokee prior to their purchase.

29.     Had FCA disclosed the Transmission Defect before Granillos purchased their vehicle, Granillos would have seen such disclosures and been aware of them.  Indeed, FCA's omissions were material to Granillos.  Like all members of the Class, Granillos would not have purchased their Class Vehicle, or would have paid less for the vehicle, had they known of the Transmission Defect.

30.     After purchasing the vehicle, and within the first month of their

purchase, the Granillos noticed symptoms of the Transmission Defect, including rough and erratic shifting and loud "clunking" noises during shifting.

31.     On or around November 19, 2014, with approximately 1,316 miles on the odometer, Granillos brought their vehicle to Victorville Motors Inc., where they purchased the vehicle, complaining that the vehicle "was not shifting" and was "making a clunk nosie (sic)".  The FCA-certified service technician inspected the vehicle, confirmed that the vehicle was "stuck in 4th gear," and updated the software on the powertrain control module and transmission control module after referencing "star case #S1421000018."  The "star case" was a reference to FCA's Service Technical Assistance Resource ("STAR") Center, which is FCA's engineer/technical team.

32.     Just one month later, on or around December 11, 2014, with approximately 1,780 miles on the odometer, Granillos had their vehicle towed to Victorville Motors, Inc. because the transmission completely shut down on a major freeway and Mrs. Granillo was forced to coast to the side of the freeway to avoid an accident.  The FCA-certified service technician inspected the vehicle, verified Granillos' concerns, and replaced the entire transmission.  Granillos' repair order states "GUEST STATES THAT SHE WAS DRIVING ON THE FREEWAY AND THE VEHICLE JUST LOST ALL POWER AND STARTER (SIC) CLUNKING THEN SAID SERVICE TRANSMISSION AND WOULD NOT GO FASTER THAN 25 MPH GUEST STATES THAT THE VEHICLE WOULD NOT GO INTO REVERSE GUEST HAD VEHICLE TOWED IN."  The mechanics replaced Granillos' transmission after referencing "star case [#]142000018" and determined that no further actions were required at that point.

33.     Despite providing FCA and its authorized dealer with multiple opportunities to repair their vehicle, Granillos continue to experience the Transmission Defect, including, but not limited to, shuddering, rough shifting,

1    and jerking.

2        34.    At all times, Granillos, like all Class Members, have driven their

3    vehicle in a foreseeable manner and in the manner in which it was intended to be

4    used.

5    **Plaintiff Desiree Nava**

6        35.    Plaintiff Desiree Nava ("Nava") is a California citizen who resides

7    in Oceanside, California.

8        36.    On or around June 17, 2014, Nava purchased a new 2014 Jeep

9    Cherokee from Bob Baker Automotive Inc., d/b/a Bob Baker Chrysler Jeep

10   Dodge Ram Carlsbad, an authorized FCA dealer in San Diego County.  Nava's

11   vehicle was equipped with a ZF 9HP Automatic Transmission.

12       37.    Nava purchased her vehicle primarily for personal, family, or

13   household use.  FCA manufactured, sold, distributed, advertised, marketed, and

14   warranted the vehicle.

15       38.    Passenger safety and reliability were factors in Nava's decision to

16   purchase her vehicle.  Prior to purchasing her vehicle, Nava reviewed the

17   Jeep.com website.  Prior to purchasing, Nava also test drove the exact Jeep

18   Cherokee with the ZF 9HP Automatic Transmission that she ultimately

19   purchased.

20       39.    Had FCA disclosed the Transmission Defect before Nava purchased

21   her vehicle, Nava would have seen such disclosures and been aware of them.

22   Indeed, FCA's omissions were material to Nava.  Like all members of the Class,

23   Nava would not have purchased her Class Vehicle, or would have paid less for

24   the vehicle, had she known of the Transmission Defect.

25       40.    After purchasing the vehicle, and within the first nine months of her

26   purchase, Nava noticed symptoms of the Transmission Defect, including the

27   vehicle shuddering, jerking, hesitating before accelerating from a stop, and

28   jolting forward when gears actually engage.

41.   On or around May 6, 2015, with approximately 23,332 miles on the odometer, Nava brought her vehicle to Bob Baker Chrysler Jeep Dodge Ram Carlsbad, an authorized FCA dealer in Carlsbad, California, complaining that the vehicle was hesitating when accelerating from a stop, followed by "jerking" when the vehicle actually did accelerate.  The dealership failed to conduct any repairs other than a software update to the powertrain control module and transmission control module.

42.   Despite providing FCA and its authorized dealer with an opportunity to repair her vehicle, Nava continues to experience the Transmission Defect, including, but not limited to, shuddering, vibrating, rough shifting, jerking, and sudden acceleration/deceleration.

43.   At all times, Nava, like all Class Members, has driven her vehicle in a foreseeable manner and in the manner in which it was intended to be used.

**Defendant**

44.   Defendant FCA US LLC is a limited liability company organized and in existence under the laws of the State of Delaware and registered to do business in the State of California.  FCA US LLC's Corporate Headquarters are located at 1000 Chrysler Drive, Auburn Hills, Michigan 48326.  FCA US LLC designs, manufactures, markets, distributes, services, repairs, sells, and leases passenger vehicles, including the Class Vehicles, nationwide and in California. FCA US LLC is the warrantor and distributor of the Class Vehicles in the United States.

45.   At all times relevant herein, Defendant is and has been engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in San Bernardino County and throughout the United States of America.

## JURISDICTION

46.     This Court has jurisdiction over this action pursuant to California Code of Civil Procedure § 410.10.  Personal jurisdiction over FCA is proper, because FCA has purposefully availed itself of the privilege of conducting business activities in California, including, but not limited to, designing, marketing, distributing, and/or selling Class Vehicles to Plaintiffs and prospective class members.

47.     This class action is brought pursuant to California Code of Civil Procedure § 382.  Plaintiffs are California residents, as are all prospective class members.  The monetary damages and restitution sought by Plaintiffs and the prospective class members exceed the minimal jurisdiction limits of the Superior Court and will be established according to proof at trial.

## VENUE

48.     Venue is proper in this Court pursuant to California Code of Civil Procedure §§ 395, 395.5, and California Civil Code § 1780, because Plaintiff Dolores Granillo resides in the County of San Bernardino, California, and the acts, omissions, and contractual performance alleged herein took place in the County of San Bernardino, California.  Plaintiffs' Declarations, as required under Cal. Civ. Code section 1780(d), which reflect that Defendant is doing business in San Bernardino County, California, is filed concurrently as Exhibit 1.

## FACTUAL ALLEGATIONS

49.     Since 2013, FCA has designed, manufactured, distributed, sold, and leased the Class Vehicles.  FCA has sold, directly or indirectly, through dealers and other retail outlets, thousands of Class Vehicles[21] equipped with the ZF 9HP Automatic Transmission in California.

50.     FCA designed and marketed its vehicles with new ZF 9HP

_____
[21] On information and belief, these vehicles include, but are not limited to, the following FCA models: 2014-2015 Jeep Cherokee, 2015 Chrysler 200, and 2015 Jeep Renegade.

Automatic Transmissions as "a critical part of [their] strategy to meet fuel economy requirements over the next several years,"[22] and promising that the new transmission would deliver "numerous benefits customers will appreciate, including aggressive launches, smooth power delivery at highway speeds and improved fuel efficiency versus a six-speed automatic transmission."[23]

51.     In fact, prior to even releasing the ZF 9HP Automatic Transmission in its vehicles, FCA confirmed that it was plagued with problems.  In addition to its market delay, on September 24, 2013, it was reported that FCA "was also forced to postpone" media drive events to "'further improve powertrain calibrations.'".[24]

52.     Unfortunately, FCA failed to deliver any vehicles with ZF 9HP Automatic Transmissions that lived up to the promise of a transmission that "shifts through the gears so smoothly that drivers don't even notice most of the gear changes."[25]  The Cherokee's release, originally set for "no later than September" 2013,[26] was plagued with delays due to glitches in "the software that controls how the SUV's nine-speed transmission interact[s] with its innovative disconnecting drivetrain."[27]  Chrysler claimed that "'[t]he company will not ship

---

[22] *See* FCA Corporate News, *Chrysler Group Plans to Invest Nearly $20 Million in Toledo Machining Plant* (April 26, 2013), http://media.chrysler.com/newsrelease.do?id= 14171&mid=2.

[23] *See* Press Kit: 2014 Jeep Cherokee, *All New 2014 Jeep Cherokee: No-compromise Mid-size SUV Sets a New Standard* (Sept. 9, 2013), http://www.media.chrysler.com/ newsrelease.do?id=14039&mid=426 (last visited July 8, 2015).

[24] *See* Left Lane News, *Chrysler Suspends Shift at Jeep Cherokee Plant*, (September 24, 2013, 11:06AM), www.leftlanenews.com/chrysler-suspends-shift-at-jeep-cherokee-plant.html (last visited November 19, 2015).

[25] *See* Drive: The ZF Magazine, Feb. 2013, at 29, *available at* http://www.zf.com/ corporate/en_de/magazine/drive_magazine_zf/drive_magazine.html.

[26] *See* Left Lane News, *Jeep Cherokee still waiting on transmission fix* (Oct. 11, 2013, http://www.leftlanenews.com/jeep-cherokee-still-waiting-on-transmission-fix.html (last visited July 27, 2015).

[27] *See* Autoweek, *Chrysler CEO vows never to repeat mistakes from Cherokee launch* (Oct. 30, 2013), http://autoweek.com/article/carnews/chryslerceovowsneverrepeatmistakes Cherokeelaunch.

vehicles until we are fully satisfied the Cherokee meets customer expectations for performance, refinement and quality.'"[28]  "Insiders say the new transmission – which is a ZF design but being built by Chrysler – isn't shifting as smoothly as intended."[29]  Sergio Marchionne, CEO of Fiat Chrysler Automobiles, later admitted that the transmission lacked "mature" software at the time of release.[30]

53.     After multiple delays, attempted fixes and recalibrations, FCA nevertheless sold the Class Vehicles with the ZF 9H Automatic Transmission. Unfortunately for consumers, FCA knowingly rushed a product to market that was defective and has been unable to repair the Class Vehicles.

54.     Beginning soon after release, through consumer complaints, dealership repair orders, and data regarding the FCA ZF 9HP Automatic Transmission, among other internal sources, Defendant knew or should have known that the Class Vehicles and the ZF 9HP Automatic Transmission contained one or more design and/or manufacturing defects that adversely affect the drivability of the Class Vehicles and cause safety hazards.  Nevertheless, Defendant has actively concealed and failed to disclose this defect to Plaintiffs and Class Members at the time of purchase or lease and thereafter.

55.     On information and belief, Defendant's corporate officers, directors, or managers knew about the Transmission Defect and failed to disclose it to Plaintiffs and Class Members, at the time of sale, lease, repair, and thereafter.

56.     A vehicle equipped with the ZF 9HP Automatic Transmission should function in a manner that the driver expects, i.e. it should start, accelerate, decelerate, and stop at appropriate times while the driver operates the vehicle.  In

---

[28] *See* Left Lane News, *Jeep Cherokee still waiting on transmission fix* (Oct. 11, 2013, 1:08PM) http://www.leftlanenews.com/jeep-cherokee-still-waiting-on-transmission-fix.html (last visited November 19, 2015).
[29] *Id.*
[30] *See* Automotive News, *Another fix for Jeep's troubled 9-speed* (Feb. 2, 2015, 12:01AM),
http://www.autonews.com/article/20150202/OEM01/302029930/another%ADfix%ADfor% ADjeeps%ADtroubled%AD9%ADspeed5/10.

1  practice, however, FCA's 9-speed transmission behaves erratically, causing
2  numerous safety concerns.

3      57.    Dating back to at least October 2013, FCA was aware of the defects
4  of the ZF 9HP Automatic Transmissions.  FCA, however, failed and refused to
5  disclose these known defects to consumers.  As a result of this failure, Plaintiffs
6  and Class Members have been damaged.

7          **The Transmission Defect Poses an Unreasonable Safety Hazard**

8      58.    The Transmission Defect causes unsafe conditions in the Class
9  Vehicles, including, but not limited to, the vehicles' inability to properly respond
10  to driver input, such as acceleration and deceleration attempts, thereby rendering
11  the driver unable to speed up or slow down appropriately while the vehicle is in
12  motion.  These conditions present a safety hazard, because they can severely
13  affect the driver's ability to control the car's speed, acceleration, and
14  deceleration.  For example, these conditions make it difficult to safely change
15  lanes, appropriately accelerate from a stop, merge into traffic, or make turns.

16      59.    Complaints that Class Vehicles' owners and lessees filed with the
17  National Highway Traffic Safety Administration ("NHTSA") demonstrate that
18  the defect is widespread and dangerous and that it manifests without warning.
19  The complaints also indicate Defendant's awareness of the problems with the
20  transmission and how potentially dangerous the defect is for consumers.  The
21  following is just a sampling of the over 300 safety-related complaints that
22  describe the Transmission Defect in Class Vehicles, including, but not limited to,
23  2014-2015 Jeep Cherokee, 2015 Chrysler 200, and 2015 Jeep Renegade vehicles
24  (spelling and grammar mistakes remain as found in the original) (Safecar.gov,
25  *Search for Complaints* (July 2, 2015), http://www-
26  odi.nhtsa.dot.gov/complaints/):
27  **2015 JEEP CHEROKEE**
28      a)    (2015 Jeep Cherokee 6/13/2015) THE VEHICLE HAS A VERY

DANGEROUS HESITATION. IT DOES NOT DOWNSHIFT PROPERLY WHEN TRYING TO ACCELERATE.. THIS MAKES ANY LANE CHANGE, HIGHWAY APPROACH, TURN, OR EMRGENCY MANUEVER EXTREMELY DANGEROUS. THIS VEHICLE CAN'T BE SAFELY DRIVEN IN TRAFFIC, OR TAKEN OFF ROAD AS DESIGNED. FCA HAS NOT REMEDIED THE IISSUE AND HAS MADE THE VEHICLE WORSE WITH THEIR LATEST UPDATES. THIS HAPPENS EVERY SINGLE TIME THE VEHICLE HAS BEEN DRIVEN.IT HAS BEEN IN THE SHOP TWICE FOR REPAIRS. THE EXCUSE IS IT IS OPREATING AS DESIGNED. IN ESSENCE A POOR DESIGN IS SOMTHING WE HAVE TO LIVE WITH AND BE OKAY WITH DRIVING IN DANGER? THIS IS A SAFETY HAZZARD THAT NEEDS TO BE INVESTIGATED BEFORE SOMEONE DIES. THE PUBLIC SHOULD KNOW ABOUT THE VEHICLE DANGER BEFORE THEY DECIDE TO PURCHASE ONE

b)   (2015 Jeep Cherokee 5/21/2015) CAR UPDATED ON 5/20/15 WITH LATEST TSB 21-21-15A FOR TRANSMISSION CONTROL MODULE. CAR NOW SKIPS 2ND GEAR WHEN DOWNSHIFTING (COASTING). ON ROLLING STOPS THE CAR IS STUCK ON 3RD GEAR CAUSING LACK OF ACCELERATION WHILE TRAFFIC BEHIND EXPECTS CAR TO GET MOVING (HIGHWAY ENTRY RAMP). IF GAS IS FLOORED CAR FINALLY REACTS AND SKIPS TO 1ST CAUSING WHEELSPIN. CAR HAS SLID DURING WET CONDITIONS. WITH SNOW THIS CAN BE LETHAL. CAR DID NOT SKIP 2ND GEAR BEFORE TSB. DEALER ADVISED THIS BEHAVIOR IS THE NEW STANDARD.

