Jordan L. Lurie (*Pro Hac Vice Pending*)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (*Pro Hac Vice Pending*)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (*Pro Hac Vice Pending*)
Tarek.Zohdy@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Howard A. Gutman- ID# 014971982
Law Offices of Howard A. Gutman
230 Route 206, Suite 307
Flanders, New Jersey 07836
Telephone:    (973) 598-1980

Attorneys for Plaintiffs Dolores Granillo,
Albert Granillo, and Desiree Nava

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DOLORES GRANILLO, *et al.*,<br><br>                        Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>                        Defendant. | Civil Action No.:  3:16-cv-153-FLW-DEA |

**JOINT MEDIATION STATUS REPORT**

| | |
|---|---|
| **LAW OFFICE OF HOWARD A. GUTMAN**<br>Howard A. Gutman<br>230 Route 206, Suite 307<br>Flanders, New Jersey 07836<br>Telephone: (973) 598-1980<br>Facsimile: (973) 531-4110 | **A PROFESSIONAL ASSOCIATION**<br>Thomas R. Curtin<br>Kathleen N. Fennelly<br>Four Headquarters Plaza<br>P. O. Box 1991<br>Morristown, New Jersey 07962<br>Telephone: (973) 292-1700<br>Facsimile: (973) 898-0107 |
| **CAPSTONE LAW APC**<br>Jordan L. Lurie (*pro hac vice filed*)<br>Robert Friedl<br>Tarek H. Zohdy (*pro hac vice filed*)<br>Cody R. Padgett<br>1840 Century Park East, Suite 450<br>Los Angeles, California 90067<br>Telephone:  (310) 556-4811<br>Facsimile:  (310) 943-0396 | **THOMPSON COBURN LLP**<br>Kathy A. Wisniewski<br>Stephen D'Aunoy<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>Telephone: (314) 552-6000<br>Facsimile: (314) 552-7000 |
| *Attorneys for Plaintiffs Dolores Granillo, Albert Granillo, and Desiree Nava* | **THOMPSON COBURN LLP**<br>Rowena Santos<br>2029 Century Park East, 19th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 282-2500<br>Facsimile: (310) 282-2501<br><br>*Attorneys for Defendant FCA US LLC* |

The mediation was conducted on November 15, 2016.  Counsel for Plaintiffs, counsel for Defendant FCA US, LLC. ("FCA"), attended the mediation in person.  This matter was not resolved on November 15, 2016, and the mediation is ongoing.

Following the in-person mediation session, the parties have conducted a series of telephone conferences. Because of the intervening holidays, the negotiations are moving at a slower pace than expected.  However, progress is being made, and I am hopeful that a resolution will be reached.  The Parties propose that the Court maintain the stay until January 30, 2017, at which point the Parties will file a second mediation report.

- 3 -

| | |
|---|---|
| Dated: December 29, 2016 | Respectfully Submitted, <br><br> **LAW OFFICES OF HOWARD A. GUTMAN** <br><br> *IslHoward A. Gutman* <br><br> Howard A. Gutman <br> 230 Route 206, Suite 307 <br> Flanders, New Jersey 07836 <br> Telephone: (973) 598-1980 |
| Dated: December 29, 2016 | Respectfully Submitted, <br><br> **THOMPSON COBURN LLP** <br><br> *IslKathy A. Wisniewski* <br> Kathy A. Wisniewski <br> Stephen D'Aunoy <br> One US Bank Plaza <br> St. Louis, Missouri 63101 |