

# GRAHAM CURTIN
*A Professional Association*

**Kathleen N. Fennelly**
**Direct Dial** 973-401-7106
kfennelly@GrahamCurtin.com

June 16, 2017

**VIA ECF**
Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

    Re:    *Granillo, et al. v. FCA US LLC, et al.*
              Civil Action No. 16-153 (FLW)(DEA)

Dear Judge Arpert:

    On May 25, 2017, the Court held a status conference in the above-captioned case. As discussed during the status conference, the parties have participated in a mediation session with Honorable Edward A. Infante (Ret.), and, although the parties did not settle the case at the mediation, they currently believe that a further mediation session might result in a resolution. Based on the parties' reports, the Court entered an Order directing the parties to return to mediation and to submit a mediation status report to the Court no later than August 11, 2017. *See* Docket No. 68.

    FCA US believes that it would be most efficient and productive to return to mediation with Judge Infante. Although Judge Infante had dates available to continue the mediation prior to this Court's deadline, the parties were not mutually available on those dates. The first date which Judge Infante has available for the continuation of the mediation, and on which both parties are available, is September 26, 2017. That date has now been reserved.

    For the reasons set forth here, FCA US respectfully requests that this Court continue the mediation reporting deadlines set forth in its Order of May 25, 2017 (Docket No. 68). Plaintiffs' counsel requested that FCA US inform the Court that they are willing to use a different mediator for the second mediation who may be available earlier for the mediation.

2776665.1

4 Headquarters Plaza • P.O. Box 1991 • Morristown • New Jersey 07962-1991
T  973.292.1700 • F  973.292.1767 • GrahamCurtin.com


GRAHAM CURTIN
A Professional Association

Hon. Douglas A. Arpert, U.S.M.J.
June 16, 2017
Page 2

Thank you for your consideration.

Respectfully submitted,

*Kathleen N. Fennelly*

KATHLEEN N. FENNELLY

KNF:jtt

cc:    All Counsel of Record (Via ECF)

2776665.1