

# GRAHAM CURTIN
*A Professional Association*

Kathleen N. Fennelly
Direct Dial 973-401-7106
kfennelly@GrahamCurtin.com

August 25, 2017

**VIA ECF**
Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

   Re: *Granillo, et al. v. FCA US LLC, et al.*
     Civil Action No. 16-153 (FLW)(DEA)

Dear Judge Arpert:

  On May 25, 2017, Your Honor entered an Order which, among other things, scheduled a telephone status conference for August 28, 2017, at 10:00 a.m. (Docket No. 68).  A subsequent order entered on June 20, 2017 modified the May 25th Order, ordered mediation to proceed with Judge Infante on September 26, 2017, and further ordered the parties to submit a joint status report to the Court by October 6, 2017 (Docket No. 70).

  Because there is nothing further to report by way of status until the mediation takes place on September 26th, we are writing to confirm whether Your Honor still wants to move forward with the August 28th telephone status conference.

            Respectfully submitted,

            KATHLEEN N. FENNELLY

KNF:jtt

cc: All Counsel of Record (Via ECF)

2805505.1

4 Headquarters Plaza • P.O. Box 1991 • Morristown • New Jersey 07962-1991
T  973.292.1700 • F  973.292.1767 • GrahamCurtin.com