# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOLORES GRANILLO, *et al.*,<br>        Plaintiffs,<br>vs.<br>FCA US LLC,<br>        Defendant. | Civil Action No. 3:16-cv-00153-FLW-DEA |

## JOINT REPORT REGARDING OUTCOME OF MEDIATION

Defendant FCA US LLC, and Plaintiffs Dolores and Albert Granillo and Desiree Nava, pursuant to this Court's Order (Dkt. No. 70), hereby file this joint report on the outcome of the mediation held on September 26, 2017, with the Honorable Edward A. Infante (Ret.).

Counsel of record with full authority to negotiate a settlement participated in the mediation, and the parties agreed to the basic and primary terms of a settlement for a nationwide class.