UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOLORES GRANILLO, *et al.*, <br><br>      Plaintiffs, <br><br> vs. <br><br> FCA US LLC, <br><br>      Defendant. | Civil Action No. 3:16-cv-00153-FLW-DEA |

## JOINT REPORT REGARDING OUTCOME OF MEDIATION

Defendant FCA US LLC, and Plaintiffs Dolores and Albert Granillo and Desiree Nava, pursuant to this Court's Order (Dkt. No. 70), hereby file this joint report on the outcome of the mediation held on September 26, 2017, with the Honorable Edward A. Infante (Ret.).

Counsel of record with full authority to negotiate a settlement participated in the mediation, and the parties agreed to the basic and primary terms of a settlement for a nationwide class.

2827661.1

| | |
|---|---|
| **GRAHAM CURTIN**<br>**A Professional Association**<br><br>/s/ *Kathleen N. Fennelly*<br>Thomas R. Curtin<br>Kathleen N. Fennelly<br>Four Headquarters Plaza<br>P. O. Box 1991<br>Morristown, New Jersey  07962<br>(973) 292-1700<br>(973) 898-0107 (fax)<br><br>**THOMPSON COBURN LLP**<br>Kathy A. Wisniewski<br>Stephen D'Aunoy<br>One US Bank Plaza<br>St. Louis, Missouri  63101<br>(314) 552-6000<br>(314) 552-7000 (fax)<br><br>*Attorneys for FCA US* | **CAPSTONE LAW APC**<br><br>/s/ *Jordan L. Lurie*<br>Jordan L. Lurie (SBN 130013)<br>Tarek H. Zohdy (SBN 247775)<br>Cody R. Padgett (SBN 275553)<br>1875 Century Park East, Suite 1000<br>Los Angeles, California 90067<br>Telephone: (310) 556-4811<br>Facsimile: (310) 943-0396<br><br>*Attorneys for Plaintiffs* |

2827661.1