

1875 Century Park East, Suite 1000
Los Angeles, California 90067
310.556.4811 Main | 310.943.0396 Fax

JORDAN L. LURIE
310.712.8155 Direct
Jordan.Lurie@capstonelawyers.com

---

January 5, 2018

The Honorable Douglas E. Arpert
United State Magistrate Judge
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Subject:    *Granillo v. FCA US LLC* , et al.
                          Civil Action No: 3:16-cv-00153-FLW-DEA

Dear Judge Arpert:

We are lead counsel for Plaintiffs Albert Granillo and Desiree Nava and the proposed Class. The Court previously granted our request for a short stay for filing the motion for preliminary approval from December 21, 2017 to January 8, 2018.  (*See* Order Granting Extension [Dkt, No. 80].)

Since our request, Plaintiffs and Defendant FCA US LLC have continued to work diligently toward finalizing the terms of the class action settlement agreement, with Plaintiffs' counsel providing revised drafts of the long-form settlement and companion documents to Defendant's counsel. The parties expect that it will take several additional weeks to finalize all documents and secure clients' signatures. Accordingly, the parties request that the Court enter a new order setting January 24, 2018 as the date for Plaintiffs to file the motion for preliminary approval. Defendant consents to this new date.

Thank you for your consideration of this request.


Respectfully Yours,

_____
Jordan L. Lurie
Counsel for Plaintiffs and the Class

*Howard Gutman*
_____

Howard Gutman