# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOLORES GRANILLO, et al.,<br><br>        Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br><br><br><br>        Defendant. | No. 3:16-cv-153-FLW-DEA<br><br>**CLASS ACTION** |

## PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law submitted herewith, Plaintiffs respectfully request that this Court enter an Order: (1) conditionally certifying a class action with respect to the claims against Defendants pursuant to Federal Rules of Civil Procedure Rules 23(a) and 23(b)(3) for the purpose of effectuating a class action settlement of the claims against Defendants; (2) preliminarily approving the settlement; (3) directing notice to Settlement Class Members consistent with the notice plan in the Settlement Agreement; (4) appointing Capstone Law APC as Class Counsel; and (5) scheduling a final approval hearing.

Dated:  February 9, 2018                               Respectfully Submitted,


**Capstone Law APC**

By: /s/ Jordan L. Lurie
      Jordan L. Lurie

Tarek H. Zohdy
Cody R. Padgett
Karen L. Wallace
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, CA, 90067
jordan.lurie@capstonelawyers.com
tarek.zohdy@capstonelawyers.com
cody.padgett@capstonelawyers.com
karen.wallace@capstonelawyers.com

Howard Gutman
230 Route 206, Suite 307
Flanders, New Jersey 07836
howardgutman@aol.com


*Attorneys for Plaintiffs and the Proposed Settlement Class*