c)   (2015 Jeep Cherokee 5/8/2015) PURCHASED A 2015 JEEP CHEROKEE LATITUDE 4X4 ON 2/28/2015. STARTED HAVING ISSUES WITH THE TRANSMISSION HESITATING AND JERKING INTO GEAR. TOOK IT TO THE DEALERSHIP ON 5/1/2015 AND WAS INFORMED THAT THERE IS A COMPUTER GLITCH THAT THE MANUFACTURER IS AWARE OF, BUT THERE IS NO FIX FOR IT. THEY SAY ITS SAFE TO DRIVE. ON 5/7/2015 I ALMOST GOT T-BONED BECAUSE THE TRANSMISSION WOULDN'T SHIFT PULLING OUT OF A PARKING LOT INTO TRAFFIC. IT FINALLY JERKED INTO GEAR BUT CONTINUED TO JERK AND WOULD NOT GO OVER 25MPH AND MY CHECK ENGINE LIGHT AND ERRORS CAME ON ABOUT THE START/STOP FUNCTION. THE DEALERSHIP TOWED MY CAR AND I AM USING A LOANER. THEY HAVE NO IDEA HOW TO FIX IT. THE 2015 JEEP CHEROKEE'S ARE COMPLETELY UNSAFE TO DRIVE! SPENT OVER $30,000 ON A VEHICLE THAT I CAN'T SAFELY DRIVE.

d)   (2015 Jeep Cherokee 4/25/2015) JEEP PERFORMED A RECALL ON TCM/PCM FOR THE 9 SPEED TRANSMISSION. NOW AT LOW SPEEDS 2-5MPH IN AN INTERSECTION OR FROM A STOP SIGN, OR SLOW DOWN ON RAILROAD TRACKS THE CAR WILL NOT MOVE EVEN WITH THE GAS PEDAL TO

THE FLOOR, UP TO A 5 SECOND DELAY. WE WERE IN AN INTERSECTION, THE LIGHT CHANGED AND CARS WERE ONCOMING, AFTER HITTING THE GAS PEDAL THE CAR JUST SAT THERE, THIS HAS HAPPENED MULTIPLE TIMES AND WE WERE ALMOST HIT. TOOK IT BACK AND IT WAS REPROGRAMMED. STILL HAS THE SAME DELAY, TAKING IT BACK FOR THE 3RD TIME. IF YOU DO A ROLLING STOP AND START OUT INTO THE INTERSECTION THE CAR REFUSES TO MOVE, THE ENGINE IS RUNNING, BUT NO RESPONSE FROM THE JEEP. WE ARE AFRAID WE WILL GET STUCK IN AN INTERSECTION OR RAILROAD TRACK AND GET KILLED! THE JEEP ONLY HAS 4000 MILES ON IT. IF YOUR JEEP IS RUNNING FINE...DO NOT LET THEM REPROGRAM THE TRANSMISSION!!!

e)    (2015 Jeep Cherokee 3/13/2015) A FEW WEEKS AFTER I PURCHASED THIS JEEP 2015 CHEROKEE, I NOTICED THAT UPON DECELERATION AND BRAKING, AS THE TRANSMISSION WENT FROM ONE GEAR TO A LOWER GEAR, THE CAR WOULD ACCELERATE IN THE LOWER GEAR, LUNGING THE CAR FORWARD. THOUGH THIS HASN'T CAUSED AN ACCIDENT, I BELIEVE IT COULD IN CERTAIN SITUATIONS. I HAVE TAKEN THE VEHICLE TO THE CHRYSLER DEALERSHIP TWICE NOW. THE FIRST TIME THEY RELOADED THE COMPUTER SOFTWARE; THEY TOLD ME THAT IT HAD THE LATEST SOFTWARE, BUT THEY RELOADED IT JUST TO MAKE SURE THERE WERE NO ISSUES. THE PROBLEMS ACTUALLY GOT WORSE WITH THE RELOADED SOFTWARE. THE TRANSMISSION WILL ALSO "CLUNK" FROM TIME TO TIME WHEN CHANGING GEARS, EVEN WHEN I AM STOPPED AND CHANGE FROM DRIVE TO REVERSE, REVERSE TO PARK, OR DRIVE TO PARK.

f)    (2015 Jeep Cherokee 1/2/2015) LOUD NOISE FROM THE ENGINE/TRANSMISSION THEN THE CAR COMPLETELY SHUTS DOWN AND COMES TO A COMPLETE STOP IN THE ROAD. THE CAR WILL THEN RESTART ALL SYSTEMS WITH CHECK ENGINE LIGHT ON. HAS HAPPENED AND BEEN TAKEN TO THE DEALERSHIP FOR REPAIRS ON 10/20/2014, 12/1/2014, 12/3/2014,12/12/2014,12/22/2014. DEALERSHIP NOR CHRYSLER KNOW WHAT IS CAUSING THE ISSUE AND WILL NOT DO ANYTHING EXCEPT TRY TO REPAIR. I HAVE CONCERNS THAT IF THIS ISSUE HAPPENS AT HIGHER SPEEDS ON INTERSTATE WHAT WOULD HAPPEN.

g)    (2015 Jeep Cherokee 12/8/2014) VEHICLE WAS TRAVELING ON INTERSTATE HIGHWAY WHEN SERVICE TRANSMISSION LIGHT CAME ON IN THE STORED MESSAGES, THEN THE MALFUNCTION INDICATOR LIGHT AND SERVICE ENGINE LIGHT CAME ON. WITHIN MINUTES, DRIVEABILITY ISSUES BECAME APPARENT WITH NO ACCELERATION AND SLIPPING GEARS/UNABLE TO SHIFT INTO GEARS. ONCE THE CAR SLOWED/STOPPED,

THE VEHICLE WAS UNABLE TO SHIFT INTO LOWER GEARS TO MOVE. THE VEHICLE HAD RECEIVED THE P56 RECALL TO UPDATE THE COMPUTER SOFTWARE TO THE TRANSMISSION CONTROL MODULE ONE MONTH PRIOR TO THIS INCIDENT.

h)   (2015 Jeep Cherokee 12/7/2014) VEHICLE HAD DRIVEABILITY ISSUES WITH TRANSMISSION SLIPPING IN LOWER GEARS. CAR HAS RECEIVED THREE SOFTWARE UPDATES TO TRANSMISSION CONTROL MODULE PRIOR TO THIS INCIDENT.

**2014 JEEP CHEROKEE**

a)   (2014 Jeep Cherokee 5/27/2015) THE VEHICLE FAILS TO ACCELERATE PROPERLY FROM SLOW SPEEDS. THIS HAS BEEN AN ONGOING PROBLEM SINCE A RECALL ("R01") WAS PERFORMED ON THE TRANSMISSION. MULTIPLE ATTEMPTS BY DEALERS TO IMPROVE THIS CONDITION HAVE FAILED. I AM TOLD THAT THIS IS THE WAY FIAT/CHRYSLER HAS DECIDED TO MAKE THESE TRANSMISSIONS WORK, IN ORDER TO PREVENT FAILURE DUE TO A DESIGN FLAW. THE CURRENT SOFTWARE NO LONGER ALLOWS THE TRANSMISSION TO DOWNSHIFT BELOW THIRD GEAR UNLESS THE VEHICLE IS COMPLETELY STOPPED. THEREFORE, IF DRIVING CONDITIONS REQUIRE YOU TO SLOW DOWN (TO AS SLOW AS 1 MPH) AND THEN YOU NEED TO ACCELERATE, THE TRANSMISSION REMAINS IN THIRD GEAR AND PROVIDES LITTLE TO NO RESPONSE. IF YOU FLOOR IT, THE TRANSMISSION WILL SOMETIMES, EVENTUALLY SLAM INTO FIRST GEAR, BUT ONLY AFTER STRUGGLING IT'S HARDEST TO ACCELERATE IN THIRD GEAR, WHICH INVOLVES THE TORQUE CONVERTER ALLOWING THE ENGINE TO REV, SO THAT THE RESULTING SHIFT INTO FIRST GEAR IS EXTREMELY ROUGH AND OFTEN ACCOMPANIED BY WHEEL SPIN. THE TRANSMISSION WILL NO LONGER, EVER, UNDER ANY CIRCUMSTANCES, DOWNSHIFT INTO SECOND GEAR. THE HARD JOLTS AND WHEEL SPIN OF THE 3-1 SHIFT ARE SOMEWHAT DANGEROUS, BUT ARE STILL BY FAR PREFERABLE TO THE TIMES WHEN THE TRANSMISSION COMPLETELY REFUSES TO DOWNSHIFT, AND SIMPLY LEAVES YOU A SITTING DUCK TO APPROACHING VEHICLES. SIMPLY PULLING INTO TRAFFIC, WHETHER IT BE ENTERING A ROUNDABOUT, OR CHANGING LANES FROM A SLOWER LANE TO A FASTER ONE, OR EVEN JUST MERGING, IS ALWAYS STRESSFUL, BECAUSE WE JUST DON'T KNOW HOW, OR EVEN IF THE VEHICLE WILL RESPOND TO THROTTLE INPUT. THERE HAVE BEEN TIMES WHEN OTHER VEHICLES HAVE HAD TO SLAM ON THEIR BRAKES TO AVOID HITTING US, BECAUSE WE COULD NOT ACCELERATE. PART OF THAT IS DUE TO THEIR EXPECTATIONS. WHEN YOU PULL OUT, THEY EXPECT

YOU TO ACCELERATE AT A COMMENSURATE RATE,
WHEN YOU DON'T, THEY FIND THEMSELVES ON YOUR
BUMPER IN A HURRY. SOMEBODY WILL GET HIT

b) (2014 Jeep Cherokee 4/9/2015) THE PROBLEM WITH CHOPPY
SHIFTING WAS APPARENT AS SOON AS I PICKED UP THE
VEHICLE. SOON AFTER LEAVING THE DEALERSHIP,
MULTIPLE LIGHTS LIT UP AND THE SHIFTING WAS
ABRUPT AND THERE WAS A FIRE SMELL. UPON
RETURNING TO THE DEALERSHIP, I WAS INFORMED THAT
THERE WAS A SOFTWARE "GLITCH," WHICH THEY
REPAIRED. SINCE THEN, FOR ONE YEAR, THE CAR
CONTINUES TO HAVE CHOPPY AND INCONSISTENT
SHIFTING. IT IS A VERY TEMPERAMENTAL AND
DIFFICULT VEHICLE TO DRIVE. THE LATEST SOFTWARE
PATCH, INSTALLED ON 3/29/15 MADE SHIFTING FROM
START UP TO FIRST/SECOND GEAR WORSE. THE CAR IS
BEING RETURNED TO THE DEALERSHIP ON 4/13/15 FOR
FURTHER INVESTIGATION.

c) (2014 Jeep Cherokee 3/18/2015) WHEN ACCELERATING FROM
A STOP, THE TRANSMISSION EITHER GRABS AND
LURCHES OR IT SEEMS TO SLIP WHILE IT SEARCHES FOR
THE RIGHT GEAR. THE DEALER KEPT THE CAR FOR A
DAY AND RE-INSTALLED A SOFTWARE UPGRADE. THIS
DID NOT HELP. THE PROBLEM PERSISTED. WHEN WE
TOOK THE CAR BACK TO THE DEALER AGAIN, THEY
STATED THAT THE CAR IS "OPERATING AS DESIGNED"
AND "EVEN INSTALLING A NEW TRANSMISSION WOULD
NOT HELP". WE CONTACTED CHRYSLER CUSTOMER
CENTER AND EXPLAINED THE ISSUE TO THEM AND THEY
CALLED THE DEALER AND STATED THAT WE WOULD
NEED TO "LEARN TO WORK WITH THE TRANSMISSION"
AND THAT THEY HAVE TO GO WITH WHAT THE DEALER
TELLS THEM. THE CAR IS CONTINUING TO HAVE THIS
PROBLEM.

d) (2014 Jeep Cherokee 2/8/2015) I TOOK DELIVERY OF MY NEW
2014 JEEP CHEROKEE ON SEPTEMBER 16, 2014. RIGHT
FROM THE START I STARTED HAVING TRANSMISSION
ISSUES. CHRYSLER JEEP SAID THAT THEY WERE GOING
TO OPEN A "CASE FILE" ON THE CAR AND TO RETURN
THE CAR TO THE SERVICE MANAGER AT THE
DEALERSHIP. I TOOK THE CAR INTO THE DEALERSHIP,
AND EXPLAINED WHAT THE REPRESENTATIVE HAD TOLD
ME. THE SERVICE MANAGER SAID THAT THERE WAS NO
"CASE FILE" OPENED ON MY VEHICLE AND THAT
NOBODY FROM CHRYSLER JEEP HAD CONTACTED THEM.
A COUPLE WEEKS LATER I RECEIVED A CALL FROM
CHRYSLER JEEP SAYING THAT THE CASE FILE WAS
"CLOSED" BECAUSE "I FAILED TO TAKE THE CAR IN TO
THE DEALERSHIP". LAST TUESDAY (FEBRUARY 3RD)
AFTER A REALLY BAD SNOWSTORM I WAS DRIVING
HOME WHEN THE PERSON IN THE LANE NEXT TO ME
BEGAN SLIDING INTO MY LANE. I BEGAN APPLYING

BRAKE BUT IT WAS OBVIOUS THAT I NEEDED TO APPLY POWER TO GET AHEAD OF HER. WHEN I CAME OFF THE BRAKE AND APPLIED HEAVY POWER THERE WAS NOTHING THERE. THE ENGINE REVVED UP BUT THE CAR DIDN'T GO ANYWHERE. THEN THE VEHICLE DROPPED INTO GEAR AND LURCHED REALLY BAD, AND THE BACK END OF THE CAR STARTED TO SPIN AROUND ON ME. ALL OF THE SUDDEN THE FRONT TIRES STARTED DIGGING IN AND WHIPPED ME STRAIGHT. I WAS TOTALLY OUT OF CONTROL AND IT SEEMED LIKE THE TRANSMISSION HAD A MIND OF ITS OWN. LUCKILY I DIDN'T HIT ANYTHING BUT DID END UP IN A PARKING LOT. AFTER SITTING FOR A SECOND (AND THE PERSON WHO ALMOST STRUCK ME STOPPED TO SEE IF I WAS OK), I PUT THE CAR BACK IN GEAR AND DROVE BACK OUT ONTO THE STREET AND IMMEDIATELY A "4-WHEEL DRIVE NOT AVAILABLE" ERROR MESSAGE CAME ON. THIS CAR IS DANGEROUS. CHRYSLER JEEP HAS SHOWN ONLY SUPERFICIAL INTEREST IN FIXING THE PROBLEM. IT SHOULDN'T BE DRIVEN ON SNOWY ROADS. I HOPE THAT SOMEONE WITH THE AUTHORITY TO DO SOMETHING CAN ADDRESS THIS MAJOR ISSUE BEFORE PEOPLE START GETTING KILLED. THIS IS BEYOND A "LEMON" ISSUE. *TR

e)   (2014 Jeep Cherokee 1/5/2015) WHILE DRIVING ON FLAT TERRAIN AT A CONSTANT HIGHWAY SPEED THE CAR SUDDENLY DECELERATED FOR A FEW SECONDS WITH THE TACHOMETER NEEDLE SWAYING BACK AND FORTH AND THEN RETURNED TO NORMAL OPERATION. THIS REOCCURRED 5 MINUTES LATER. THE DEALER INDICATED THAT IT WAS A TRANSMISSION SOFTWARE PROBLEM AND LOADED THE LATEST SOFTWARE RELEASE. TWO WEEKS LATER THE PROBLEM OCCURRED AGAIN.

f)   (2014 Jeep Cherokee 12/15/2014) […] THE CAR NOW BEGAN TO SHIFT VERY IRRATICALY. IT WOULD UP SHIFT VERY FAST ACCELERATE WHEN MY FOOT WAS NOT ON THE GAS. WHEN COMING TO A STOP IT WOULD DOWN SHIFT SO HARD. WHEN I BROUGHT THE CAR BACK TO THE DEALER, (NOW WITH 700 MILES ON IT) THEY TOLD ME THEY WERE REPLACING THE ENTIRE TRANSMISSION. THEY HAVE HAD THE CAR FOR 3 WEEKS TOTAL. FINALLY PICKED UP THE CAR LAST WEEK.WHEN I GOT INTO THE CAR THE ODOMETER READY 6000 MILES! I DROPPED IT OFF WITH 700.I TOLD HIM FOR THE 3RD TIME THAT I DID NOT WANT IT. […].

g)   (2014 Jeep Cherokee 12/4/2014) WHILE TRAVELING AT 45 MILES PER HOUR, THE TRANSMISSION MAKE A "THUNK" AND STOPPED WORKING. I HAD NO POWER WHEN PUSHING ON THE GAS PEDAL. I HAD TO FIND A WAY TO SAFELY PULL OFF THE ROAD. THIS IS THE FOURTH INCIDENT WITH THE TRANSMISSION BUT THE FIRST ONE THAT OCCURRED WHILE ACTUALLY DRIVING THE

VEHICLE. CHRYSLER HAD JUST REPLACED THE VALVE BODY OF THE TRANSMISSION 10 DAYS PRIOR TO THE NOV. 30 INCIDENT AND PRIOR TO THAT "FLASHED" THE TRANSMISSION SOFTWARE. I WAS TOLD ALL OF THESE "FIXES' WOULD WORK. THEY ARE NOW REPLACING THE ENTIRE TRANSMISSION. THIS IS A SAFETY ISSUE AND I HAVE NO CONFIDENCE THAT THE "NEW" TRANSMISSION BEING PUT IN MY JEEP WILL RESOLVE THE PROBLEM.

h)   (2014 Jeep Cherokee 11/10/2014) I PURCHASED A 2014 JEEP CHEROKEE , AT APPROX.340 MILES MY TRANSMISSION FAILED GOING THROUGH A VERY BUSY INTERSECTION . I HAD A LOSS OF POWER ,THE DASH STARTED FLASHING SERVICE TRANSMISSION ,STABILITY TRACK WARNING CAME ON AND ON SHIFT PANEL THE LIGHT NEXT TO DRIVE WAS FLASHING , ACCELERATOR WAS MUSHY. ROLLED TO SIDE OF ROAD WHERE SAFE , PUT CAR IN PARK , CALLED FOR HELP. AFTER IN PARK FOR A FEW MINUTES TRIED TO ENGAGE DRIVE AND IT WORK , BUT CAR HAD TOO MUCH POWER AND WAS OVER REVING . DEALERSHIP HAD IT TOWED , AND SEEMED TO FIX ISSUE. THEN AGAIN AT 1341 MILES I HAD SAME ISSUE BUT WAS NOT ABLE TO DRIVE IT BUT THIS TIME I WAS ALMOST HIT BY A LARGE TRACTOR WHO DIDN'T REALIZE I LOST POWER , I HAVE A SMALL CHILD THAT IS NOT EVEN TWO YEARS OLD YET IN THE CAR!!!!!!!! . AT THIS POINT DEALERSHIP IS WORKING ON IT AND REPLACING THE TRANSMISSION MODULAR , BUT VERY WARY OF KEEPING THIS VEHICLE , HAVE A FEW TRIPS SCHUEDULE VERY VERY SOON AND DO NOT WANT TO BE OUT OF CELL PHONE RANGE AND HAVE SAME ISSUE, OR WORSE YET HAVE A TRAGIC ACCIDENT .

i)   (2014 Jeep Cherokee 10/14/2014) I HAD MULTIPLE CASES OF THE CAR NOT MOVING IN THE MORNING (ENGINE IS FINE). IT FELT AS IF A CLUTCH WAS SLIPPING. THE FIRST 2 TIMES THE DEALER COULDN'T REPRODUCE THE PROBLEM. THE 3RD TIME HE REPRODUCED THE PROBLEM - AND REPLACED THE TRANSMISSION VALVE-BODY AND PERFORMED ADAPTIVE LEARNING. THIS TOOK NEARLY 2 WEEKS. A WEEK LATER - THE TRANSMISSION FAILED NEAR THE SUMMIT OF MT. WASHINGTON NH. MY WIFE WAS DRIVING AND SHE FELT THAT THE CAR HAD NO POWER - THE GEAR WAS IN MANUAL, 1ST GEAR. I TURNED THE CAR BACK DOWN AND STARTED DESCENDING. THERE SEEMED TO BE NO ENGINE BRAKING AND THE BRAKES STARTED TO SMOKE AND LOOSE GRIP. I HAD TO STOP NUMEROUS TIMES TO LET THE BRAKES COOL. THE CAR IS BACK AT THE DEALERS. THEY HAVE BEEN ABLE TO REPRODUCE THE PROBLEM - CHRYSLER ADVISED THEM TO PUT GREASE ON A CONNECTOR AND DRIVE THE CAR A BIT. IF THE PROBLEM DOESN'T REPEAT - THEY WANT TO RETURN THE CAR TO ME AS IS. CHRYSLER'S INCOMPETENCE WILL GET SOMEONE KILLED - THIS COULD HAPPEN CROSSING

A RAILWAY. TURNING LEFT AT A TRAFFIC LIGHT, OR GOING DOWN A LONG DESCENT

j)   (2014 Jeep Cherokee 8/26/2014) I WAS DRIVING WITH MY TWO YOUNG CHILDREN THROUGH TOWN. WE WERE TURNING LEFT ON A BUSY CITY STREET WHEN MY VEHICLE WOULD NOT ACCELERATE AND WAS ONLY ABLE TO CREEP THROUGH THE INTERSECTION AT LESS THAN 5 MPH. WE WERE NEARLY T-BONED ON THE SIDE WHERE MY 4 YR OLD CHILD WAS SEATED. THE SERVICE TRANSMISSION MESSAGE LIGHT CAME ON AND CAR BECAME INOPERABLE! IT HAD TO BE TOWED TO THE DEALERSHIP. DEALERSHIP HAD TO COMPLETELY REPLACE TRANSMISSION. THEY OUTRIGHT LIED AND DENIED ANY KNOWLEDGE OF TRANSMISSION ISSUES WITH THIS VEHICLE. IN CONJUNCTION, THEY COULD AND DID NOT ANSWER ANY QUESTIONS REGARDING THE NEW TRANSMISSION AND IF IT WAS ANY DIFFERENT THAN THE ONE THAT FAILED. TO TOP IT OFF MY CAR WAS RETURNED TO ME WITH SEVERAL NEW SCRATCHES, AN EXTRA PART LEFT UNDER THE HOOD, AND A BROKEN HOOD LATCH. I DROVE THE VEHICLE HOME ON A HIGHWAY IN THIS CONDITION AND THANK GOODNESS THE HOOD DID NOT FLY OPEN. THIS ISSUE WITH THE TRANSMISSION IS DEADLY! SOMEONE WILL BE SERIOUSLY HURT OR KILLED BECAUSE OF THIS DEFECT! PLEASE DO NOT PURCHASE THIS CAR. *TR

k)   (2014 Jeep Cherokee 8/14/2014) 2014 JEEP CHEROKEE LIMITED, 6 CYLINDER, PURCHASED ON APRIL 21, 2014 WITH 321 MILES ON IT. THERE WAS A SLIGHT SHIMMY IN THE FRONT END THAT THEY TOLD US WAS A FLAT SPOT IN THE TIRE THAT WOULD WORK ITSELF OUT AND THE TRANSMISSION WOULD HAVE TO "LEARN" MY WAY OF DRIVING. ON MAY 30,TT 2217 MILES I BROUGHT THE VEHICLE BACK TOT HE DEALER FOR HESITATION IN THE TRANSMISSION AND SHUTTERING AND GRINDING IN THE FRONT END. THE JEEP HAS BEEN BACK TO THE DEALER 6 TIMES FOR SHUTTERING AND GRINDING IN THE FRONT END WHEN PROCEEDING FROM STOP OR LOW SPEED AFTER BEING ON THE HIGHWAY AT A CONSTANT SPEED FOR SEVERAL MILES. SHUTTERING CAN HAPPEN WHEN TURNING OR GOING STRAIGHT. I HAVE ALSO REPORTED SEVERAL TRANSMISSION ISSUES TO THEM WITH THE CARS INABILITY TO DOWNSHIFT GOING UP A HILL AND OR TO UP SHIFT WHEN COASTING DOWN HILLS. AT ONE TIME AS I WAS ENTERING THE HIGHWAY, I TRIED TO ACCELERATE TO 55 AND THE CAR WOULD NOT GO OVER 30 MPH. I'M GLAD THERE WERE TWO LANES OR I WOULD HAVE BEEN REAR ENDED. CAR WAS VERY JERKY WHEN PROCEEDING FROM A STOP AND WOULD OFTEN SUDDENLY JERK FORWARD AFTER A HESITATION TO EVEN MOVE. CAR HAS BEEN REPROGRAMMED 3 TIMES, HAD A NEW VALVE BODY INSTALLED, A NEW TRANSMISSION INSTALLED AND TWO NEW AXLES

INSTALLED TWO DAYS AFTER THE AXLES WERE INSTALLED THE SHUTTERING AND HESITATION IN TRANSMISSION STARTED AGAIN. DEALER HAS FAILED TO GET BACK TO ME. *TR

l)   (2014 Jeep Cherokee 7/17/2014) WHEN WE BOUGHT THE 2014 JEEP CHEROKEE IT WAS NEW. THERE WAS NO ISSUE WITH THE TRANSMISSION UNTIL WE HAD OWNED IT FOR ABOUT A MONTH. THEN IT STARTED HAVING A ROUGH SHIMMY AS IT SEARCHED FOR THE CORRECT GEAR GOING FROM 0 TO 10 MPH AND THEN 10 TO 20 MPH. ONCE IT REACHES ABOUT 25 MILES PER HOUR THERE IS NO ISSUE WITH THE SHIFTING. WE HAVE HAD IT BACK TO THE DEALERSHIP 3 TIMES. EACH TIME THEY SAID IT WAS FIXED, BUT UPON LEAVING THE LOT, IT DID THE SAME THING I HAD TAKEN IT IN FOR TO BEGIN WITH. WITH JEEP'S UPDATE, WE NOW HAVE A LONG PAUSE GOING UP HILL BEFORE IT GIVES A ROUGH SHIFT AT ABOUT 5 MPH AND THEN CONTINUES TO SHIMMY AT 10 TO 20 MPH. I WAS TOLD ON THE THIRD VISIT THEY WOULD SUBMIT A REPORT TO THE MANUFACTURER TO SEE WHAT THE NEXT STEP SHOULD BE TO FIX THE JEEP SINCE THE UPDATES DID NOT WORK. HOWEVER, THEY TRIED THE SAME THING AGAIN AND SAID THEY THOUGHT IT WAS FIXED, BUT IT WASN'T. UPON COMPLETION OF THE SECOND VISIT I WAS TOLD IT NEEDED TO GET USE TO MY DRIVING PATTERN? WHAT EXACTLY DOES THAT MEAN? WHAT IF MORE THAN ONE OF US DRIVE THE VEHICLE? I AM GETTING THE RUN-AROUND FROM JEEP ON A PRODUCT THEY SHOULDN'T HAVE SOLD ME IN THE FIRST PLACE. EVERYTHING I READ PRIOR TO THE PURCHASE RAVED ABOUT THE 9 SPEED TRANSMISSION. UNFORTUNATELY, THAT WAS INCORRECT SINCE THE TRANSMISSIONS IN THE 2014 JEEP CHEROKEES ALL HAVE THE SAME ISSUE AND JEEP DOESN'T REALLY KNOW HOW TO FIX THEM. I BELIEVE I NEED A NEW TRANSMISSION; BUT WILL HAVE TO FORCE JEEP TO DO IT AND HOPE IT WORKS. MY TIME IS WORK SOMETHING - JUST FIX IT. IT'S A LEMON IN MY OPINION. *TR

m)   (2014 Jeep Cherokee 7/16/2014) ERRATIC SHIFTING, BOTH UPSHIFTING AND DOWNSHIFTING. CAUSES CAR TO JERK FORWARD WHEN DOWN AND UP SHIFTING. CAR CAME TO A COMPLETE STOPPED THEN LUNGED FORWARD CAUSING ME TO BUMP INTO ANOTHER CAR. THE CAR DOWN SHIFTED THEN FELT LIKE IT WAS IN NEUTRAL THEN JUMPED INTO GEAR AGAIN AND JUMPED FORWARD. THIS CAR HAS LESS THAN 4000 MILES ON IT NOW AND HAS BEEN IN THE SHOP TWICE TO ADDRESS THIS ISSUE SINCE WE HAD IT, BUT THE ISSUE STILL EXIST. I AM DEEPLY WORRIED ABOUT THIS SINCE MY WIFE IS AFRAID TO DRIVE THE CAR AT TIMES NOW. IT'S NOT CLEAR WHAT CHRYSLER WAS THINKING WHEN THEY RELEASED VEHICLES WITH FAULTY TRANSMISSIONS. NOT ONLY IS THIS A SAFETY ISSUE,

THIS PROBLEM ALSO DEVALUES THE CAR. WHO WOULD WANT TO PURCHASE OR ACCEPT THIS CAR AS A TRADE-IN WITH A KNOWN TRANSMISSION PROBLEM? *TR

n)   (2014 Jeep Cherokee 7/4/2014) WHILE SITTING ON AN INCLINE AT A STOP LIGHT, OUR BRAND NEW 2014 JEEP CHEROKEE THAT HAD ONLY BOUGHT 2 DAYS BEFORE SHIFTED IN TO NEUTRAL ON ITS OWN AND ROLLED BACKWARDS WHEN THE GAS WAS PRESSED. WE HAD TO SHIFT THE TRANSMISSION INTO MANUAL AND BACK TO AUTO SEVERAL TIMES TO GET THE GEARS TO CATCH. LUCKILY NO ONE WAS INJURED AND WE DID NOT ROLL BACKWARDS INTO TRAFFIC. AFTER THAT INCIDENT THE TRANSMISSION WAS SLUGGISH AND WOULD NOT SHIFT GEARS PROPERLY. *TR

o)   (2014 Jeep Cherokee 6/30/2014) I HAVE FILED A COMPLAINT HERE REGARDING TRANSMISSION WOBBLE/ SHUDDER IN SECOND GEAR THAT STARTED AT ABOUT 2000 MILES PRIOR TO MY SECOND ISSUE I AM HAVING NOW. MY CHEROKEE VEHICLE NOW SHUDDERS ALL THE TIME AND IT HAS JUST DEVELOPED A LAG IN ACCELERATION.I FEEL LIKE IT IS THE TRANSMISSION CAUSING BOTH PROBLEMS. THE DELAY IN ACCELERATION IS PRESENT DEPENDING ON THE GEAR AND SPEED THAT THE VEHICLE MAY BE IN. THE DELAY HAS HAPPENED WHEN TRYING TO PULL OUT ONTO HIGHWAY ONLY TO HAVE VEHICLE PAUSE FOR AT LEAST A SECOND MAYBE TWO BEFORE IT FINALLY WILL ACCELERATE,ALLOWING TRAFFIC BEHIND ME AT HIGHWAY SPEEDS TO HAVE TO AVOID MY VEHICLE BECAUSE OF THIS DELAY,THIS HAS HAPPENED SEVERAL TIMES.HAD TRANS FLASH DONE PRIOR AT DEALER AND DID NOTHING TO FIX THE WOBBLE/SHUDDER.HAD SHUDDER DOCUMENTED WHILE I DROVE VEHICLE WITH DEALER TECH IN CAR.CHRYSLER NOW TOLD THE DEALERSHIP THAT THIS SHUDDER IS A CHARACTERISTIC DESIGN OF VEHICLE AND THAT I SHOULD ACCEPT THIS AND NOTHING'S WRONG,THIS IS NOT ACCEPTABLE,THE DELAY AND SHUDDER ARE DANGEROUS AND DISTRACTING WHILE DRIVING AND WILL AFFECT RESALE VALUE. I HAD THE SHUDDER DOCUMENTED BY A A.S.E CERTIFIED TECHNICIAN THAT SAID TO BRING BACK TO DEALER FOR FURTHER DIAGNOSTIC.A DIFFERENT DEALER RECOMMENDED TO DRIVE FOR ANOTHER 1000 MILES AND SEE IF IT GOES AWAY,THIS WILL BE THE 5TH TIME VEHICLE HAS BEEN AT THE DEALERSHIP.I BELIEVE CHRYSLER JEEP HAS NO FIX FOR THIS,AND ARE BEHIND EVASIVE AND DISHONEST CONCERNING THESE COMPLAINTS,AS OTHER OWNERS HAVE HAD TRANSMISSIONS AND AXELS REPLACED AND STILL HAVE THE SHUDDER AND OR DELAY. THANK YOU. *TR

p)   (2014 Jeep Cherokee 6/30/2014) THE VEHICLE FROM THE TIME WE PURCHASED IT FROM THE DEALER HAS HAD A

TRANSMISSION SHIFTING PROBLEM. THE PROBLEM SHIFTING HAPPENS BETWEEN 1ST AND 2ND GEAR AND ALSO WHEN YOU GO TO STOP. RECENTLY WHILE DRIVING THE TRANSMISSION SEEMED TO SLIP AND THE VEHICLE WAS NOT ENGAGED CAUSING US TO PULL OVER TO THE SIDE OF THE ROAD. THE ENGINE WAS REVVING BUT THE TRANSMISSION WAS NO LONGER ENGAGED. VEHICLE WAS TURNED OFF AND RESTARTED WHICH WE THEN PUT THE CAR IN DRIVE AND MOVED ONTO THE ROADWAY AGAIN. I HAVE BROUGHT THE VEHICLE TO THE DEALER FOR THIS TWICE BEFORE. ON THE FIRST VISIT THE DEALERSHIP SAID TO JUST DRIVE IT AND IT WILL SMOOTH OUT. ON THE SECOND VISIT THE DEALERSHIP GAVE US THE FIRST SOFTWARE UPDATE WHICH WAS DONE IN APRIL OF THIS YEAR, BUT IT ONLY LASTED AROUND A MONTH OR TWO. THE PROBLEM IS BACK AGAIN AND I HAVE MADE ANOTHER APPOINTMENT TO BRING IT IN ON THURSDAY, JULY 3RD FOR ANOTHER SOFTWARE UPDATE. *TR

q)  (2014 Jeep Cherokee 6/9/2014) THIS CAR HAS BEEN LOOKED AT BY CHRYSLER GROUP LLC FOR STEERING/TRANSMISSION ISSUES 4 TIMES SINCE MARCH 22,2014. THERE HAS BEEN TWO SOFTWARE UPDATES THAT HAVE NOT CORRECTED THE PROBLEM. THERE IS A SAFETY ISSUE DRIVING THE VEHICLE THAT NEEDS TO BE ADDRESSED BEFORE SOMEONE GETS REALLY HURT OR KILLED. *TR

r)  (2014 Jeep Cherokee 5/30/2014) FOUR WHEEL DRIVE SELECTION SYSTEM WAS TOTALLY INOPERATIVE. NINE SPEED AUTOMATIC TRANSMISSION DOES NOT SHIFT INTO 9TH GEAR AUTOMATICALLY. IN MANUAL SHIFT MODE 9TH GEAR IS SELECTED AND TACH DOES NOT DROP TO INDICATE HIGHER GEAR RATIO. SOFTWARE WAS UPDATED BUT STILL SAME PROBLEM - #RRT14-040 - WAS FLASHED TWICE BUT NO DIFFERENCE. CODE READER SHOWS SAME PROBLEM EVEN WHEN UPDATE WAS COMPLETED. *TR

s)  (2014 Jeep Cherokee 5/3/2014) SINCE A COMPUTER UPDATE TO MY 9 SPEED TRANSMISSION, THE VEHICLE HAS A SIGNIFICANT WOBBLE IN THE FRONT WHEELS - LEFT TO RIGHT - WHEN THE AUTOMATIC TRANSMISSION SHIFT BETWEEN 1ST, 2ND AND 3RD GEARS. IT FEELS AS IF THE POWER TRANSFER IS CONFUSED AND FIGHTING BETWEEN SENDING POWER TO THE FRONT LEFT AND RIGHT WHEELS. IT IS SIGNIFICANT ENOUGH THAT IT IS FELT IN THE STEERING WHEEL, FEET, LEGS AND SEAT OF THE DRIVER AND THE PASSENGER FEELS THE WOBBLE ALSO IN THE FLOOR AND SEAT. I DO HAVE A FEAR OF THE ELECTRONICS AND COMPUTER CONTROLS SINCE THIS IS A DEFECT WHICH CAN CAUSE A COMPUTER MALFUNCTION WHILE DRIVING THE VEHICLE. IT IS AN IMPORTANT SAFETY CONCERN FOR BOTH THE VEHICLE

OCCUPANTS AND OTHER DRIVERS AROUND THE VEHICLE. *TR

t) (2014 Jeep Cherokee 4/6/2014) DRIVING ALONG AT 30 WHEN FIRST THE ENGINE LIGHT CAME ON, THEN IMMEDIATELY AFTER THE DISPLAY SAID TRANSMISSION AND THE DISPLAY WAS LIGHTING UP WITH ALL SORTS OF SYMBOLS. THE TRANSMISSION COMPLETELY DISENGAGED AND THE CAR COASTED TO A STOP. IT WOULD NOT MOVE. FORTUNATELY WHEN I FELT IT LOSING POWER I WAS ABLE TO MAKE A QUICK TURN INTO A STORE PARKING LOT. HAD THAT HAPPENED ON THE HIGHWAY I COULD HAVE BEEN KILLED BECAUSE THE CAR JUST TOTALLY LOST ALL MOTION AS I WAS DRIVING. I TURNED IT COMPLETELY OFF FOR A FEW MINUTES AND IT STARTED BUT WITH THE ENGINE LIGHT SHOWING. I CALLED THE DEALERSHIP KELLY JEEP CHRYSLER IN LYNNFIELD AND TOLD THE SERVICE DEPARTMENT WHAT HAPPENED. I DROVE STRAIGHT THERE...FURIOUS. THE SERVICE GUY TOOK DOWN THE INFORMATION I RELAYED ABOUT THE INCIDENT. I TOLD HIM I HAD READ RECENTLY THAT THEIR 9 SPEED TRANSMISSION HAD KNOWN ISSUES AND HE SAID HE DIDN'T KNOW ANYTHING ABOUT THAT. I TOLD HIM NOT TO EVEN TELL ME I AM THE FIRST TO REPORT THIS PROBLEM AND HE SAID "MAYBE NOT IN THE WHOLE COUNTRY BUT I DON'T THINK WE'VE HAD THIS PROBLEM HERE" AND I TOLD HIM NOT TO SPEAK DOWN TO ME BECAUSE IT HAS BEEN WRITTEN ABOUT ALREADY AS A KNOWN ISSUE. HE ALREADY HAD THE COURTESY CAR WAITING FOR ME AND HE IMMEDIATELY WALKED ME OUT THE DOOR TO THE CAR. I WAS THERE LESS THAN 5 MINUTES. I KNOW HE DID NOT WANT ME SPEAKING TO ANYBODY IN THE SERVICE WAITING ROOM AS I COULD SEE PEOPLE SITTING THERE WAITING FOR THEIR OWN REPAIRS. THIS IS AN ISSUE THAT WILL END UP KILLING SOMEBODY. *TR

u) (2014 Jeep Cherokee 2/13/2014) DRIVING ON THE HIGHWAY AT 65MPH WHEN THE GAS PEDAL BECAME UNRESPONSIVE. THERE WAS STILL ELECTRICAL POWER TO THE CAR BUT I COULD NOT ACCELERATE. THIS HAS HAPPENED A TOTAL OF 4 TIMES ON THE HIGHWAY TWICE BEFORE THE TRANSMISSION WAS REPLACED AND TWICE AFTER. ALL TIMES I MADE IT SAFELY TO THE SHOULDER AND COULD NOT GET THE JEEP IN PARK. I SHUT THE JEEP DOWN AND STARTED IT AGAIN, IT FIXED THE ISSUE. I WAS ABLE TO GET THE JEEP OFF OF THE HIGHWAY AND TO THE DEALERSHIP. *TR

v) (2014 Jeep Cherokee 1/23/2014) 2014 JEEP CHEROKEE. CONSUMER WRITES IN REGARDS TO TRANSMISSION PROBLEMS. *SMD VERY SHORTLY AFTER THE VEHICLE WAS PURCHASED, THE CONSUMER NOTICED SPOTS ON THE DRIVEWAY, WHICH THEN PROGRESSED INTO A

HORRIBLE WHINING AND GRINDING NOISE. THE VEHICLE STARTED TO SHIFT ERRATICALLY AND THE CONSUMER DID NOT FEEL SHE HAD CONTROL OF THE VEHICLE. THE CONSUMER MADE AN APPOINTMENT WITH THE DEALER, AND AFTER HAVING THE VEHICLE FOR A DAY, SHE WAS INFORMED THE ENTIRE TRANSMISSION NEEDED TO BE REPLACED. THE DEALER EXPLAINED TO THE CONSUMER, THAT PART OF THE TRANSMISSION WAS POROUS, WHICH EXPLAINED THE STAINS ON THE DRIVEWAY IN MULTIPLE SPOTS. THE TRANSMISSION WAS REPLACED UNDER WARRANTY. *JB

**2015 CHRYSLER 200**

a)   (2015 Chrysler 200 5/26/2015) TL* THE CONTACT OWNS A 2015 CHRYSLER 200. THE CONTACT STATED THAT THE TRANSMISSION FAILED TWICE. THE SERVICE TRANSMISSION LIGHT ILLUMINATED AND THE VEHICLE STALLED. THE FAILURE PREVENTED THE VEHICLE FROM SHIFTING INTO GEAR. THE VEHICLE WAS TOWED TO THE DEALER AND IT WAS DETERMINED THAT THE TRANS AXLE NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE STILL OCCURRED. THE CONTACT STATED THAT THE TRANSMISSION NEEDED TO BE REPLACED AND THAT THE TRANSMISSIONS WERE ON BACK ORDER BECAUSE THIS WAS A KNOWN ISSUE. THE VEHICLE HAD NOT BEEN REPAIRED. THE VIN WAS NOT AVAILABLE. THE FAILURE MILEAGE WAS UNKNOWN.

b)   (2015 Chrysler 200 5/10/2015) RECEIVED A RECALL NOTICE ABOUT AN ISSUE WITH THE TRANSAXLE PARK ROD LATE APRIL 2015. TOOK IT TO THE DEALER WHERE WE PURCHASED THE VEHICLE. WHERE INFORMED THAT THE RECALL REPAIRS COULD NOT BE PERFORMED UNTIL AFTER MAY 1, 2015 NEEDED A SPECIFIC TOOL THAT HAD BEEN ORDERED. THEY DID INSPECT THE VEHICLE AND SAID THAT IT WAS SAFE, MAKE AN APPOINTMENT FOR AFTER MAY 1ST. ON MAY 7, 2015 MY WIFE WAS DRIVING ON THE HIGHWAY AT APPROXIMATELY 70 MPH WHEN SHE SAID THE DASH WARNING LIGHTS STARTED GOING OFF AND WARNING BELLS STARTED GOING OFF. THE WARNING SAID "SERVICE TRANSMISSION" THEN WOULD FLASH TO "SHIFT TO PARK AND ENGAGE PARKING BRAKE". THE TRANSMISSION SEEMED TO HAVE SHIFTED INTO NEUTRAL. THE CAR WAS RUNNING BUT DID NOT HAVE ANY FORWARD MOMENTUM. THIS MESSAGE CONTINUED OVER AND OVER. SHE HAD TO GO OVER 3 LANES OF TRAFFIC BEFORE SHE COULD GET TO THE SIDE OFF THE ROAD TO A SAFE SPOT. SHE IMMEDIATELY PUT ON THE HAZARD LIGHTS WHEN THIS HAPPENED BUT HAD TO DODGE TRAFFIC. ONCE SHE WAS STOPPED THE SHIFTER DIAL WAS STILL LIT UP THAT IT WAS IN DRIVE, SHE MOVED IT TO PARK BUT STILL WAS LIT UP THAT IT WAS IN DRIVE. SHE PUT ON THE PARKING BRAKE AND

TURNED THE CAR OFF. SHE WAITED A FEW MINUTES AND STARTED THE CAR AGAIN. THE SHIFTER DIAL NOW SHOWED TO BE IN PARK, SHE TRIED TO SHIFT TO ALL THE OTHER GEARS, THE CAR WOULD NOT MOVE AND THE DIAL STILL SHOWED IT WAS IN PARK. CAR WAS TOWED TO THE DEALERSHIP WHERE IT WAS PURCHASED. 2 DAYS LATER INFORMED THAT TRANSAXLE WILL NEED TO BE REPLACED. VEHICLE CURRENTLY AT DEALERSHIP FOR REPAIR/RECALL , IT WILL TAKE APPROXIMATELY A WEEK TO COMPLETE. DISAPPOINTED AND VERY CONCERNED FOR MY WIFE'S SAFETY .

c)   (2015 Chrysler 200 4/21/2015) THE CAR LUNGED WHEN IT UPSHIFTED INTO 2ND AND 5TH GEAR. IT ALSO LUNGED WHEN DOWNSHIFTING, ALMOST CAUSING ME TO RAM INTO THE BACK OF ANOTHER CAR. BOTH ARE WORSE WHEN THE CAR IS COLD. I TOOK IT INTO A DEALER. THEY TOLD ME THEY UPDATED THE SOFTWARE. THE TRANSMISSION WAS MAYBE A LITTLE DIFFERENT, BUT NOT MUCH. I AM SO TIRED OF MY NECK BOUNCING AROUND WHILE UPSHIFTING AND AFRAID OF AN ACCIDENT WHILE DOWNSHIFTING. I TOOK THE CAR INTO A DIFFERENT DEALER LAST MONTH AND HE SAID ALL THE SOFTWARE WAS UP TO DATE AND THERE WAS NOTHING HE COULD DO. HE SAID I SOULD HAVE TO DEAL WITH CHRYSLER.

d)   (2015 Chrysler 200 4/18/2015)  ON SUNDAY, APRIL 12TH AT 5:30AM, I WAS DRIVING SOUTHBOUND ON I-94 AT 65MPH WHEN ALL OF A SUDDEN I LOST ALL POWER TO MY TRANSMISSION. MY GAS PEDAL WAS USELESS & I HAD TO COAST OFF THE EXPRESSWAY TO THE SHOULDER (I WAS IN THE FAR LEFT LANE & THE SHOULDER THERE IS TOO NARROW). IF THIS HAD BEEN AT A DIFFERENT TIME, I WOULD HAVE NO DOUBT BEEN KILLED (AS WELL AS OTHERS I'M SURE), FOR I WOULDN'T HAVE HAD THE ROOM OR MOMENTUM TO COAST ONTO THE SHOULDER & WOULD HAVE BEEN STRUCK FROM BEHIND. CHRYSLER WANTS THE CAR FIXED & NOT EVEN THE DEALER KNOWS EXACTLY WHAT IS WRONG, CITING IT AS A 'SHOTGUN FIX'. AND, I'M ON AN EXPRESSWAY (OR TWO OR THREE) EVERYDAY. THIS CAR IS A DANGER & IT WILL NO DOUBT DO THIS AGAIN.

e)   (2015 Chrysler 200 3/17/2015) 1ST TIME: ON HIGHWAY AT 55MPH GOT AND ERROR ON DASH: SERVICE TRANSMISSION THEN PERFORMANCE SHIFTING NOT AVAILABLE 2ND TIME: AFTER JUST 4-5 MINUTES OF DRIVING THE CAR HAD SAME ERRORS AS ABOVE. AT THE NEXT LIGHT, PRESSED GAS AND THERE WAS NO REVVING OF ENGINE (RPMS DID NOT MOVE). PUT IT INTO PARK AND IT SAID CAR IS NOT IN PARK, USE EMERGENCY BRAKE TO PREVENT MOVEMENT." PUT BRAKE ON, THEN INTO D, THEN BRAKE OFF AND CAR WENT VERY SLOWLY AS IT WAS STUCK IN 4TH GEAR.

WENT ONTO HIGHWAY AND STILL STUCK IN 4TH FOR A FEW MILES (REVVING AT 4,000 RPMS AT ABOUT 60MPH). SUDDENLY THE ENGINE BEGAN REVVING ITSELF UP TO 5.5K WITHOUT MY FOOT ON THE PEDAL, BUT THERE WAS NO ACCELERATION (LIKE CAR WAS NOT IN A GEAR). I PRESSED ACCELERATOR AND NOTHING HAPPENED, IT STAYED AT ABOUT 5.5K. I PUT CAR INTO N AND THE RPMS DROPPED TO ABOUT 1.5K, BUT CAR STILL NOT IN A GEAR SO IT WAS LOSING SPEED SO I MOVED TO BREAKDOWN LANE. PUT IT BACK INTO D AND IT AGAIN REVVED TO 5.5K, BUT STILL NO GEAR AND LOST SPEED. 3RD TIME: I WOULD TURN TO D AND IT WOULD TAKE ABOUT 3-5 SECONDS BEFORE IT CLUNKED INTO GEAR. CAR THEN SHUDDERED A BIT AS I PULLED OUT AND THEN IT GAVE THE SAME ERRORS AS BEFORE: SERVICE TRANSMISSION THEN PERFORMANCE SHIFTING NOT AVAILABLE ON THE DASH. IT ALSO GOT STUCK IN 4TH GEAR AGAIN SO I COULD NOT ACCELERATE PROPERLY. IT ALSO REVVED THE ENGINE RANDOMLY. IN FACT, I ALMOST SMASHED INTO MY GARAGE BECAUSE AS I WAS SLOWLY TURNING INTO MY GARAGE THE CAR SUDDENLY SURGED FORWARD (IMAGINE IN A MANUAL CAR, REVVING THE ENGINE AND THEN RAPIDLY LETTING OUT ON THE CLUTCH) AND I HAD TO SLAM ON THE BRAKES TO PREVENT IT FROM GOING INTO THE SIDE OF MY HOUSE. IF THERE WERE PEOPLE WALKING IN FRONT OF THE CAR AT A CROSSWALK, THEY WOULD HAVE BEEN HIT. THIS IS NOT ACCEPTABLE AND NOT SAFE. JUST AS MUCH I COULD EASILY GET INTO AN ACCIDENT WITH ANOTHER CAR, THE WAY THIS CAR IS BEHAVING.

f)  (2015 Chrysler 200 3/13/2015) AFTER ONLY OWNING MY VEHICLE FOR LESS THAN 72 HOURS, AND DRIVING ABOUT 380 MILES, MY TRANSMISSION APPEARS TO HAVE HAD A COMPLETE FAILURE. I NOTICED IT DOWNSHIFTING VERY HARD AT A STOP LIGHT, THEN AGAIN A MILE OR SO DOWN THE ROAD. BY THE TIME I GOT TO ANOTHER STOP LIGHT, MY CAR DOWNSHIFTED SO VIOLENTLY IT SLAMMED ME INTO MY SEAT BELT AND SCARED ME BADLY. IT FELT AS IF THE CAR HAD SHIFTED IN PARK WHILE IT WAS STILL ROLLING FORWARD AT ABOUT 10 MILES AN HOUR. WHEN I ATTEMPTED TO ACCELERATE AWAY FORM THE LIGHT, THE CAR WOULD NOT UP SHIFT, SO I HAD TO LIMP IT INTO THE NEXT PARKING LOT AT 4K RPMS AT ABOUT 7 MPH. WHEN I PULLED INTO THE PARKING SPACE, THE VEHICLE WOULD NOT SHIFT INTO PARK. AFTER SEVERAL ATTEMPTS, THE CAR FINALLY SHIFTED OUT OF DRIVE INTO REVERSE, AND AFTER SEVERAL MORE ATTEMPTS, IT FINALLY SHIFTED INTO PARK ALLOWING ME TO TURN OFF THE ENGINE. WHILE I WAS NOT REALLY INJURED BEHIND A SLIGHT SORENESS FROM THE SEAT BELT, HAD I BEEN TRAVELLING AT HIGHWAY SPEEDS WHEN THE VEHICLE DOWN SHIFTED INTO PARK, THERE WOULD HAVE BEEN A SERIOUS ACCIDENT.

g)   (2015 Chrysler 200 3/12/2015) I WAS ON A SLIGHT HILL (APPROX 10-15 DEGREES) STOPPED THE CAR AND PUT IT INTO PARK, PRESSED THE ENGINE START BUTTON TO SHUT OFF THE ENGINE AND OPENED THE DOOR TO EXIT. AS I LIFTED MY WEIGHT OUT OF THE CAR, IT BEGAN TO ROLL BACKWARDS, MY FOOT SLIPPED UNDER THE CAR BUT I WAS ABLE TO HIT THE BREAKS WITH MY OTHER FOOT. THINKING IT WAS SOMETHING I DID WRONG, I PULLED THE CAR BACK UP AND REPEATED THE SAME STEPS AND IT DID THE SAME THING AGAIN (THIS TIME WITH OUT MY FOOT). I TWAS THEN THINKING, THIS IS A BRAND NEW 31K+ CAR - IT CANT BE DOING THIS SO I REPEATED A THIRD TIME AND IT HAPPENED AGAIN. I CALLED MY DEALER WHO INSTRUCTED ME TO SET THE EMERGENCY BRAKE ON PARK SELECTION ON MY RADIO AND TO BRING THE CAR IN IMMEDIATELY! ITS NOW IN THE DEALERS SHOP AS THEY ARE GETTING THE HEM AND HAW FROM CHRYSLER ON WHAT TO DO. I WANT THIS FIXED ASAP AS I AM LUCKY THE CAR DID NOT RUN OVER ME AND CRASH INTO THE CARS BEHIND ME

h)   (2015 Chrysler 200 2/24/2015) WHEN DECELERATING GOING DOWN A SLIGHT INCLINE MY FOOT WAS OFF THE GAS PEDAL. AS I APPLIED THE BRAKE PEDAL THE CAR SHIFTED BUT HAD ACCELERATED AS THOUGH I HAD PUSHED ON THE GAS PEDAL. I HAD TO FORCEFULLY APPLY THE BRAKES EVEN HARDER TO KEEP FROM HITTING THE CAR IN FROM OF ME. I HAVE NOTICED THIS ON OTHER OCCASIONS AS WELL BUT THIS TIME WAS DIFFERENT AS THERE WAS SOMEONE IN FRONT OF ME. IT IS AS THOUGH WHEN THE CAR SHIFTS FROM 7TH TO 5TH AND ALSO FROM 5TH TO 3RD THE CAR LUNGES FORWARDS. I HAVE ALSO NOTICES THE CAR WILL PULL ITSELF UP A HILL WITHOUT APPLYING THE GAS PEDAL WHEN APPROACHING A STOP SIGN AT THE TOP OF THE HILL. I AM CONCERNED I MAY INADVERTENTLY REAR END ANOTHER VEHICLE WITH THIS ISSUE.

i)   (2015 Chrysler 200 12/22/2014) DROVE VEHICLE 25 MILES FROM HOME,PARKED FOR 2 1/2 HOURS, STARTED VEHICLE SHIFTED IT IN REVERSE, THE SERVICE TRANSMISSION NOTIFICATION CAME ON THE DRIVER DISPLAY, BACKED THE VEHICLE OUT OF THE PARKING SPOT AND SHIFTED THE VEHICLE INTO DRIVE THE GEAR INDICATOR SAID THE VEHICLE WAS IN 4TH GEAR AS I DROVE THE CAR FORWARD THE TRANSMISSION REMAINED IN 4TH GEAR WITHOUT SHIFTING, I DROVE THE CAR ABOUT 1 MILE LIKE THIS. I PARKED THE CAR IN A SAFE PLACE, SHUT IT OFF, CALLED CHRYSLER ROADSIDE ASSISTANCE, RESTARTED VEHICLE, PUT IN GEAR, ALL WAS NORMAL, DROVE 4 MILES, TRANSMISSION STUCK IN 8TH GEAR, PULLED OVER TURNED OFF CAR, RESTARTED AFTER 5 MINUTES, DROVE VEHICLE REMAINING DISTANCE HOME. NEXT DAY DROVE VEHICLE TO MODESTO,CA DEALERSHIP WITHOUT

PROBLEM, DEALER HAD CAR FOR 7 DAYS, THEY SAID
THEY REPLACED TRANSMISSION CONTROL MODULE AND
UPDATED SOFTWARE. PICK UP VEHICLE DROVE IT,
NOTICING THAT SHIFTING FELT DIFFERENT THAN
BEFORE THE PROBLEM, NOT AS SMOOTH. ON DECEMBER
18, 2014 WHILE DRIVING VEHICLE, THE SERVICE
TRANSMISSION ADVISORY CAME ON AGAIN AND THE
VEHICLE WAS STUCK IN 2ND GEAR, STOPPED VEHICLE AS
BEFORE, RESTARTED AND WAS ABLE TO DRIVE BACK TO
DEALERSHIP, WHERE THE VEHICLE IS NOW. THE SERVICE
MANAGER ADVISES ME THAT THEY ARE WORKING WITH
CHRYSLER ENGINEERS, BUT ARE NOT HAVING MUCH
SUCCESS WITH AN ANSWER TO THE PROBLEM.

j)   (2015 Chrysler 200 12/9/2014) VEHICLE ACCELERATES 2 TO 3
MPH WHEN TRANSMISSION DOWNSHIFTS FROM 8TH
GEAR TO 7TH AND FROM 5TH GEAR TO 4TH MAKING IT
DIFFICULT TO JUDGE STOPPING DISTANCES AND MAKING
TURNS. THIS HAPPENS WHEN FOOT IS OFF THE
ACCELERATOR.

k)   (2015 Chrysler 200 11/03/2014) TL* THE CONTACT OWNS A
2015 CHRYSLER 200. THE CONTACT STATED THAT WHILE
DRIVING AT APPROXIMATELY 30 MPH, THE GEAR SHAFT
INDEPENDENTLY SHIFTED AND CAUSED THE VEHICLE TO
JERK AND STOP. THE VEHICLE WAS TOWED TO A DEALER
WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION
MODULE NEEDED TO BE UPDATED. THE VEHICLE WAS
REPAIRED BUT THE FAILURE RECURRED. IN ADDITION,
THE CONTACT MENTIONED THAT THE VEHICLE STALLED.
THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER
WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE
FAILURE MILEAGE WAS 5,900.

l)   (2015 Chrysler 200 9/05/2014) TL* THE CONTACT OWNS A
2015 CHRYSLER 200. THE CONTACT STATED THAT THE
VEHICLE ERRONEOUSLY SHIFTED TO NEUTRAL. THE
VEHICLE WAS RESTARTED TO REGAIN NORMAL
FUNCTION. THE FAILURE OCCURRED ON SEVERAL
OCCASIONS. THE VEHICLE WAS TOWED TO THE DEALER
BUT THE FAILURE WAS UNABLE TO BE DUPLICATED. THE
VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS
MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE
WAS 1,900.

m)   (2015 Chrysler 200 9/04/2014) AFTER HAVING AN ISSUE WITH
THE VEHICLE STARTING AND RECEIVING A JUMPSTART, I
WAS BRINGING THE CAR TO THE DEALERSHIP TO BE
REPAIRED. THE VEHICLES ENGINE SUDDENLY STOPPED
WHILST I WAS ON A CROWDED ROAD DURING RUSH
HOUR. I HAD NO ABILITY TO ACCELERATE, NOR ENOUGH
MOTION TO GET TO PARKING LOT. I WAS FORCED TO
STOP IN A RIGHT HAND TURN LANE. I WAS INSTRUCTED
TO PUT THE VEHICLE IN PARK, AND RESTART. AT THIS
TIME THE VEHICLE DID NOT RESTART AND I CALLED MY

INSURANCE COMPANY TO REQUEST A TOW, AND POLICE ASSISTANCE TO INCREASE THE VISIBILITY OF MY VEHICLE AND TO KEEP TRAFFIC AWAY TO PREVENT AN ACCIDENT. AT THIS TIME, THE DEALERSHIP HAS STATED THAT THERE WERE NO ERROR CODES SHOWING, AND THAT THE DAY FOLLOWING THIS INCIDENT THE CAR STARTED FINE. I AM CONCERNED THAT SINCE THIS IS A VEHICLE THAT IS A FRESH REDESIGN THAT NOT ALL OF THE MAJOR ISSUES WERE CAUGHT BEFORE DEPLOYING THE VEHICLE ON THE ROAD. I DO NOT FEEL SAFE DRIVING THIS VEHICLE WITHOUT AN EXPLANATION FOR WHAT HAPPENED, AND HOW IT WAS FIXED. *TR

**2015 JEEP RENEGADE**

a) (2015 Jeep Renegade 6/30/2015) I WAS ON THE HIGHWAY WHEN SUDDENLY MY BRAND NEW CAR STALLED AND WOULD NOT SHIFT BACK INTO GEAR. THE CAR BECAME IMMOBILIZED AND HAD TO GET TOWED BACK TO THE DEALERSHIP. THEY REPLACED THE FUEL VALVE AND DID NOT TEST FOR TRANSMISSION OR ELECTRICAL ISSUES. TWO DAYS LATER THE SAME THING HAPPENED ON THE HIGHWAY. I TOOK IT TO A DIFFERENT DEALERSHIP AND THEY DID NOT KNOW WHAT WAS WRONG WITH IT, SO THEY UPDATED THE SOFTWARE IN THE CAR BECAUSE TWO UPDATES WERE AVAILABLE. I GOT THE CAR BACK AND IT BROKE DOWN FOR A THIRD TIME, AGAIN AFTER ONLY 2 DAYS. THE CAR IS CURRENTLY IN THE SHOP AND CHRYSLER IS RELUCTANT TO BUYBACK THE VEHICLE. NOBODY CAN FIGURE OUT WHAT IS WRONG.

b) (2015 Jeep Renegade 5/25/2015) HESITATION SHIFTING BETWEEN MULTIPLE GEARS. LUNGED FORWARD WITHOUT WARNING AT A COMPLETE STOP. MADE MANUFACTURER AWARE OF ISSUE.

60. Also, complaints posted by consumers in internet forums demonstrate that the defect is widespread and dangerous and that it manifests without warning. The complaints also indicate Defendant's awareness of the problems with the transmission and how potentially dangerous the defect is for consumers. The following are some safety complaints relating to ZF 9HP Automatic Transmission Defects (spelling and grammar mistakes remain as found in the original) (Edmunds.com (July 7, 2015), http://www.edmunds.com/; Cars.com (July 7, 2015), http://cars.com/; and CarComplaints.com (July 7, 2015), http://www.carcomplaints.com/):

# Edmunds.com 2014 Jeep Cherokee &2015 Jeep Cherokee - Consumer

## Reviews:

a) (2014 Jeep Cherokee) Posted by **murphy25p** on 06/18/2015:  Be aware that car manufacturers pay some reviewers to raise the overall rating of vehicles. I had transmission problems from day one, a new transmission that still had problems at 16k miles after two software updates, engine lights requiring replacement of an air shuttle. All in all, the first 24k miles, a year of owning the vehicle, I was without it for over two weeks. What you're looking for in a new vehicle? Me neither. The transmission defects on this vehicle are well documented and in other reviews as well as mine. Believe them. There are many more reliable vehicles than this one, I'll never buy another Jeep product it's the worst vehicle I've ever owned.

b) (2014 Jeep Cherokee) Posted by **bachleda** on 6/1/2015: Owned the car a year and has been to the stealership 5 times for shifting problems. Do not buy this car until Chrysler has fixed the shifting problems. My car will not down shift properly and wants to stay in 3rd gear. If you slow down and try to speed up, you cannot because you are in too high of a gear and have to stomp on the gas for it to go. I have been in almost 3 accidents because of this.

c) (2014 Jeep Cherokee) Posted by **vlowe945** on 8/18/2014: bought w/ 2 miles on it, 2nd day wouldn't start, been in the shop 6 times & towed once, transmission malfunctioned the ck engine brake & esc light came on then rolled forward down the driveway in reverse, it said service transmission & needed computer updates. when started it idles high then acts like its gonna die & smooth's out, taking off from stop it shimmy's from side to side. on the interstate with cruise @ 70 mph rpms are 2200 but plus or minus 1 mile the rpms drop to 1850, I resorted to video recording every time I got in it as evidence of trouble, have a active case with Jeep but if there is a issue and it doesn't throw a code its not fixable! but I did get a 6/60k free maint.

d) (2015 Jeep Cherokee) Posted by **ehaba** on 6/12/2015: Few month from having vehicle, transmission started leaking. Sent to shop, came back and transmission light was back and vehicle was totally un-drivable. Towed back to shop. 30 days later I got vehicle back and things started working again but not for long. 10 days passed and vehicle was shut-down and started making load noise. Towed back to shop for another transmission issue. this time, it got replaced. That also aside from side airbag recall. I'm filling Lemon case. Other issues i've experienced, when trying to slow down, vehicle keeps going or even speeds. This is a big safely issue. Thank god, I give enough time to slow down. Doesn't have 3000 on it. yet have all those problems.

e) (2015 Jeep Cherokee) Posted by **strman** on 5/14/2015: Firstly, I have the V6 model Trailhawk. It was a great car for the first 11000 miles but then one day I received an RO1 recall notice for a software reprogramming. Don't do it. This reprogramming disables second gear because they know there is a serious design flaw with the transmission. The recall reprogramming limits the down shifting

of the tranny so you end up with a car that is always in the wrong gear and a herky jerky pig to drive. I once rated this car with 5 stars but feel compelled to warn the public now because so far Chrysler appears to be unwilling and very uncaring to restore this vehicle to what I paid for.

f)   (2015 Jeep Cherokee) Posted by **aryann** on 12/22/2014: DO NOT BUY THIS CAR. There are trasnmission problems starting at 1k miles on my 2015 Jeep Cherokee Limited. The car is well built and looks great from exterior and interior. But the mechanics are a failure. My jeep stated hard shifting at 1k miles. I even had a time when I couldn't move the vehicle. I have been to the dealer several times and they haven't been able to solve my issue. Seems that I am not the only one with this issue if you search over the internet for "hard-shifting" issues with Cherokees you will understand. I am very disappointed that I have to take my new car to the dealer every couple of weeks where I get no solution to the problem.

**Cars.com 2015 Jeep Cherokee - Consumer Reviews:**

a)   Posted by Lost in Maine from Maine | June 6, 2015: Bought new 2015. Made it to 1300 miles and shifting issues arose. Hauled to local dealer by Jeep. Told the transmission needs to be replaced. After several days, transmission is replaced and is returned as repaired. Notice vibration and call Jeep. Told the axles need to be replaced. Also told said axles are not available until September sometime. Transmission is beginning to exhibit same issues as was first reported. It's only been 200 miles to start having problems again. Totally disgusted with the whole situation with this vehicle.

**CarComplaints.com 2015 Chrysler 200 & 2015 Jeep Renegade – Owner Comments:**

a)   (2015 Chrysler 200) Posted by Rudy M., Odessa, FL, USA on 5/2/2015: I purchased my car new in September 2014 and I'd like to start by saying that I had no problems with my car until I took it in for the Recall software flash on 05/02/2015. Four days after the software update, the check engine light came on. I took the car back to the dealership on 05/07/2015. I'm advised that the transmission needs to be replaced. I'm not happy since the car is only 7 months old at the time but I have the work completed. I got the car back and drove the car for the next few days and everything was great. On the fourth day, I start to feel the car hesitate as I'm in stop and go traffic. It also, lunges forward as I'm trying to bring the car to a stop. At one point the car hesitated as I was crossing a busy intersection almost causing a car to hit me. I took the car back to the dealership on 05/15/2015. I was advised that they replaced some parts and that the car was road tested and was ready for pick up. As I was driving back to work, the car started to do the same things. I called the service tech and she asked me to bring the car back in to take a test drive. I take the car in and take a test drive with a transmission specialist. He advised me at the end of the test drive that "The jerky drive is normal for this car". I can assure you that if the car drove this way

on my test drive, I would have never purchased the 2015 Chrysler 200s. I was directed to the service manager. He advised that he would talk to the district manager and see what he would be able to do. I was hoping for some good news, It was not. They offered me a lifetime warranty on the vehicle. Although this is a very nice offer, it doesn't fix the current issues that I'm having with the car. I'd like the car to be fixed or if it can't be fixed, I feel that Chrysler should do the right thing and replace the car.

b)   (2015 Chrysler 200) Posted by Ambria F., Houston, Texas , USA on 4/15/2015: This car is a total nightmare!!! I absolutely do not feel safe driving this vehicle. After already getting the transmission replaced, I'm STILL having transmission issues that seem really dangerous! I put the car into drive today and nothing happened. I returned the gear back to park. I then put the gear back into drive............nothing. So I press the gas just to see what would happen since it was in drive and wasn't moving. .............................finally the car makes a loud noise and darts out going about 20 mph. Scary and embarrassing. I hate I ever stumbled across this car! The car is only nice looking on the outside, possessed and unpredictable on the inside!! (the transmission is garbage) Someone is going to get hurt or killed in this vehicle!

c)   (2015 Jeep Renegade) Posted by lnwolfs, Coeur D'Alene, ID, USA on 4/08/2015: The problems haunting Jeep on their 9-speed automatic transmission have been inherited by the 2015 Jeep Renegade. I have owned this car now for 5 days and, on three separate occasions, I have experienced a sudden burst of acceleration while trying to come to a stop and also when letting the vehicle roll slowly forward (as in traffic at a stop light). It is quite disconcerting and I am very afraid what will happen if it does this while I am on slick roads. I can see this transmission has been a major issue in Cherokees and I am wondering why Jeep is still putting them in their cars. Is this why the release of the Renegade took so long?

61.     The Transmission Defect poses an unreasonable safety risk for Class Members and other drivers and pedestrians.  A vehicle's responsiveness to driver input, such as acceleration and deceleration, and the ability of a vehicle's transmission to perform properly are critical to a vehicle's safe operation.  A defect that causes one or more of these negative characteristics poses a safety hazard to the general public and increases the risk of automobile accidents.

**FCA Has Exclusive Knowledge of the Transmission Defect**

62.     FCA had superior and exclusive knowledge of the transmission defect and knew or should have known that the defect was not known or reasonably discoverable by Plaintiffs and Class Members before they purchased

1  or leased the Class Vehicles.

2      63.    Plaintiffs are informed and believe, and based thereon allege, that

3  before Plaintiffs purchased their Class Vehicles, and since at least October 2013,

4  FCA knew about the Transmission Defect through sources not available to

5  consumers, including the following: pre-release testing data; early consumer

6  complaints about the Transmission Defect to Defendant's dealers who are its

7  agents for vehicle repairs; warranty claim data related to the defect; aggregate

8  data from FCA's dealers and reports to FCA's Service Technical Assistance

9  Resource ("STAR") Center, its engineer/technical team; consumer complaints to

10  the NHTSA and resulting notice from NHTSA; early consumer complaints on

11  websites and internet forums; dealership repair orders; testing conducted in

12  response to owner or lessee complaints; technical service bulletins ("TSBs")

13  applicable to the Class Vehicles; and other internal sources of aggregate

14  information about the problem.

15      64.    Further, even prior to bringing the Class Vehicles to market, FCA at

16  least twice delayed their release in order to address problems with the ZF 9H

17  Automatic Transmission for symptoms substantially similar, if not identical, to

18  the Transmission Defect.

19      65.    As a result of the Transmission Defect, FCA has issued several

20  Technical Service Bulletins ("TSBs"), as well as three transmission software

21  updates, to its dealers in the United States, acknowledging defects in the ZF 9HP

22  Automatic Transmission.  For example, FCA issued TSB #SB-21-013-13 on or

23  around November 14, 2013, to its dealers, covering the 2014 Jeep Cherokee, and

24  informed them of the procedure to be followed in the event customers "indicate

25  that their transmission shift quality does not meet their expectations" and poor

26  shift quality is identified during "New Vehicle Preparation 'Road Test'."

27  Further, FCA issued TSB #SB-21-014-13 on or around December 19, 2013, to

28  its dealers, covering the 2014 Jeep Cherokee, and informed them that "ON

1  SOME JEEPS, WITH NEW SOFTWARE ROBUSTNESS IMPROVEMENTS,

2  EXPERIENCING INCONSISTENT AND/OR HARSH1-2 or 2-3 UPSHIFTS."

3       66.    Additionally, FCA's TSB #21-018-14 from or around May 15,

4  2014, which supersedes the December 2013 TSB (#SB-21-014-13) previously

5  mentioned, addressed customer complaints regarding the 2014 Jeep Cherokee

6  transmission's poor shifting and included a "five-minute software reset" and, in

7  some cases, a 78-minute "adaptive drive learn" test performed by the service

8  technician to ensure appropriate shifting.[31]  A Chrysler spokesperson told

9  Automotive News that the software update was in response to "customer

10 feedback" and "to improve satisfaction."[32]  Despite issuing three successive

11 Technical Service Bulletins and two software updates within the first six months

12 of production, FCA CEO Sergio Marchionne assured consumers in May 2014

13 that "he was not concerned about the quality of the nine-speed automatic

14 transmission" and further promised that "[i]t will get better six months from

15 now, trust me."[33]

16      67.    However, consumer complaints persisted and FCA's promises again

17 fell short when it issued TSB #81-016-1053 on or around October 1, 2014,

18 covering the 2014-2015 Jeep Cherokees and 2015 Chrysler 200, informing

19 dealers that the "TRANSMISSION MAY NOT ALLOW THE TRANSAXLE

20 TO SHIFT GEAR DUE TO TRANSMISSION CONTROL MODULE

21 SOFTWARE."  In February 2015, FCA issued TSB #21-008-15, covering the

22 2014-2015 Jeep Cherokees and 2015 Chrysler 200, providing to dealers

23 "INFORMATION REGARDING AN ISSUE, ON SOME VEHICLES,

24 WHEREBY 5-4 DOWNSHIFTING, IS LESS THAN DESIRED AND

25 MALFUNCTION INDICATOR LAMP (MIL) WILL ILLUMINATE AND

---

[31] *See* Automotive News, *Jeep 9-speed needs a reset again* (May 26, 2015), http://www.autonews.com/article/20140526/OEM06/305269979/jeep-9-speed-needs-a-reset-again (last visited July 8, 2015).
[32] *Id.*
[33] *Id.*

REMOVING, DISASSEMBLING AND REPLACING C-CLUTCH SNAP RING AND TRANSMISSION."  Additionally, in or around February 2015, FCA released its third transmission software update for vehicles equipped with the ZF 9HP Automatic Transmission in response to consumer complaints reporting conditions such as "sudden lunges from unexpected downshifts, a lack of kickdown upon entering highways, front-axle vibration in law gears, and complete failures in which the transmission shifts into neutral while driving and lights up the dash with warning lights."[34]  FCA issued TSB #21-015-15 on or around March 4, 2015, relating to above-mentioned software update.

68.     The alleged Transmission Defect was inherent in each FCA vehicle equipped with the ZF 9HP Automatic Transmission and was present in each FCA vehicle equipped with the ZF 9HP Automatic Transmission at the time of sale.

69.     The existence of the Transmission Defect is a material fact that a reasonable consumer would consider when deciding whether to purchase or lease an FCA vehicle that was equipped with the ZF 9HP Automatic Transmission. Had Plaintiffs and other Class Members known that the Class Vehicles were equipped with defective transmissions, they would not have purchased or leased the Class Vehicles equipped with the ZF 9HP Automatic Transmissions or would have paid less for them.

70.     Reasonable consumers, like Plaintiffs, reasonably expect that a vehicle's transmission is safe, will function in a manner that will not pose a safety hazard, and is free from defects.  Plaintiffs and Class Members further reasonably expect that FCA will not sell or lease vehicles with known safety defects, such as the Transmission Defect, and will disclose any such defects to its

---

[34] *See* Car and Driver, *Holy Shift: ZF 9-speed Automatic Problems Mount, Chrysler Releases Third Software Update for Jeep Cherokee* (Feb. 4, 2015, 1:55PM), http://blog.caranddriver.com/holy-shift-zf-9-speed-automatic-problems-mount-chrysler-releases-third-software-update-for-jeep-cherokee/ (last visited July 8, 2015).

consumers when it learns of them.  They did not expect FCA to fail to disclose the Transmission Defect to them and to continually deny the defect.

### FCA Has Actively Concealed the Transmission Defect

71.     While FCA has been fully aware of the Transmission Defect in the Class Vehicles, it actively concealed the existence and nature of the defect from Plaintiffs and Class Members at the time of purchase, lease, repair, and thereafter.  Specifically, FCA failed to disclose or actively concealed at and after the time of purchase, lease, or repair:

(a)     any and all known material defects or material nonconformity of the Class Vehicles, including the defects relating to the ZF 9HP Automatic Transmission;

(b)     that the Class Vehicles, including their ZF 9HP Automatic Transmissions, were not in good in working order, were defective, and were not fit for their intended purposes; and

(c)     that the Class Vehicles and their ZF 9HP Automatic Transmissions were defective, despite the fact that FCA learned of such defects through alarming failure rates, customer complaints, and other internal sources, as early as November 2013.

72.     In fact, ever before releasing the Class Vehicles on the market, FCA knew about the Transmission Defect and delayed the vehicle's release because of it.  Nevertheless, FCA never disclosed the Transmission Defect to Class Members.

73.     As a result of the Transmission Defect, FCA was inundated with complaints regarding the ZF 9HP Automatic Transmission.  As mentioned above, FCA issued several Technical Service Bulletins ("TSBs") and transmission software updates to its dealers in the United States, acknowledging defects in the ZF 9HP Automatic Transmission.  FCA has issued several

Technical Service Bulletins ("TSBs"), as well as three transmission software updates, to its dealers in the United States, acknowledging defects in the 9HP Automatic Transmission.  For example, FCA issued TSB #SB-21-013-13 on or around November 14, 2013 to its dealers, covering the 2014 Jeep Cherokee, and informed them of the procedure to be followed in the event customers "indicate that their transmission shift quality does not meet their expectations" and poor shift quality is identified during "New Vehicle Preparation 'Road Test'." Further, FCA issued TSB #SB-21-014-13 on or around December 19, 2013 to its dealers, covering the 2014 Jeep Cherokee, and informed them that "ON SOME JEEPS, WITH NEW SOFTWARE ROBUSTNESS IMPROVEMENTS, EXPERIENCING INCONSISTENT AND/OR HARSH1-2 or 2-3 UPSHIFTS."

74.    However, on information and belief, consumers continued to experience problems with their vehicles despite the purported fix, including, but not limited to: rough, delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power; premature transmission wear; and transmission failure.

75.    Additionally, and as noted above, FCA's TSB from or around May 15, 2014,  which supersedes the December 2013 TSB (#SB-21-014-13) previously mentioned, addressed customer complaints regarding the transmission's poor shifting and included a "five-minute software reset" and, in some cases, a 78-minute "adaptive drive learn" test performed by the service technician to ensure appropriate shifting.[35]   A Chrysler spokesperson told Automotive News that the software update was in response to "customer feedback" and "to improve satisfaction."[36]  Despite issuing three successive

---

[35] *See* Automotive News, *Jeep 9-speed needs a reset again* (May 26, 2015), http://www.autonews.com/article/20140526/OEM06/305269979/jeep-9-speed-needs-a-reset-again (last visited July 8, 2015).
[36] *Id.*

Technical Service Bulletins and two software updates within the first six months of production, Sergio Marchionne, CEO of Fiat Chrysler Automobiles, told consumers in May 2014 that "he was not concerned about the quality of the nine-speed automatic transmission."

76.     Yet, consumer complaints persisted and FCA's promises again fell short when it issued TSB #81-016-1053 on or around October 1, 2014, covering the 2014-2015 Jeep Cherokees and 2015 Chrysler 200, informing dealers that the "TRANSMISSION MAY NOT ALLOW THE TRANSAXLE TO SHIFT GEAR DUE TO TRANSMISSION CONTROL MODULE SOFTWARE."  In February 2015, FCA issued TSB #21-008-15, covering the 2014-2015 Jeep Cherokees and 2015 Chrysler 200, providing to dealers "INFORMATION REGARDING AN ISSUE, ON SOME VEHICLES, WHEREBY 5-4 DOWNSHIFTING, IS LESS THAN DESIRED AND MALFUNCTION INDICATOR LAMP (MIL) WILL ILLUMINATE AND REMOVING, DISASSEMBLING AND REPLACING C-CLUTCH SNAP RING AND TRANSMISSION."  Additionally, in or around February 2015, CarandDriver.com reported that FCA had released its third transmission software update for vehicles equipped with the ZF 9HP Automatic Transmission in response to consumer complaints reporting conditions such as "sudden lunges from unexpected downshifts, a lack of kickdown upon entering highways, front-axle vibration in law gears, and complete failures in which the transmission shifts into neutral while driving and lights up the dash with warning lights."  On information and belief, consumers continued to experience problems with their vehicles despite the fix, including, but not limited to: rough, delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power; premature transmission wear; and transmission failure.

77.     On information and belief, the software upgrades outlined by the various TSBs issued by FCA were ineffective at addressing the Transmission

1  Defect.

2      78.    When consumers present the Class Vehicles to authorized FCA

3  dealers for repair of the transmission, rather than repair the problem under

4  warranty, FCA dealers either inform consumers that their vehicles are

5  functioning properly, or "as designed," or conduct repairs or software updates

6  that merely mask the defect.

7      79.    To this day, FCA still has not notified Plaintiffs and Class Members

8  that the Class Vehicles suffer from a systemic defect that causes the transmission

9  to malfunction.

10                 **CLASS ACTION ALLEGATIONS**

11      80.    Plaintiffs bring this lawsuit as a class action on behalf of themselves

12  and all others similarly situated as members of the proposed Plaintiff Classes

13  pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2) and/or 23(b)(3).

14  This action satisfies the numerosity, commonality, typicality, adequacy,

15  predominance, and superiority requirements of those provisions.

16      81.    The Class and Sub-Class are defined as:

17          **Class**:   All individuals residing in the State of
California who purchased or leased any FCA vehicle
18  equipped with a ZF 9HP Automatic Transmission.

19          **CLRA Sub-Class**:  All members of the Class who are
"consumers" within the meaning of California Civil
20  Code § 1761(d).

21          **Implied Warranty Sub-Class**:  All members of the
Class who purchased or leased their vehicles in the
22  State of California.

23

24      82.    Excluded from the Class and Sub-Class are: (1) Defendant, any

25  entity or division in which Defendant has a controlling interest, and their legal

26  representatives, officers, directors, assigns, and successors; (2) the Judge to

27  whom this case is assigned and the Judge's staff; (3) any Judge sitting in the

28  presiding state and/or federal court system who may hear an appeal of any

judgment entered; and (4) those persons who have suffered personal injuries as a result of the facts alleged herein.  Plaintiffs reserve the right to amend the Class and Sub-Class definitions if discovery and further investigation reveal that the Class and Sub-Class should be expanded or otherwise modified.

83.     There is a well-defined community of interest in the litigation and each subclass is readily ascertainable.

84.     Numerosity: Although the exact number of prospective class members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable.  The disposition of prospective class members' claims in a single action will provide substantial benefits to all parties and to the Court.  The prospective class members are readily identifiable from information and records in Defendant's possession, custody, or control, as well as from records kept by the departments of motor vehicles of the various states.

85.     Typicality: The claims of the representative Plaintiffs are typical of the claims of the all prospective class members in that the representative Plaintiffs and the prospective class members purchased and leased a Class Vehicle designed, manufactured, and distributed by FCA and equipped with a defective ZF 9HP Automatic Transmission.  The representative Plaintiffs, like all prospective class members, have been damaged by Defendant's misconduct in that they have incurred or will incur the cost of repairing or replacing the defective transmission.  Furthermore, the factual bases of FCA's misconduct are common to all prospective class members and represent a common thread resulting in injury to all prospective class members.

86.     Commonality: There are numerous questions of law and fact common to Plaintiffs and the prospective class members that predominate over any question affecting individual prospective class members.  These common legal and factual issues include the following:

1   (a) Whether Class Vehicles contain defects relating to the ZF
2     9HP Automatic Transmission;
3   (b) Whether the defects relating to the ZF 9HP Automatic
4     Transmission constitute an unreasonable safety risk;
5   (c) Whether Defendant knew about the defects relating to the ZF
6     9HP Automatic Transmission and, if so, how long Defendant
7     has known of the defect;
8   (d) Whether the defective nature of the ZF 9HP Automatic
9     Transmission constitutes a material fact;
10   (e) Whether Defendant has a duty to disclose the defective nature
11     of the ZF 9HP Automatic Transmission to Plaintiffs and
12     prospective class members;
13   (f) Whether Plaintiffs and the prospective class members are
14     entitled to equitable relief, including, but not limited to, a
15     preliminary and/or permanent injunction;
16   (g) Whether Defendant knew or reasonably should have known of
17     the defects relating to the ZF 9HP Automatic Transmission
18     before selling and leasing Class Vehicles to prospective class
19     members;
20   (h) Whether Defendant should be declared financially responsible
21     for notifying all prospective class members of the problems
22     with the Class Vehicles and for the costs and expenses of
23     repairing and replacing the defective ZF 9HP Automatic
24     Transmission;
25   (i) Whether Defendant is obligated to inform prospective class
26     members of their right to seek reimbursement for having paid
27     to diagnose, repair, or replace the defective ZF 9HP
28     Automatic Transmission; and

(j)     Whether Defendant breached the implied warranty of merchantability pursuant to the Song-Beverly Act.

87.   Adequate Representation:  Plaintiffs will fairly and adequately protect prospective class members' interests.  Plaintiffs have retained attorneys experienced in prosecuting class actions, including consumer and product defect class actions, and Plaintiffs intend to prosecute this action vigorously.

88.   Predominance and Superiority: Plaintiff and the Class Members have all suffered and will continue to suffer harm and damages as a result of Defendant's unlawful and wrongful conduct.  A class action is superior to other available methods for the fair and efficient adjudication of the controversy. Absent a class action, most Class Members would likely find the cost of litigating their claims prohibitively high and would therefore have no effective remedy at law.  Because of the relatively small size of the individual Class Members' claims, it is likely that only a few Class Members could afford to seek legal redress for Defendant's misconduct.  Absent a class action, Class Members will continue to incur damages, and Defendant's misconduct will continue without remedy.  Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that class treatment will conserve the resources of the courts and the litigants and will promote consistency and efficiency of adjudication.

89.   In the alternative, the Class may be certified because:

(a)   The prosecution of separate actions by the individual members of the Class would create a risk of inconsistent or varying adjudication with respect to individual Class Members, which would establish incompatible standards of conduct for Defendant;

(b)   the prosecution of separate actions by individual Class Members would create a risk of adjudications with respect to

them that would, as a practical matter, be dispositive of the interests of other Class Members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; and

(c)   Defendant has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final and injunctive relief with respect to the members of the Class as a whole.

## FIRST CAUSE OF ACTION

### (Violation of California's Consumer Legal Remedies Act, California Civil Code § 1750, *et seq.*)

90.   Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

91.   Plaintiffs bring this cause of action on behalf of themselves and on behalf of the members of the CLRA Sub-Class.

92.   Defendant FCA US LLC is a "person" as defined by California Civil Code § 1761(c).

93.   Plaintiffs and CLRA Sub-class Members are "consumers" within the meaning of California Civil Code § 1761(d) because they purchased their Class Vehicles primarily for personal, family, or household use.

94.   By failing to disclose and concealing the defective nature of the transmissions from Plaintiffs and prospective Class Members, Defendant violated California Civil Code § 1770(a), as they represented that the Class Vehicles and their transmissions had characteristics and benefits that they do not have and represented that the Class Vehicles and their transmissions were of a particular standard, quality, or grade when they were of another.  *See* Cal. Civ. Code §§ 1770(a)(5) & (7).

95.   Defendant's unfair and deceptive acts or practices occurred

repeatedly in Defendant's trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

96.    Defendant knew that the Class Vehicles and their transmissions suffered from an inherent defect, were defectively designed or manufactured, and were not suitable for their intended use.

97.    As a result of their reliance on Defendant's omissions, owners and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles. Additionally, as a result of the Transmission Defect, Plaintiffs and Class Members were harmed and suffered actual damages in that the Class Vehicles' transmission components are substantially certain to fail before their expected useful life has run.

98.    Defendant was under a duty to Plaintiffs and Class Members to disclose the defective nature of the transmissions and/or the associated repair costs because:

(a)    Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' transmissions;

(b)    Plaintiffs and Class Members could not reasonably have been expected to learn or discover that their transmissions had a dangerous safety defect until it manifested; and

(c)    Defendant knew that Plaintiffs and Class Members could not reasonably have been expected to learn of or discover the safety defect.

99.    In failing to disclose the defective nature of the transmissions, Defendant knowingly and intentionally concealed material facts and breached its duty not to do so.

100.    The facts about the Transmission Defect that the Defendant

concealed from, or failed to disclose to, Plaintiffs and Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase or lease the Class Vehicles or pay less.  Had Plaintiffs and Class Members known that the Class Vehicles' transmissions were defective, they would not have purchased or leased the Class Vehicles or would have paid less for them.

101.   Plaintiffs and Class Members are reasonable consumers who do not expect the transmissions installed in their vehicles to exhibit problems such as: rough, delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power; premature transmission wear; and eventually, transmission failure.  This is the reasonable and objective consumer expectation relating to vehicle transmissions.

102.   As a result of Defendant's conduct, Plaintiffs and Class Members were harmed and suffered actual damages in that, on information and belief, the Class Vehicles experienced and may continue to experience problems such as: rough, delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power; premature transmission wear; and eventually, transmission failure.

103.   As a direct and proximate result of Defendant's unfair or deceptive acts or practices, Plaintiffs and Class Members suffered and will continue to suffer actual damages.

104.   Plaintiffs and the Class are entitled to equitable relief.

105.   Plaintiffs provided Defendant with notice of its violations of the CLRA pursuant to California Civil Code § 1782(a).  Defendant failed to provide appropriate relief for its violations of the CLRA.  Thus, Plaintiffs seek monetary, compensatory, and punitive damages, in addition to the injunctive and equitable

relief that they sought before.

## SECOND CAUSE OF ACTION

**(Violation of California Business & Professions Code § 17200, *et seq.*)**

106.   Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

107.   Plaintiffs bring this cause of action on behalf of themselves and on behalf of the Class.

108.   As a result of their reliance on Defendant's omissions, owners and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles. Additionally, as a result of the Transmission Defect, Plaintiffs and Class Members were harmed and suffered actual damages in that the Class Vehicles' transmission components are substantially certain to fail before their expected useful life has run.

109.   California Business & Professions Code § 17200 prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."

110.   Plaintiffs and Class Members are reasonable consumers who do not expect their transmissions to exhibit problems such as: rough, delayed, or sudden shifting or failure to shift; grinding or other loud noises during shifting; harsh engagement of gears; sudden or harsh accelerations/decelerations; sudden loss of power; premature transmission wear; and eventually, transmission failure.

111.   Defendant knew the Class Vehicles and their transmissions suffered from inherent defects, were defectively designed or manufactured, would fail prematurely, and were not suitable for their intended use.

112.   In failing to disclose the defects with the transmission, Defendant has knowingly and intentionally concealed material facts and breached their duty not to do so.

113.   Defendant was under a duty to Plaintiffs and Class Members to

disclose the defective nature of the Class Vehicles and their transmissions:

      (a)   Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' transmissions;

      (b)   Defendant made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of the Class Vehicles and their transmissions; and

      (c)   Defendant actively concealed the defective nature of the Class Vehicles and their transmissions from Plaintiffs and the Class.

114.   The facts regarding the Transmission Defect that the Defendant concealed from, or failed to disclose to, Plaintiffs and Class Members are material in that a reasonable person would have considered them to be important in deciding whether to purchase or lease Class Vehicles.  Had Plaintiffs and other Class Members known that the Class Vehicles' ZF 9HP Automatic Transmissions were defective and posed a safety hazard, then Plaintiffs and the other Class Members would not have purchased or leased Class Vehicles equipped with ZF 9HP Automatic Transmissions, or would have paid less for them.

115.   Defendant continues to conceal the defective nature of the Class Vehicles and their transmissions even after Class Members began to report problems.  Indeed, Defendant continues to cover up and conceal the true nature of the problem.

116.   Defendant's conduct was and is likely to deceive consumers.

117.   Defendant's acts, conduct and practices were unlawful, in that they constituted:

      (a)   Violations of the California Consumer Legal Remedies Act;

      (b)   Violations of the Song-Beverly Consumer Warranty Act; and

      (c)   Violations of the express warranty provisions of California

Commercial Code section 2313.

118.   By its conduct, Defendant has engaged in unfair competition and unlawful, unfair, and fraudulent business practices.

119.   Defendant's unfair or deceptive acts or practices occurred repeatedly in Defendant's trade or business, and were capable of deceiving a substantial portion of the purchasing public.

120.   As a direct and proximate result of Defendant's unfair and deceptive practices, Plaintiffs and the Class have suffered and will continue to suffer actual damages.

121.   Defendant has been unjustly enriched and should be required to make restitution to Plaintiffs and the Class pursuant to §§ 17203 and 17204 of the Business & Professions Code.

## THIRD CAUSE OF ACTION

### (Breach of Implied Warranty Pursuant to Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 and 1791.1, *et seq.*)

122.   Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

123.   Plaintiffs bring this cause of action against Defendant on behalf of themselves and on behalf of the members of the Implied Warranty Sub-Class.

124.   At all relevant times, Defendant was the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Defendant knew or had reason to know of the specific use for which the Class Vehicles were purchased or leased.

125.   Defendant provided Plaintiffs and Class Members with an implied warranty that the Class Vehicles and their components and parts are merchantable and fit for the ordinary purposes for which they were sold. However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation because, *inter alia*, the Class Vehicles and their transmissions suffered from an inherent defect at the time of sale and

thereafter are not fit for their particular purpose of providing safe and reliable transportation.

126.   Defendant impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things:  (i) a warranty that the Class Vehicles and their transmissions that were manufactured, supplied, distributed, and/or sold by FCA were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles and their transmissions would be fit for their intended use while the Class Vehicles were being operated.

127.   Contrary to the applicable implied warranties, the Class Vehicles and their transmissions at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and Class Members with reliable, durable, and safe transportation.  Instead, the Class Vehicles are defective, including, but not limited to, the defective design and manufacture of their transmissions.

128.   As a result of Defendant's breach of the applicable implied warranties, owners and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles. Additionally, as a result of the Transmission Defect, Plaintiffs and Class Members were harmed and suffered actual damages in that the Class Vehicles' transmission components are substantially certain to fail before their expected useful life has run.

129.   Defendant's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use in violation of California Civil Code §§ 1792 and 1791.1.

## FOURTH CAUSE OF ACTION

### (Breach of Warranty under the Magnuson-Moss Warranty Act,

### 15 U.S.C. § 2303 *et seq.*)

130.   Plaintiffs incorporate by reference the allegations contained in the

preceding paragraphs of this Complaint.

131.   Plaintiffs bring this cause of action on behalf of themselves and on behalf of the Class.

132.   The Class Vehicles are a "consumer product" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

133.   Plaintiffs and Class Members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

134.   Defendant FCA US LLC is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5).

135.   Defendant's express warranty is a "written warranty" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(6).

136.   FCA provided all purchasers and lessees of the Class Vehicles with a New Vehicle Basic Limited Warranty and a Powertrain Limited Warranty.  In this Basic Limited Warranty, FCA expressly warranted that it would "**cover**[] . . . **all parts and labor needed to repair any item on [the] vehicle** when it left the manufacturing plant that is defective in material, workmanship or factory preparation."  FCA promised to cover "any item on [the] vehicle" with the exception of tires and unwired headphones under its Basic Limited Warranty, for "36 months from the date it begins or for 36,000 miles on the odometer, whichever occurs first."

137.   Furthermore, under the Powertrain Limited Warranty, FCA expressly warranted that it would "**cover**[] . . . **the costs of all parts and labor needed to repair a powertrain component** listed in [the] section . . . below that is defective."  FCA promised to cover listed powertrain components under its Powertrain Limited Warranty, including the transmission and transmission control module  "for up to 5 years or 100,000 miles on the odometer, whichever occurs first."

138.   On information and belief, Defendant breached the express warranty

by purporting to repair the transmission and its component parts by replacing the defective or damaged transmission components with the same defective components and/or instituting temporary fixes, on information and belief, to ensure that the Transmission Defect manifests outside of the Class Vehicles' express warranty period.

139.   Furthermore, Defendant impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things:  (i) a warranty that the Class Vehicles and their transmissions that were manufactured, supplied, distributed, and/or sold by FCA were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles and their transmissions would be fit for their intended use while the Class Vehicles were being operated.

140.   Contrary to the applicable implied warranties, the Class Vehicles and their transmissions at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and Class Members with reliable, durable, and safe transportation.  Instead, the Class Vehicles are defective, including, but not limited to, the defective design of their transmissions.

141.   Defendant's breach of express and implied warranties has deprived Plaintiffs and Class Members of the benefit of their bargain.

142.   The amount in controversy of Plaintiffs' individual claims meets or exceeds the sum or value of $25,000.  In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

143.   Defendant has been afforded a reasonable opportunity to cure its breach, including when Plaintiffs and Class Members brought their vehicles in for diagnoses and repair of the transmission.

144.   As a direct and proximate cause of Defendant's breach of express

and implied warranties, Plaintiffs and Class Members sustained damages and other losses in an amount to be determined at trial.  Defendant's conduct damaged Plaintiffs and Class Members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, attorneys' fees, and/or other relief as appropriate.

145.   Additionally, FCA breached the express warranty by performing illusory repairs.  Rather than repairing the vehicles pursuant to the express warranty, FCA falsely informed class members that there was no problem with their vehicles, performed ineffective software updates, or replaced defective components in the ZF 9HP Automatic Transmissions with equally defective components, without actually repairing the vehicles.

146.   As a result of Defendant's violations of the Magnuson-Moss Warranty Act as alleged herein, Plaintiffs and Class Members have incurred damages.

## FIFTH CAUSE OF ACTION

### (For Breach of Express Warranty Under Cal. Comm. Code § 2313)

147.   Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

148.   Plaintiffs bring this cause of action on behalf of themselves and on behalf of the Class.

149.   As a result of Defendant's breach of the applicable express warranties, owners and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles. Additionally, as a result of the Transmission Defect, Plaintiffs and Class Members were harmed and suffered actual damages in that the Class Vehicles' transmissions are substantially certain to fail before their expected useful life has run.

150.   Defendant provided all purchasers and lessees of the Class Vehicles with the express warranty described herein, which became a material part of the

1  bargain.  Accordingly, Defendant's express warranty is an express warranty
2  under California law.

3      151.   Defendant manufactured and/or installed the transmission and its
4  component parts in the Class Vehicles, and the transmission and its component
5  parts are covered by the express warranty.

6      152.   FCA provided all purchasers and lessees of the Class Vehicles with
7  a New Vehicle Basic Limited Warranty and a Powertrain Limited Warranty.  In
8  this Basic Limited Warranty, FCA expressly warranted that it would "**cover**[] . . .
9  **all parts and labor needed to repair any item on [the] vehicle** when it left the
10  manufacturing plant that is defective in material, workmanship or factory
11  preparation."  FCA promised to cover "any item on [the] vehicle" with the
12  exception of tires and unwired headphones under its Basic Limited Warranty, for
13  "36 months from the date it begins or for 36,000 miles on the odometer,
14  whichever occurs first."

15      153.   Furthermore, under the Powertrain Limited Warranty, FCA
16  expressly warranted that it would "**cover**[] . . . **the costs of all parts and labor**
17  **needed to repair a powertrain component** listed in [the] section . . . below that
18  is defective."  FCA promised to cover listed powertrain components under its
19  Powertrain Limited Warranty, including the transmission and transmission
20  control module ,  "for up to 5 years or 100,000 miles on the odometer, whichever
21  occurs first."

22      154.   On information and belief, Defendant breached the express warranty
23  by purporting to repair the transmission and its component parts by replacing the
24  defective or damaged transmission components with the same defective
25  components and/or instituting temporary fixes, on information and belief, to
26  ensure that the Transmission Defect manifests outside of the Class Vehicles'
27  express warranty period.

28      155.   Plaintiffs were not required to notify FCA of the breach and/or were

not required to do so because affording FCA a reasonable opportunity to cure its breach of written warranty would have been futile.  Defendant was also on notice of the defect from the complaints and service requests it received from Class Members, from repairs and/or replacements of the transmission or a component thereof, and through other internal sources.

156.   As a direct and proximate cause of Defendant's breach, Plaintiffs and Class Members suffered, and continue to suffer, damages, including economic damages at the point of sale or lease.  Additionally, Plaintiffs and Class Members either have incurred or will incur economic damages at the point of repair in the form of the cost of repair.

157.   Additionally, FCA breached the express warranty by performing illusory repairs.  Rather than repairing the vehicles pursuant to the express warranty, FCA falsely informed class members that there was no problem with their vehicle, performed ineffective software flashes, or replaced defective components in the ZF 9HP Automatic Transmissions with equally defective components, without actually repairing the vehicles.

158.   Plaintiffs and Class Members are entitled to legal and equitable relief against Defendant, including actual damages, consequential damages, specific performance, attorneys' fees, costs of suit, and other relief as appropriate.

## RELIEF REQUESTED

159.   Plaintiffs, on behalf of themselves and all others similarly situated, requests the Court to enter judgment against Defendant, as follows:

        (a)    An order certifying the proposed Class and Sub-Classes, designating Plaintiffs as named representatives of the Class, and designating the undersigned as Class Counsel;

        (b)    A declaration that Defendant are financially responsible for notifying all Class Members about the defective nature of the

ZF 9HP Automatic Transmission, including the need for periodic maintenance;

(c) An order enjoining Defendant from further deceptive distribution, sales, and lease practices with respect to Class Vehicles; compelling Defendant to issue a recall for the Class Vehicles pursuant to the applicable NHTSA guidelines; compelling Defendant to remove, repair, and/or replace the Class Vehicles' ZF 9HP Automatic Transmissions with suitable alternative product(s) that do not contain the defects alleged herein; enjoining Defendant from selling the Class Vehicles with the misleading information; and/or compelling Defendant to reform its warranty, in a manner deemed to be appropriate by the Court, to cover the injury alleged and to notify all Class Members that such warranty has been reformed;

(d) A declaration requiring Defendant to comply with the various provisions of the Song-Beverly Act alleged herein and to make all the required disclosures;

(e) An award to Plaintiffs and the Class for compensatory, exemplary, and statutory damages, including interest, in an amount to be proven at trial; Any and all remedies provided pursuant to the Song-Beverly Act, including California Civil Code section 1794;

(f) A declaration that Defendant must disgorge, for the benefit of the Class, all or part of the ill-gotten profits it received from the sale or lease of its Class Vehicles, or make full restitution to Plaintiffs and Class Members;

(g) An award of attorneys' fees and costs, as allowed by law;

(h)    An award of attorneys' fees and costs pursuant to California Code of Civil Procedure § 1021.5;

(i)    An award of pre-judgment and post-judgment interest, as provided by law;

(j)    Leave to amend the Complaint to conform to the evidence produced at trial; and

(k)    Such other relief as may be appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

160.    Plaintiffs demand a trial by jury of any and all issues in this action so triable.

Dated: November 23, 2015             Respectfully submitted,

Capstone Law APC

By: /s/ Jordan L. Lurie
    Jordan L. Lurie
    Robert K. Friedl
    Tarek H. Zohdy
    Cody R. Padgett

    Attorneys for Plaintiffs Dolores Granillo, Albert Granillo, and Desiree Nava

FIRST AMENDED CLASS ACTION COMPLAINT